# Exhibit A
# Plaintiff's Original Complaint in State Court

| | |
|---|---|
| STATE OF SOUTH CAROLINA ) | IN THE COURT OF COMMON PLEAS |
| ) | |
| COUNTY OF __CHARLESTON__ ) | |
| ) | |
| __Jay Connor__ ) | CIVIL ACTION COVERSHEET |
| Plaintiff(s) ) | |
| ) | __2024__-CP-__10__-__1185__ |
| vs. ) | |
| ServiceQuik, Inc. d/b/a Zing Business Management ) | |
| Management Software, Sally Alfeld Ind. and John Does ) | |
| 1-10. Defendant(s) ) | |

Submitted By: __Jay Connor__
Address: __215 East Bay St. 201-F Charleston, SC 29401__

SC Bar #: __Pro Se__
Telephone #: __843-281-4444__
Fax #: __843-913-8357__
Other: ____
E-mail: __jayc650@hush.com__

NOTE: The coversheet and information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is required for the use of the Clerk of Court for the purpose of docketing cases that are NOT E-Filed. It must be filled out completely, signed, and dated. A copy of this coversheet must be served on the defendant(s) along with the Summons and Complaint. **This form is NOT required to be filed in E-Filed Cases.**

## DOCKETING INFORMATION (Check all that apply)
*If Action is Judgment/Settlement do not complete*

[x] **JURY TRIAL** demanded in complaint.   [ ] **NON-JURY TRIAL** demanded in complaint.
[ ] This case is subject to **ARBITRATION** pursuant to the Court Annexed Alternative Dispute Resolution Rules.
[ ] This case is subject to **MEDIATION** pursuant to the Court Annexed Alternative Dispute Resolution Rules.
[ ] This case is exempt from ADR. (Certificate Attached)

## NATURE OF ACTION (Check One Box Below)

| Contracts | Torts - Professional Malpractice | Torts – Personal Injury | Real Property |
|---|---|---|---|
| [ ] Constructions (100) | [ ] Dental Malpractice (200) | [ ] Conversion (310) | [ ] Claim & Delivery (400) |
| [ ] Debt Collection (110) | [ ] Legal Malpractice (210) | [ ] Motor Vehicle Accident (320) | [ ] Condemnation (410) |
| [ ] General (130) | [ ] Medical Malpractice (220) | [ ] Premises Liability (330) | [ ] Foreclosure (420) |
| [ ] Breach of Contract (140) | Previous Notice of Intent Case # | [ ] Products Liability (340) | [ ] Mechanic's Lien (430) |
| [ ] Fraud/Bad Faith (150) | 20____-NI-____-____ | [ ] Personal Injury (350) | [ ] Partition (440) |
| [ ] Failure to Deliver/ Warranty (160) | [ ] Notice/ File Med Mal (230) | [ ] Wrongful Death (360) | [ ] Possession (450) |
| | [ ] Other (299) ____ | [ ] Assault/Battery (370) | [ ] Building Code Violation (460) |
| [ ] Employment Discrim (170) | | [ ] Slander/Libel (380) | [ ] Other (499) ____ |
| [ ] Employment (180) | | [x] Other (399) __S.C. Code § 37-21-10__ | |
| [ ] Other (199) ____ | | | |
| **Inmate Petitions** | **Administrative Law/Relief** | **Judgments/Settlements** | **Appeals** |
| [ ] PCR (500) | [ ] Reinstate Drv. License (800) | [ ] Death Settlement (700) | [ ] Arbitration (900) |
| [ ] Mandamus (520) | [ ] Judicial Review (810) | [ ] Foreign Judgment (710) | [ ] Magistrate-Civil (910) |
| [ ] Habeas Corpus (530) | [ ] Relief (820) | [ ] Magistrate's Judgment (720) | [ ] Magistrate-Criminal (920) |
| [ ] Other (599) | [ ] Permanent Injunction (830) | [ ] Minor Settlement (730) | [ ] Municipal (930) |
| | [ ] Forfeiture-Petition (840) | [ ] Transcript Judgment (740) | [ ] Probate Court (940) |
| | [ ] Forfeiture—Consent Order (850) | [ ] Lis Pendens (750) | [ ] SCDOT (950) |
| | [ ] Other (899) | [ ] Transfer of Structured Settlement Payment Rights Application (760) | [ ] Worker's Comp (960) |
| | | | [ ] Zoning Board (970) |
| | | | [ ] Public Service Comm. (990) |
| **Special/Complex /Other** | | [ ] Confession of Judgment (770) | [ ] Employment Security Comm (991) |
| [ ] Environmental (600) | [ ] Pharmaceuticals (630) | [ ] Petition for Workers Compensation Settlement Approval (780) | [ ] Other (999) |
| [ ] Automobile Arb. (610) | [ ] Unfair Trade Practices (640) | | |
| [ ] Medical (620) | [ ] Out-of State Depositions (650) | [ ] Incapacitated Adult Settlement (790) | |
| [ ] Other (699) ____ | [ ] Motion to Quash Subpoena in an Out-of-County Action (660) | [ ] Other (799) ____ | |
| [ ] Sexual Predator (510) | [ ] Pre-Suit Discovery (670) | | |
| [ ] Permanent Restraining Order (680) | | | |
| [ ] Interpleader (690) | | | |

