# Exhibit C
# Plaintiff's Answers to Defendants' Requests to Admit in State Court

| | |
|---|---|
| STATE OF SOUTH CAROLINA<br>COUNTY OF CHARLESTON | IN THE COURT OF COMMON PLEAS<br>NINTH JUDICIAL CIRCUIT |
| Jay Connor,<br><br>        Plaintiff,<br><br>Vs.<br><br>Servicequik Inc. d/b/a Zing Business Management Software, Sally Alfeld Individually, and John Does 1-10<br><br>        Defendants. | Civil Action No. 2023-CP-10-1185<br><br>**PLAINTIFF'S ANSWER TO DEFENDANTS' REQUEST FOR ADMISSIONS** |

Pursuant to Rule 36 of the South Carolina Rules of Civil procedure, Plaintiff hereby responds to Defendants Requests for Admissions:

1. Admit that you have multiple phone numbers.

   **Answer: Admit**

2. Admit that 843-557-5724 is one of your phone numbers.

   **Answer: Admit**

3. Admit that the 843-281-4444 is not your only phone number.

   **Answer: Admit**

4. Admit that you, prior to receiving the message referenced in your complaint, knew that the phone number 843-281-4444 was listed on Google for a business called Arbor Craft Builders.

   **Answer: I admit that I remember seeing it listed incorrectly as a number for Arbor Craft in 2022, but I deny knowing the status of the listing the entire two years because I didn't check it regularly after that.**

5. Admit that you have initiated, over the course of the past ten years, over ten separate

1

lawsuits alleging violations of the South Carolina Telephone Privacy Protection Act.

**Answer: Admit**

6. Admit that you have never initiated a lawsuit to remove your phone number from Google Business.

**Answer: Admit**

7. Admit that you, prior to May 20th, 2024, never contacted Arbor Craft Builders to alert them to your phone number being listed as their business line on Google.

**Answer: I admit I never spoke with anyone at Arbor Craft, but I recall calling a different number listed somewhere as the Arbor Craft number, and no one answered the call, and the greeting on the voicemail identified a different company name.**

8. Admit that you have never mentioned in any of your lawsuits that the phone number 843- 281-4444 is listed on Google Business.

**Answer: Admit**

9. Admit that the message referenced in your complaint is directed at a business, not a private individual's private phone number.

**Answer: I admit that the message refers to the company name Arbor Craft.**

10. Admit that you have intentionally left your phone number listed as a business number on Google so that you can allege claims under the South Carolina Telephone Privacy Protection Act.

**Answer: Deny**

11. Admit that you, after receiving the text message that is the subject of this suit, responded to the message asking for more information.

**Answer: Admit**

2

Respectfully Submitted,

*Jay C. Connor*
_____
Jay Connor
215 East Bay Street 201-F
Charleston, SC 29401
(843) 281-4444 (Residential)
Jayc650@hush.com

June 20, 2024

3