Submitting Party Signature: _/s/ Jay C. Connor_   Date: __March 3, 2024__

SCCA / 234 (04/2021)                                Page 1 of 2

**Note:** Frivolous civil proceedings may be subject to sanctions pursuant to SCRCP, Rule 11, and the South Carolina Frivolous Civil Proceedings Sanctions Act, S.C. Code Ann. §15-36-10 et. seq.

**Effective January 1, 2016,** Alternative Dispute Resolution (ADR) is mandatory in all counties, pursuant to Supreme Court Order dated November 12, 2015.

SUPREME COURT RULES REQUIRE THE SUBMISSION OF ALL CIVIL CASES TO AN ALTERNATIVE DISPUTE RESOLUTION PROCESS, UNLESS OTHERWISE EXEMPT.

**Pursuant to the ADR Rules, you are required to take the following action(s):**

1. The parties shall select a neutral and file a "Proof of ADR" form on or by the 210th day of the filing of this action. If the parties have not selected a neutral within 210 days, the Clerk of Court shall then appoint a primary and secondary mediator from the current roster on a rotating basis from among those mediators agreeing to accept cases in the county in which the action has been filed.

2. The initial ADR conference must be held within 300 days after the filing of the action.

3. Pre-suit medical malpractice mediations required by S.C. Code §15-79-125 shall be held not later than 120 days after all defendants are served with the "Notice of Intent to File Suit" or as the court directs.

4. Cases are exempt from ADR under ADR Rule 3(b) upon the following grounds:

    a. Special proceeding, or actions seeking extraordinary relief such as mandamus, habeas corpus, or prohibition;

    b. Requests for temporary relief;

    c. Appeals;

    d. Post Conviction relief matters;

    e. Contempt of Court proceedings;

    f. Forfeiture proceedings brought by governmental entities;

    g. Mortgage foreclosures; and

    h. Cases that have been previously subjected to an ADR conference, unless otherwise required by Rule 3 or by statute.

5. Cases may also be exempt from ADR under ADR Rule 3(c) upon motion to and approval by the court.

6. In cases not subject to ADR, the Chief Judge for Administrative Purposes, upon the motion of the court or of any party, may order a case to mediation.

7. Application of a party to be exempt from payment of neutral fees due to indigency should be filed with the Clerk of Court prior to the scheduling of the ADR conference.

**Please Note:** **You must comply with the Supreme Court Rules regarding ADR.**
**Failure to do so may affect your case or may result in sanctions.**

2024-CP-10-1185

| | |
|---|---|
| STATE OF SOUTH CAROLINA ) | IN THE COURT OF COMMON PLEAS |
| ) | NINTH JUDICIAL CIRCUIT |
| COUNTY OF CHARLESTON ) | |
| ) | |
| Jay Connor, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **SUMMONS** |
| -vs- ) | |
| ) | |
| ) | |
| ServiceQuik Inc. d/b/a Zing Business ) | |
| Management Software, Sally Alfeld ) | |
| Individually, and John Does 1-10. ) | |
| ) | |
| Defendants. ) | |

2024 MAR -4 PM 4:10
JULIE J. ARMSTRONG
CLERK OF COURT
FILED
BY: ___

TO THE DEFENDANTS ABOVE-NAMED:

YOU ARE HEREBY SUMMONED and notified that an action has been filed against you in this court. Thirty (30) days after the day you receive this Summons and Complaint, you must respond in writing to this Complaint by filing an Answer with this court. You must also serve a copy of your Answer to this Complaint upon the Plaintiff at the address shown below. If you fail to answer the Complaint, judgment by default could be rendered against you for the relief requested in the Complaint.

/s/ Jay Connor
Jay Connor
215 East Bay Street 201-F
Charleston, SC 29401
843-281-4444 (Residential)
Jayc650@hush.com

Charleston, South Carolina
March 4, 2024

2024-CP-10-1185

| | |
|---|---|
| STATE OF SOUTH CAROLINA | ) IN THE COURT OF COMMON PLEAS |
| | ) NINTH JUDICIAL CIRCUIT |
| COUNTY OF CHARLESTON | ) |
| | ) |
| Jay Connor, | ) |
| | ) |
| Plaintiff, | ) |
| | ) **COMPLAINT** |
| -vs- | ) |
| | ) |
| ServiceQuik Inc. d/b/a Zing Business | ) |
| Management Software, Sally Alfeld | ) |
| Individually, and John Does 1-10. | ) |
| | ) |
| Defendants. | ) |

FILED 2024 MAR -4 PM 4:10 JULIE J. ARMSTRONG CLERK OF COURT BY

Plaintiff complaining of the Defendants alleges as follows:

### TYPE OF ACTION

1. This is an action brought pursuant to the South Carolina Telephone Privacy Protection Act ("SCTPPA"), S.C. Code § 37-21-10.

2. Plaintiff seeks actual damages, statutory damages, increased statutory damages, and reasonable attorneys' fees and litigation expenses as remedies for Defendants' violations of State law.

3. This case arises from Defendants making a telephone solicitation to Plaintiff in violation of the SCTPPA.

### PARTIES AND JURISDICTION

4. Plaintiff Jay Connor is a resident of Charleston County, South Carolina.

5. ServiceQuik, Inc. ("ServiceQuik") is a Delaware limited liability company with its principal place of business in Colorado.

6. ServiceQuik conducts business under the trade name "Zing Business Management Software".

7. ServiceQuik also conducts business under the name "Zing Website Design".

8. ServiceQuik sends text messages to potential customers in South Carolina.

9. Sally Alfeld ("Alfeld") is an individual.

10. Alfeld resides in Colorado.

11. Alfeld sends text messages to potential customers in South Carolina.

12. The true identities of John Does 1-10 are unknown at this time.

13. The events giving rise to this claim occurred in Charleston County South Carolina.

14. Jurisdiction is proper in the Charleston County Court of Common Pleas.

15. Venue is proper under S.C. Code § 15-7-20(1).

## TELEPHONE SOLICITATION TO PLAINTIFF

16. Plaintiff is the sole subscriber to the South Carolina wireless number 843-281-XXXX.

17. Plaintiff's number is personal and used for personal purposes.

18. Plaintiff placed the number on the national DNC registry in April 2022.

19. On February 23, 2024, Plaintiff received a text message ("the Text") to his wireless telephone while he was in Charleston County.

20. The Text was sent by Defendants ServiceQuik and Alfeld.

21. The Text was unsolicited.

22. Plaintiff did not inquire or request information from ServiceQuik or Alfeld prior to receiving the Text alleged herein.

23. A copy of the text is attached hereto and incorporated herein as Exhibit A.

24. The purpose of the Text was to deliver a telephone solicitation on behalf of ServiceQuik.

25. The Text offered website services to Arbor Craft Builders, a company Plaintiff has never corresponded with, or had any relationship or affiliation with, including its owners or employees.

### SCTPPA Definitions

26. Plaintiff is a "consumer" as defined under S.C. Code § 37-21-20(1)

27. Each Defendant is a "person" as defined by S.C. Code § 37-21-20(3)

28. Each Defendant is a "telephone solicitor" under S.C. Code § 37-21-20(7).

29. The messages were "telephone solicitations" under S.C. Code § 37-21-20(6).

### FOR A FIRST CAUSE OF ACTION
(Failure to Provide Identification Information)
S.C. Code § 37-21-40

30. Plaintiff incorporates the above.

    S.C. Code § 37-21-40 requires, in pertinent part:

    (A) At the outset of a telephone solicitation, a telephone solicitor shall provide, in a clear and conspicuous manner, a first and *last name* to identify himself and provide the name of the person on whose behalf the telephone solicitation is being made and promptly disclose to the consumer the following information: (Emphasis Added)

31. Defendants violated 37-21-40 in the Text as the sender failed to immediately disclose her last name, or the full name of the company in a conspicuous manner.

32. Defendants willfully violated multiple subsections of S.C. Code § 37-21-40, and Plaintiff is therefore entitled to recover increased statutory damages in an amount not less than $1,000 and not more than $5,000.00 for each of the willful violations, attorney's fees, court costs, and prejudgment interest at the statutory rate.

### FOR A SECOND CAUSE OF ACTION
(Telephone solicitation by sending a text to a number on the national Do Not Call Registry)
*S.C. Code § 37-21-70 (B).*

33. Plaintiff incorporates the above.

34. Defendants transmitted a telephone solicitation to Plaintiff's number, which is registered on the national Do Not Call Registry.

35. This violation clearly shows willful behavior or a reckless disregard for the law because had Defendants followed proper protocol and checked the DNC registry before placing the call, they would have known not to call Plaintiff's number.

36. As a direct result of Defendants' willful violation of S.C. Code § 37-21-70 in the Text, Plaintiff is entitled to recover actual damages, increased statutory damages not less than $1,000 and not more than $5,000.00, reasonable attorney's fees and court costs, plus prejudgment interest at the statutory rate.

### FOR A THIRD CAUSE OF ACTION
(Temporary and Permanent Injunctive Relief)

37. Plaintiff incorporates the above.
38. Plaintiff is aggrieved by Defendants' numerous violations of the SCTPPA, and pursuant to S.C. Code § 37-21-80 (A), he is entitled to enjoin the violations.
39. Plaintiff seeks and Order enjoining the violations of the SCTPPA, temporarily and permanently, and for reasonable attorney's fees and court costs.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays as follows:

(a) For a judgment in Plaintiff's favor against all Defendants as to all claims asserted in this Complaint;

(b) For a judgement finding that Defendants acted willfully in their violations of the SCTPPA.

(c) For the statutory damages of $1,000 to $5,000 per violation to be awarded to the Plaintiff for each of the Defendants' violations of the SCTPPA;

(d) For an Order enjoining the Defendants from placing calls to Plaintiff in violation of the the SCTPPA, both temporarily and permanently;

(e) For an award of attorney's fees and court costs pursuant to the SCTPPA;

(f) For such other and further relief as the Court may deem just and proper.

Respectfully Submitted,

*Jay Connor*
Jay Connor
215 East Bay Street 201-F
Charleston, SC 29401

Charleston, South Carolina
March 4, 2024

843-281-4444 (Residential)
Jayc650@hush.com

Exhibit A

3:24

← (720) 927-8973

Friday, Feb 23 • 1:41 PM

Texting with (720) 927-8973 (SMS/MMS)

Hi, this is Sally from Zing website design. We're offering a fully built website for only $19/month for businesses like Arbor Craft Builders- no contract! Can I send you a sample of our work?

Reply "not interested" to opt out

1:41 PM • AT&T

Text