# Exhibit 6
## Lawsuit on Cheating on County
## South Carolina Weld Sky
## Coordinates Clan Fix



Charleston County

Public Index

Charleston County Home Page    Clerk of Court Home Page    Magistrates Court    SC Judicial Home Page    Search Tips

Search By…Court Type [All Courts]   Court Agency [All Agencies]
Case #  [          ]   Case Type [All Case Types]   Case SubType [All Case Sub-Types]
Last Name/Business [connor]   First [jay]   Middle [    ]   Suffix [  ]   Party Type [Plaintiff]
Action Type [All Actions]   CDR Code [          ]   Indictment # [          ]
Date Type [      ]   Beginning [       ]   Ending [       ]
Tax Map# From [          ]   Through [          ]
Only for Civil Cases… Index Search  (•)All  ( )Lis Pendens  ( )Judgments  | Cross Index Search  (•)All  ( )Judgment For  ( )Judgment Against

[Search]  [Reset Search Fields]  | Name Search Option  (•)Begins With  ( )Contains

| Name | Party Type | Case Number | Filed Date | Case Status | Disposition Date | Type | Subtype | Judgment # | Court Agency |
|---|---|---|---|---|---|---|---|---|---|
| Connor, Jay | Plaintiff | 1995JG1001035 | 03/28/1995 | Judgment | 03/28/1995 | Judgment | | 1995JG1001035 | Common Pleas |
| Connor, Jay | Plaintiff | 1995JG1001615 | 06/06/1995 | Judgment | 06/06/1995 | Judgment | | 1995JG1001615 | Common Pleas |
| Connor, Jay | Plaintiff | 2001CP1003756 | 09/27/2001 | Disposed | 05/29/2002 | Common Pleas | Use AP Case Type 910 | | Common Pleas |
| Connor, Jay | Plaintiff | 2001JG1002008 | 10/16/2001 | Judgment | 10/16/2001 | Judgment | | 2001JG1002008 | Common Pleas |
| Connor, Jay | Plaintiff | 2001JG1002008 | 12/06/2001 | Disposed | 12/02/2003 | Judgment | | | Master In Equity |
| Connor, Jay | Plaintiff | 2002CP1002013 | 05/09/2002 | Settled | 09/29/2005 | Common Pleas | Special-Comp/Oth 699 | | Common Pleas |
| Connor, Jay | Plaintiff | 2002JG1001145 | 06/06/2002 | Judgment | 06/06/2002 | Judgment | | 2002JG1001145 | Common Pleas |
| Connor, Jay | Plaintiff | 2002JG1001347 | 07/05/2002 | Judgment | 07/05/2002 | Judgment | | 2002JG1001347 | Common Pleas |
| Connor, Jay | Plaintiff | 2002JG1001966 | 09/25/2002 | Judgment | 09/25/2002 | Judgment | | 2002JG1001966 | Common Pleas |
| Connor, Jay | Plaintiff | 2002JG1002638 | 12/04/2002 | Judgment | 12/04/2002 | Judgment | | 2002JG1002638 | Common Pleas |
| Connor, Jay | Plaintiff | 2003CP1004324 | 10/16/2003 | Settled | 10/07/2005 | Common Pleas | Special-Comp/Oth 699 | | Common Pleas |
| Connor, Jay | Plaintiff | 2004JG1000818 | 04/22/2004 | Judgment | 04/22/2004 | Judgment | | 2004JG1000818 | Common Pleas |
| Connor, Jay | Plaintiff | 2004JG1000819 | 04/22/2004 | Judgment | 04/22/2004 | Judgment | | 2004JG1000819 | Common Pleas |
| Connor, Jay | Plaintiff | 2005CP1000089 | 01/07/2005 | Disposed | 09/12/2005 | Common Pleas | Use AP Case Type 910 | | Common Pleas |
| Connor, Jay | Plaintiff | 2005CP1000842 | 03/02/2005 | Settled | 06/18/2007 | Common Pleas | Person Inj/Other 399 | | Common Pleas |
| Connor, Jay | Plaintiff | 2005JG1001800 | 11/30/2005 | Judgment | 11/30/2005 | Judgment | | 2005JG1001800 | Common Pleas |
| Connor, Jay | Plaintiff | 2008CP1001578 | 03/19/2008 | Settled | 06/07/2010 | Common Pleas | Special-Comp/Oth 699 | | Common Pleas |
| Connor, Jay | Plaintiff | 2008JG1001187 | 07/31/2008 | Judgment | 07/31/2008 | Judgment | | 2008JG1001187 | Common Pleas |
| Connor, Jay | Plaintiff | 2008JG1001198 | 08/01/2008 | Judgment | 08/01/2008 | Judgment | | 2008JG1001198 | Common Pleas |
| Connor, Jay | Plaintiff | 2008JG1001212 | 08/07/2008 | Judgment | 08/07/2008 | Judgment | | 2008JG1001212 | Common Pleas |
| Connor, Jay | Plaintiff | 2009JG1001124 | 07/22/2009 | Judgment | 07/22/2009 | Judgment | | 2009JG1001124 | Common Pleas |
| Connor, Jay | Plaintiff | 2009JG1001125 | 07/22/2009 | Judgment | 07/22/2009 | Judgment | | 2009JG1001125 | Common Pleas |
| Connor, Jay | Plaintiff | 2009JG1001126 | 07/22/2009 | Judgment | 07/22/2009 | Judgment | | 2009JG1001126 | Common Pleas |
| Connor, Jay | Plaintiff | 2010CP1004799 | 06/14/2010 | Dismissed | 02/01/2013 | Common Pleas | Other/Malpract 299 | | Common Pleas |
| Connor, Jay | Plaintiff | 2010CP1008384 | 10/08/2010 | Dismissed | 02/26/2013 | Common Pleas | Person Inj/Other 399 | | Common Pleas |
| Connor, Jay | Plaintiff | 2010CP1009216 | 11/05/2010 | Judgment | 11/05/2010 | Common Pleas | Magistrate Judg 720 | 2010CP1009216 | Common Pleas |
| Connor, Jay | Plaintiff | 2010CP1009680 | 11/19/2010 | Judgment | 11/19/2010 | Common Pleas | Magistrate Judg 720 | 2010CP1009680 | Common Pleas |
| Connor, Jay | Plaintiff | 2010CP1009681 | 11/19/2010 | Judgment | 11/19/2010 | Common Pleas | Magistrate Judg 720 | 2010CP1009681 | Common Pleas |
| Connor, Jay | Plaintiff | 2010CP1010234 | 12/14/2010 | Disposed | 07/11/2013 | Common Pleas | Person Inj/Other 399 | | Common Pleas |
| Connor, Jay | Plaintiff | 2010CP1010234 | 03/28/2013 | Disposed | 07/11/2013 | Common Pleas | Person Inj/Other 399 | | Master In Equity |
| Connor, Jay | Plaintiff | 2010CP1010366 | 12/20/2010 | Judgment | 12/20/2010 | Common Pleas | Magistrate Judg 720 | 2010CP1010366 | Common Pleas |
| Connor, Jay | Plaintiff | 2011CP1005714 | 08/15/2011 | Judgment | 08/15/2011 | Common Pleas | Magistrate Judg 720 | 2011CP1005714 | Common Pleas |
| Connor, Jay | Plaintiff | 2011CP1008799 | 11/30/2011 | Judgment | 11/30/2011 | Common Pleas | Magistrate Judg 720 | 2011CP1008799 | Common Pleas |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Connor, Jay | Plaintiff | 2011CP1008800 | 11/30/2011 | Judgment | 11/30/2011 | Pleas | Magistrate Judg 720 | 2011CP1008800 | Common Pleas |
| Connor, Jay | Plaintiff | 2011CV1010600457 | 03/18/2011 | Settled | 05/27/2011 | Civil | Summons & Compl PS | 2011CV1010600457 | Small Claims - City |
| Connor, Jay | Plaintiff | 2011CV1010600552 | 04/08/2011 | Settled | 09/09/2011 | Civil | Summons & Compl PS | 2011CV1010600552 | Small Claims - City |
| Connor, Jay | Plaintiff | 2011CV1010600614 | 04/19/2011 | Disposed | 01/13/2012 | Civil | Summons & Compl PS | 2011CV1010600614 | Small Claims - City |
| Connor, Jay | Plaintiff | 2011CV1010600615 | 04/19/2011 | Disposed | 07/21/2011 | Civil | Summons & Compl PS | 2011CV1010600615 | Small Claims - City |
| Connor, Jay | Plaintiff | 2011CV1010600708 | 05/10/2011 | Non Service | 06/21/2013 | Civil | Summons & Compl PS | 2011CV1010600708 | Small Claims - City |
| Connor, Jay | Plaintiff | 2011CV1010601028 | 07/11/2011 | Dismissed | 11/22/2011 | Civil | Summons & Compl PS | | Small Claims - City |
| Connor, Jay | Plaintiff | 2011CV1010601138 | 07/29/2011 | Disposed | 11/22/2011 | Civil | Summons & Compl PS | | Small Claims - City |
| Connor, Jay | Plaintiff | 2011CV1010601139 | 07/29/2011 | Disposed | 10/24/2012 | Civil | Summons & Compl PS | 2011CV1010601139 | Small Claims - City |
| Connor, Jay | Plaintiff | 2011CV1010601176 | 08/03/2011 | Non Service | 11/22/2011 | Civil | Summons & Compl PS | | Small Claims - City |
| Connor, Jay | Plaintiff | 2011CV1010601197 | 08/08/2011 | Disposed | 01/31/2012 | Civil | Summons & Compl PS | 2011CV1010601197 | Small Claims - City |
| Connor, Jay | Plaintiff | 2011CV1010601251 | 08/15/2011 | Disposed | 11/22/2011 | Civil | Summons & Compl PS | | Small Claims - City |
| Connor, Jay | Plaintiff | 2011CV1010601257 | 08/16/2011 | Settled | 06/25/2012 | Civil | Summons & Compl PS | 2011CV1010601257 | Small Claims - City |
| Connor, Jay | Plaintiff | 2011CV1010601592 | 10/13/2011 | Disposed | 03/28/2012 | Civil | Summons & Compl PS | 2011CV1010601592 | Small Claims - City |
| Connor, Jay | Plaintiff | 2011CV1010601593 | 05/16/2012 | Disposed | 01/13/2014 | Civil | Summons & Compl PS | 2011CV1010601593 | Small Claims - City |
| Connor, Jay | Plaintiff | 2011CV1010601856 | 11/23/2011 | Settled | 06/26/2012 | Civil | Summons & Compl PS | 2011CV1010601856 | Small Claims - City |
| Connor, Jay | Plaintiff | 2011CV1010601956 | 12/15/2011 | Settled | 06/26/2012 | Civil | Summons & Compl PS | 2011CV1010601956 | Small Claims - City |
| Connor, Jay | Plaintiff | 2011CV1010602011 | 12/22/2011 | Settled | 06/25/2013 | Civil | Summons & Compl PS | 2011CV1010602011 | Small Claims - City |
| Connor, Jay | Plaintiff | 2011CV1010602027 | 12/29/2011 | Settled | 03/13/2012 | Civil | Summons & Compl PS | | Small Claims - City |
| Connor, Jay | Plaintiff | 2012CP1002206 | 04/02/2012 | Judgment | 04/02/2012 | Common Pleas | Magistrate Judg 720 | 2012CP1002206 | Common Pleas |
| Connor, Jay | Plaintiff | 2012CP1002863 | 05/01/2012 | Judgment | 05/01/2012 | Common Pleas | Magistrate Judg 720 | 2012CP1002863 | Common Pleas |
| Connor, Jay | Plaintiff | 2012CP1004556 | 07/12/2012 | Transferred | 08/17/2012 | Common Pleas | Special-Comp/Oth 699 | | Common Pleas |
| Connor, Jay | Plaintiff | 2012CP1005393 | 08/16/2012 | Judgment | 08/16/2012 | Common Pleas | Magistrate Judg 720 | 2012CP1005393 | Common Pleas |
| Connor, Jay | Plaintiff | 2012CP1006994 | 10/26/2012 | Judgment | 10/26/2012 | Common Pleas | Magistrate Judg 720 | 2012CP1006994 | Common Pleas |
| Connor, Jay | Plaintiff | 2012CP1006995 | 10/26/2012 | Judgment | 10/26/2012 | Common Pleas | Magistrate Judg 720 | 2012CP1006995 | Common Pleas |
| Connor, Jay | Plaintiff | 2012CV1010600004 | 01/04/2012 | Settled | 06/27/2012 | Civil | Summons & Compl PS | 2012CV1010600004 | Small Claims - City |
| Connor, Jay | Plaintiff | 2012CV1010600005 | 01/04/2012 | Settled | 02/16/2012 | Civil | Summons & Compl PS | | Small Claims - City |
| Connor, Jay | Plaintiff | 2012CV1010600013 | 01/09/2012 | Settled | 06/27/2012 | Civil | Summons & Compl PS | 2012CV1010600013 | Small Claims - City |
| Connor, Jay | Plaintiff | 2012CV1010600391 | 03/14/2012 | Disposed | 06/20/2012 | Civil | Summons & Compl PS | 2012CV1010600391 | Small Claims - City |
| Connor, Jay | Plaintiff | 2012CV1010600455 | 03/23/2012 | Settled | 06/28/2012 | Civil | Summons & Compl PS | 2012CV1010600455 | Small Claims - City |
| Connor, Jay | Plaintiff | 2012CV1010600618 | 04/24/2012 | Transferred | 07/25/2012 | Civil | Summons & Compl PS | | Small Claims - City |
| Connor, Jay | Plaintiff | 2012CV1010600621 | 04/25/2012 | Dismissed | 06/28/2012 | Civil | Summons & Compl PS | 2012CV1010600621 | Small Claims - City |
| Connor, Jay | Plaintiff | 2012CV1010600654 | 05/01/2012 | Settled | 06/26/2013 | Civil | Summons & Compl PS | 2012CV1010600654 | Small Claims - City |
| Connor, Jay | Plaintiff | 2012CV1010600724 | 05/14/2012 | Disposed | 08/03/2012 | Civil | Summons & Compl PS | 2012CV1010600724 | Small Claims - City |
| Connor, Jay | Plaintiff | 2012CV1010600727 | 05/14/2012 | Settled | 06/27/2013 | Civil | Summons & Compl PS | 2012CV1010600727 | Small Claims - City |
| Connor, Jay | Plaintiff | 2012CV1010600760 | 05/18/2012 | Dismissed | 06/26/2013 | Civil | Summons & Compl PS | 2012CV1010600760 | Small Claims - City |
| Connor, Jay | Plaintiff | 2012CV1010600962 | 06/25/2012 | Disposed | 10/10/2012 | Civil | Summons & Compl PS | 2012CV1010600962 | Small Claims - City |
| Connor, Jay | Plaintiff | 2012CV1010601327 | 08/24/2012 | Dismissed | 06/28/2013 | Civil | Summons & Compl PS | 2012CV1010601327 | Small Claims - City |
| Connor, Jay | Plaintiff | 2012CV1010601534 | 10/05/2012 | Dismissed | 05/21/2013 | Civil | Summons & Compl PS | 2012CV1010601534 | Small Claims - City |
| Connor, Jay | Plaintiff | 2012CV1010601751 | 10/30/2012 | Settled | 06/27/2014 | Civil | Summons & Compl PS | 2012CV1010601751 | Small Claims - City |
| Connor, Jay | Plaintiff | 2012CV1010601798 | 11/06/2012 | Dismissed | 05/21/2013 | Civil | Summons & Compl | 2012CV1010601798 | Small Claims - City |

| | | | | | | | PS | | |
|---|---|---|---|---|---|---|---|---|---|
| Connor, Jay | Plaintiff | 2012CV1010601806 | 11/09/2012 | Dismissed | 05/21/2013 | Civil | Summons & Compl PS | 2012CV1010601806 | Small Claims - City |
| Connor, Jay | Plaintiff | 2012CV1010601816 | 11/13/2012 | Dismissed | 05/10/2013 | Civil | Summons & Compl PS | 2012CV1010601816 | Small Claims - City |
| Connor, Jay | Plaintiff | 2012CV1010601827 | 11/15/2012 | Transferred | 06/20/2014 | Civil | Summons & Compl PS | | Small Claims - City |
| Connor, Jay | Plaintiff | 2012CV1010601912 | 11/30/2012 | Dismissed | 05/10/2013 | Civil | Summons & Compl PS | 2012CV1010601912 | Small Claims - City |
| Connor, Jay | Plaintiff | 2012CV1010601968 | 12/13/2012 | Settled | 06/27/2014 | Civil | Summons & Compl PS | 2012CV1010601968 | Small Claims - City |
| Connor, Jay | Plaintiff | 2013CP1001411 | 03/11/2013 | Dismissed | 12/09/2014 | Common Pleas | Person Inj/Other 399 | | Common Pleas |
| Connor, Jay | Plaintiff | 2013CV1010600077 | 01/23/2013 | Dismissed | 06/18/2013 | Civil | Summons & Compl PS | 2013CV1010600077 | Small Claims - City |
| Connor, Jay | Plaintiff | 2013CV1010600237 | 02/20/2013 | Settled | 06/18/2013 | Civil | Summons & Compl PS | 2013CV1010600237 | Small Claims - City |
| Connor, Jay | Plaintiff | 2013CV1010600281 | 02/28/2013 | Settled | 08/12/2013 | Civil | Summons & Compl PS | 2013CV1010600281 | Small Claims - City |
| Connor, Jay | Plaintiff | 2013CV1010600361 | 03/25/2013 | Dismissed | 06/18/2013 | Civil | Summons & Compl PS | 2013CV1010600361 | Small Claims - City |
| Connor, Jay | Plaintiff | 2013CV1010600504 | 05/14/2013 | Dismissed | 02/28/2014 | Civil | Summons & Compl PS | 2013CV1010600504 | Small Claims - City |
| Connor, Jay | Plaintiff | 2013CV1010600512 | 05/16/2013 | Disposed | 10/08/2013 | Civil | Summons & Compl PS | 2013CV1010600512 | Small Claims - City |
| Connor, Jay | Plaintiff | 2013CV1010600605 | 05/31/2013 | Disposed | 10/08/2013 | Civil | Summons & Compl PS | 2013CV1010600605 | Small Claims - City |
| Connor, Jay | Plaintiff | 2013CV1010600626 | 06/07/2013 | Transferred | 07/25/2013 | Civil | Summons & Compl PS | 2013CV1010600626 | Small Claims - City |
| Connor, Jay | Plaintiff | 2013CV1010600648 | 06/07/2013 | Settled | 08/09/2013 | Civil | Summons & Compl PS | 2013CV1010600648 | Small Claims - City |
| Connor, Jay | Plaintiff | 2013CV1010600721 | 06/21/2013 | Dismissed | 04/25/2014 | Civil | Summons & Compl PS | | Small Claims - City |
| Connor, Jay | Plaintiff | 2013CV1010600728 | 06/25/2013 | Transferred | 02/26/2014 | Civil | Summons & Compl PS | 2013CV1010600728 | Small Claims - City |
| Connor, Jay | Plaintiff | 2013CV1010600762 | 07/01/2013 | Non Service | 05/06/2014 | Civil | Summons & Compl PS | 2013CV1010600762 | Small Claims - City |
| Connor, Jay | Plaintiff | 2013CV1010600763 | 07/01/2013 | Non Service | 05/06/2014 | Civil | Summons & Compl PS | 2013CV1010600763 | Small Claims - City |
| Connor, Jay | Plaintiff | 2013CV1010600767 | 07/02/2013 | Settled | 04/28/2014 | Civil | Summons & Compl PS | 2013CV1010600767 | Small Claims - City |
| Connor, Jay | Plaintiff | 2013CV1010600788 | 07/05/2013 | Dismissed | 02/28/2014 | Civil | Summons & Compl PS | | Small Claims - City |
| Connor, Jay | Plaintiff | 2013CV1010600797 | 07/10/2013 | Settled | 11/27/2013 | Civil | Summons & Compl PS | 2013CV1010600797 | Small Claims - City |
| Connor, Jay | Plaintiff | 2013CV1010600826 | 07/15/2013 | Settled | 05/05/2014 | Civil | Summons & Compl PS | 2013CV1010600826 | Small Claims - City |
| Connor, Jay | Plaintiff | 2013CV1010600881 | 07/26/2013 | Non Service | 05/06/2014 | Civil | Summons & Complaint | 2013CV1010600881 | Small Claims - City |
| Connor, Jay | Plaintiff | 2013CV1010601004 | 08/16/2013 | Appeal Return Issued | 03/10/2014 | Civil | Summons & Compl PS | 2013CV1010601004 | Small Claims - City |
| Connor, Jay | Plaintiff | 2013CV1010601027 | 08/21/2013 | Settled | 04/23/2014 | Civil | Summons & Compl PS | 2013CV1010601027 | Small Claims - City |
| Connor, Jay | Plaintiff | 2013CV1010601326 | 10/31/2013 | Settled | 01/07/2014 | Civil | Summons & Compl PS | 2013CV1010601326 | Small Claims - City |
| Connor, Jay | Plaintiff | 2013CV1010601349 | 11/06/2013 | Dismissed | 02/28/2014 | Civil | Summons & Compl PS | | Small Claims - City |
| Connor, Jay | Plaintiff | 2013CV1010601353 | 11/07/2013 | Transferred | 02/26/2014 | Civil | Summons & Compl PS | 2013CV1010601353 | Small Claims - City |
| Connor, Jay | Plaintiff | 2013CV1010601403 | 11/18/2013 | Transferred | 02/26/2014 | Civil | Summons & Compl PS | 2013CV1010601403 | Small Claims - City |
| Connor, Jay | Plaintiff | 2014CP1000508 | 01/24/2014 | Judgment | 01/24/2014 | Common Pleas | Magistrate Judg 720 | 2014CP1000508 | Common Pleas |
| Connor, Jay | Plaintiff | 2014CV1010600008 | 01/06/2014 | Settled | 04/04/2014 | Civil | Summons & Compl PS | 2014CV1010600008 | Small Claims - City |
| Connor, Jay | Plaintiff | 2014CV1010600041 | 01/16/2014 | Transferred | 02/26/2014 | Civil | Summons & Compl PS | 2014CV1010600041 | Small Claims - City |
| Connor, Jay | Plaintiff | 2014CV1010600080 | 02/07/2014 | Dismissed | 03/18/2014 | Civil | Summons & Compl PS | | Small Claims - City |
| Connor, Jay | Plaintiff | 2014CV1010600117 | 02/19/2014 | Dismissed | 04/24/2014 | Civil | Summons & Compl PS | 2014CV1010600117 | Small Claims - City |
| Connor, Jay | Plaintiff | 2014CV1010600211 | 03/17/2014 | Dismissed | 04/24/2014 | Civil | Summons & Compl PS | 2014CV1010600211 | Small Claims - City |
| Connor, Jay | Plaintiff | 2014CV1010600222 | 03/24/2014 | Dismissed | 05/13/2014 | Civil | Summons & Compl PS | | Small Claims - City |
| Connor, Jay | Plaintiff | 2014CV1010600447 | 06/12/2014 | Settled | 08/13/2014 | Civil | Summons & Compl PS | 2014CV1010600447 | Small Claims - City |
| Connor, Jay | Plaintiff | 2014CV1010600570 | 07/22/2014 | Settled | 10/17/2014 | Civil | Summons & Compl PS | 2014CV1010600570 | Small Claims - City |
| Connor, Jay | Plaintiff | 2014CV1010601003 | 12/12/2014 | Dismissed | 03/25/2015 | Civil | Summons & Compl PS | 2014CV1010601003 | Small Claims - City |

| Connor, Jay | Plaintiff | 2015CP1000006 | 01/02/2015 | Dismissed | 09/13/2015 | Common Pleas | Person Inj/Other 399 | | Common Pleas |
|---|---|---|---|---|---|---|---|---|---|
| Connor, Jay | Plaintiff | 2015CP1003827 | 07/10/2015 | Judgment | 07/10/2015 | Common Pleas | Magistrate Judg 720 | 2015CP1003827 | Common Pleas |
| Connor, Jay | Plaintiff | 2015CP1004207 | 07/28/2015 | Judgment | 07/28/2015 | Common Pleas | Magistrate Judg 720 | 2015CP1004207 | Common Pleas |
| Connor, Jay | Plaintiff | 2015CP1005972 | 11/04/2015 | Dismissed | 06/09/2016 | Common Pleas | Contract/Other 199 | | Common Pleas |
| Connor, Jay | Plaintiff | 2015CP1006110 | 11/09/2015 | Judgment | 11/09/2015 | Common Pleas | Magistrate Judg 720 | 2015CP1006110 | Common Pleas |
| Connor, Jay | Plaintiff | 2015CP1006111 | 11/09/2015 | Judgment | 11/09/2015 | Common Pleas | Magistrate Judg 720 | 2015CP1006111 | Common Pleas |
| Connor, Jay | Plaintiff | 2015CP1006750 | 12/14/2015 | Judgment | 12/14/2015 | Common Pleas | Magistrate Judg 720 | 2015CP1006750 | Common Pleas |
| Connor, Jay | Plaintiff | 2015CV1010600188 | 02/27/2015 | Disposed | 04/21/2015 | Civil | Summons & Compl PS | 2015CV1010600188 | Small Claims - City |
| Connor, Jay | Plaintiff | 2015CV1010600223 | 03/10/2015 | Dismissed | 04/21/2015 | Civil | Summons & Compl PS | 2015CV1010600223 | Small Claims - City |
| Connor, Jay | Plaintiff | 2015CV1010600243 | 03/19/2015 | Dismissed | 04/21/2015 | Civil | Summons & Compl PS | 2015CV1010600243 | Small Claims - City |
| Connor, Jay | Plaintiff | 2015CV1010600245 | 03/20/2015 | Non Service | 07/02/2015 | Civil | Summons & Compl PS | 2015CV1010600245 | Small Claims - City |
| Connor, Jay | Plaintiff | 2015CV1010600281 | 04/02/2015 | Disposed | 06/29/2015 | Civil | Summons & Compl PS | 2015CV1010600281 | Small Claims - City |
| Connor, Jay | Plaintiff | 2015CV1010600355 | 04/28/2015 | Disposed | 05/24/2017 | Civil | Summons & Compl PS | | Small Claims - City |
| Connor, Jay | Plaintiff | 2015CV1010600407 | 05/19/2015 | Settled | 10/01/2015 | Civil | Summons & Compl PS | 2015CV1010600407 | Small Claims - City |
| Connor, Jay | Plaintiff | 2015CV1010600489 | 06/12/2015 | Disposed | 07/20/2015 | Civil | Summons & Compl PS | 2015CV1010600489 | Small Claims - City |
| Connor, Jay | Plaintiff | 2015CV1010600516 | 06/16/2015 | Disposed | 10/06/2015 | Civil | Summons & Compl PS | 2015CV1010600516 | Small Claims - City |
| Connor, Jay | Plaintiff | 2015CV1010600525 | 06/18/2015 | Dismissed | 07/30/2015 | Civil | Summons & Compl PS | | Small Claims - City |
| Connor, Jay | Plaintiff | 2015CV1010600688 | 08/04/2015 | Disposed | 10/27/2015 | Civil | Summons & Compl PS | 2015CV1010600688 | Small Claims - City |
| Connor, Jay | Plaintiff | 2015CV1010600694 | 08/05/2015 | Disposed | 07/29/2016 | Civil | Summons & Compl PS | | Small Claims - City |
| Connor, Jay | Plaintiff | 2015CV1010600704 | 08/07/2015 | Disposed | 09/29/2015 | Civil | Summons & Compl PS | 2015CV1010600704 | Small Claims - City |
| Connor, Jay | Plaintiff | 2015CV1010600709 | 08/10/2015 | Disposed | 10/20/2015 | Civil | Summons & Compl PS | 2015CV1010600709 | Small Claims - City |
| Connor, Jay | Plaintiff | 2015CV1010600763 | 08/21/2015 | Disposed | 10/14/2015 | Civil | Summons & Compl PS | | Small Claims - City |
| Connor, Jay | Plaintiff | 2015CV1010600776 | 08/26/2015 | Disposed | 04/01/2016 | Civil | Summons & Compl PS | 2015CV1010600776 | Small Claims - City |
| Connor, Jay | Plaintiff | 2015CV1010600901 | 09/25/2015 | Disposed | 02/22/2016 | Civil | Summons & Compl PS | 2015CV1010600901 | Small Claims - City |
| Connor, Jay | Plaintiff | 2015CV1010600924 | 10/01/2015 | Disposed | 12/11/2015 | Civil | Summons & Compl PS | 2015CV1010600924 | Small Claims - City |
| Connor, Jay | Plaintiff | 2015CV1010600956 | 10/14/2015 | Non Service | 12/02/2015 | Civil | Summons & Compl PS | 2015CV1010600956 | Small Claims - City |
| Connor, Jay | Plaintiff | 2015CV1010600987 | 10/21/2015 | Dismissed | 11/02/2015 | Civil | Summons & Compl PS | | Small Claims - City |
| Connor, Jay | Plaintiff | 2015CV1010601015 | 10/29/2015 | Settled | 07/29/2016 | Civil | Summons & Compl PS | 2015CV1010601015 | Small Claims - City |
| Connor, Jay | Plaintiff | 2015CV1010601076 | 11/19/2015 | Non Service | 05/27/2016 | Civil | Summons & Compl PS | 2015CV1010601076 | Small Claims - City |
| Connor, Jay | Plaintiff | 2015CV1010601136 | 12/14/2015 | Dismissed | 05/27/2016 | Civil | Summons & Compl PS | 2015CV1010601136 | Small Claims - City |
| Connor, Jay | Plaintiff | 2016CP1000198 | 01/13/2016 | Judgment | 01/13/2016 | Common Pleas | Magistrate Judg 720 | 2016CP1000198 | Common Pleas |
| Connor, Jay | Plaintiff | 2016CP1002872 | 06/02/2016 | Judgment | 06/02/2016 | Common Pleas | Magistrate Judg 720 | 2016CP1002872 | Common Pleas |
| Connor, Jay | Plaintiff | 2016CP1002875 | 06/02/2016 | Judgment | 06/02/2016 | Common Pleas | Magistrate Judg 720 | 2016CP1002875 | Common Pleas |
| Connor, Jay | Plaintiff | 2016CP1004615 | 08/30/2016 | Judgment | 08/30/2016 | Common Pleas | Magistrate Judg 720 | 2016CP1004615 | Common Pleas |
| Connor, Jay | Plaintiff | 2016CP1006165 | 11/16/2016 | Judgment | 11/16/2016 | Common Pleas | Magistrate Judg 720 | 2016CP1006165 | Common Pleas |
| Connor, Jay | Plaintiff | 2016CV1010600065 | 01/25/2016 | Disposed | 05/09/2016 | Civil | Summons & Compl PS | 2016CV1010600065 | Small Claims - City |
| Connor, Jay | Plaintiff | 2016CV1010600131 | 02/16/2016 | Dismissed | 06/06/2016 | Civil | Summons & Compl PS | | Small Claims - City |
| Connor, Jay | Plaintiff | 2016CV1010600308 | 04/18/2016 | Dismissed | 10/13/2016 | Civil | Summons & Compl PS | 2016CV1010600308 | Small Claims - City |
| Connor, Jay | Plaintiff | 2016CV1010600363 | 05/04/2016 | Disposed | 09/16/2016 | Civil | Summons & Compl PS | 2016CV1010600363 | Small Claims - City |
| Connor, Jay | Plaintiff | 2016CV1010600370 | 05/06/2016 | Dismissed | 06/06/2016 | Civil | Summons & Compl PS | | Small Claims - City |

| Connor, Jay | Plaintiff | 2016CV1010600374 | 05/09/2016 | Settled | 12/29/2016 | Civil | Summons & Compl PS | 2016CV1010600374 | Small Claims - City |
|---|---|---|---|---|---|---|---|---|---|
| Connor, Jay | Plaintiff | 2016CV1010600478 | 05/26/2016 | Dismissed | 10/27/2016 | Civil | Summons & Compl PS | | Small Claims - City |
| Connor, Jay | Plaintiff | 2016CV1010600495 | 05/31/2016 | Disposed | 07/19/2016 | Civil | Summons & Compl PS | 2016CV1010600495 | Small Claims - City |
| Connor, Jay | Plaintiff | 2016CV1010600537 | 06/09/2016 | Non Service | 11/02/2016 | Civil | Summons & Compl PS | | Small Claims - City |
| Connor, Jay | Plaintiff | 2016CV1010600574 | 06/15/2016 | Non Service | 11/02/2016 | Civil | Summons & Compl PS | | Small Claims - City |
| Connor, Jay | Plaintiff | 2016CV1010600660 | 07/12/2016 | Dismissed | 10/27/2016 | Civil | Summons & Compl PS | | Small Claims - City |
| Connor, Jay | Plaintiff | 2016CV1010600677 | 07/15/2016 | Dismissed | 10/13/2016 | Civil | Summons & Compl PS | 2016CV1010600677 | Small Claims - City |
| Connor, Jay | Plaintiff | 2016CV1010600768 | 08/11/2016 | Disposed | 10/05/2016 | Civil | Summons & Compl PS | | Small Claims - City |
| Connor, Jay | Plaintiff | 2017CP1002851 | 06/05/2017 | Judgment | 06/05/2017 | Common Pleas | Magistrate Judg 720 | 2017CP1002851 | Common Pleas |
| Connor, Jay | Plaintiff | 2017CP1003070 | 06/15/2017 | Dismissed | 06/03/2019 | Common Pleas | Person Inj/Other 399 | | Common Pleas |
| Connor, Jay | Plaintiff | 2017CV1010600068 | 01/23/2017 | Disposed | 05/11/2017 | Civil | Summons & Compl PS | 2017CV1010600068 | Small Claims - City |
| Connor, Jay | Plaintiff | 2017CV1010600096 | 02/01/2017 | Disposed | 07/25/2017 | Civil | Summons & Compl PS | 2017CV1010600096 | Small Claims - City |
| Connor, Jay | Plaintiff | 2017CV1010600456 | 05/26/2017 | Dismissed | 07/05/2017 | Civil | Summons & Compl PS | | Small Claims - City |
| Connor, Jay | Plaintiff | 2017CV1010600701 | 08/07/2017 | Disposed | 01/09/2018 | Civil | Summons & Compl PS | 2017CV1010600701 | Small Claims - City |
| Connor, Jay | Plaintiff | 2017CV1010600702 | 08/07/2017 | Disposed | 01/09/2018 | Civil | Summons & Compl PS | 2017CV1010600702 | Small Claims - City |
| Connor, Jay | Plaintiff | 2017CV1010600736 | 08/14/2017 | Dismissed | 12/20/2017 | Civil | Summons & Compl PS | | Small Claims - City |
| Connor, Jay | Plaintiff | 2017CV1010600752 | 08/17/2017 | Disposed | 12/05/2017 | Civil | Summons & Compl PS | 2017CV1010600752 | Small Claims - City |
| Connor, Jay | Plaintiff | 2017CV1010600763 | 08/24/2017 | Settled | 02/21/2018 | Civil | Summons & Compl PS | 2017CV1010600763 | Small Claims - City |
| Connor, Jay | Plaintiff | 2017CV1010600835 | 09/15/2017 | Dismissed | 10/20/2017 | Civil | Summons & Compl PS | | Small Claims - City |
| Connor, Jay | Plaintiff | 2017CV1010600860 | 09/26/2017 | Dismissed | 11/28/2017 | Civil | Summons & Compl PS | | Small Claims - City |
| Connor, Jay | Plaintiff | 2017CV1010600865 | 09/27/2017 | Non Service | 11/01/2017 | Civil | Summons & Compl PS | | Small Claims - City |
| Connor, Jay | Plaintiff | 2017CV1010601016 | 10/12/2017 | Disposed | 10/16/2017 | Civil | Summons & Compl PS | | Small Claims - City |
| Connor, Jay | Plaintiff | 2017CV1010601017 | 10/12/2017 | Dismissed | 11/28/2017 | Civil | Summons & Compl PS | | Small Claims - City |
| Connor, Jay | Plaintiff | 2017CV1010601065 | 10/26/2017 | Dismissed | 02/16/2018 | Civil | Summons & Compl PS | | Small Claims - City |
| Connor, Jay | Plaintiff | 2017CV1010601095 | 11/07/2017 | Dismissed | 12/20/2017 | Civil | Summons & Compl PS | | Small Claims - City |
| Connor, Jay | Plaintiff | 2017CV1010601175 | 12/11/2017 | Dismissed | 06/18/2018 | Civil | Summons & Compl PS | 2017CV1010601175 | Small Claims - City |
| Connor, Jay | Plaintiff | 2018CP1000430 | 01/30/2018 | Judgment | 01/30/2018 | Common Pleas | Magistrate Judg 720 | 2018CP1000430 | Common Pleas |
| Connor, Jay | Plaintiff | 2018CV1010600149 | 02/14/2018 | Disposed | 11/15/2018 | Civil | Summons & Compl PS | 2018CV1010600149 | Small Claims - City |
| Connor, Jay | Plaintiff | 2018CV1010601464 | 11/16/2018 | Dismissed | 12/03/2018 | Civil | Summons & Compl PS | | Small Claims - City |
| Connor, Jay | Plaintiff | 2019CV1010600161 | 02/06/2019 | Dismissed | 03/26/2019 | Civil | Summons & Compl PS | | Small Claims - City |
| Connor, Jay | Plaintiff | 2019CV1010600171 | 02/07/2019 | Dismissed | 03/26/2019 | Civil | Summons & Compl PS | | Small Claims - City |
| Connor, Jay | Plaintiff | 2019CV1010600192 | 02/13/2019 | Disposed | 03/26/2019 | Civil | Summons & Compl PS | | Small Claims - City |
| Connor, Jay | Plaintiff | 2019CV1010600519 | 04/16/2019 | Transferred | 05/21/2019 | Civil | Summons & Compl PS | | Small Claims - City |
| Connor, Jay | Plaintiff | 2019CV1010600532 | 04/17/2019 | Dismissed | 11/13/2019 | Civil | Summons & Compl PS | | Small Claims - City |
| Connor, Jay | Plaintiff | 2019CV1010600539 | 04/22/2019 | Dismissed | 10/21/2019 | Civil | Summons & Compl PS | | Small Claims - City |
| Connor, Jay | Plaintiff | 2019CV1010600748 | 05/22/2019 | Non Service | 07/15/2019 | Civil | Summons & Compl PS | | Small Claims - City |
| Connor, Jay | Plaintiff | 2019CV1010601011 | 07/09/2019 | Dismissed | 10/31/2019 | Civil | Summons & Compl PS | | Small Claims - City |
| Connor, Jay | Plaintiff | 2019CV1010601403 | 09/13/2019 | Dismissed | 09/27/2019 | Civil | Summons & Compl PS | | Small Claims - City |
| Connor, Jay | Plaintiff | 2019CV1010601690 | 11/05/2019 | Settled | 03/12/2020 | Civil | Summons & Compl PS | | Small Claims - City |
| Connor, Jay | Plaintiff | 2020CV1010600325 | 02/20/2020 | Dismissed | 05/12/2020 | Civil | Summons & Compl PS | | Small Claims - City |
| | | | | | | | Summons & Compl | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Connor, Jay | Plaintiff | 2020CV1010600326 | 02/20/2020 | Dismissed | 02/28/2020 | Civil | PS | | Small Claims - City |
| Connor, Jay | Plaintiff | 2020CV1010600342 | 02/25/2020 | Non Service | 04/14/2020 | Civil | Summons & Complaint | | Small Claims - City |
| Connor, Jay | Plaintiff | 2020CV1010600343 | 02/25/2020 | Dismissed | 03/25/2021 | Civil | Summons & Compl PS | | Small Claims - City |
| Connor, Jay | Plaintiff | 2020CV1010600370 | 03/03/2020 | Disposed | 05/11/2020 | Civil | Summons & Compl PS | | Small Claims - City |
| Connor, Jay | Plaintiff | 2020CV1010600378 | 03/05/2020 | Dismissed | 07/02/2020 | Civil | Summons & Compl PS | | Small Claims - City |
| Connor, Jay | Plaintiff | 2020CV1010600795 | 07/29/2020 | Settled | 03/09/2021 | Civil | Summons & Compl PS | | Small Claims - City |
| Connor, Jay | Plaintiff | 2020CV1010600803 | 08/03/2020 | Dismissed | 12/07/2020 | Civil | Summons & Compl PS | | Small Claims - City |
| Connor, Jay | Plaintiff | 2020CV1010600822 | 08/06/2020 | Dismissed | 10/22/2020 | Civil | Summons & Compl PS | | Small Claims - City |
| Connor, Jay | Plaintiff | 2020CV1010600996 | 09/03/2020 | Dismissed | 12/10/2020 | Civil | Summons & Compl PS | | Small Claims - City |
| Connor, Jay | Plaintiff | 2020CV1010601082 | 09/24/2020 | Disposed | 02/24/2021 | Civil | Summons & Compl PS | | Small Claims - City |
| Connor, Jay | Plaintiff | 2021CP1001511 | 03/31/2021 | Settled | 03/10/2022 | Common Pleas | Person Inj/Other 399 | | Common Pleas |
| Connor, Jay | Plaintiff | 2021CV1010600094 | 01/13/2021 | Disposed | 10/01/2021 | Civil | Summons & Compl PS | 2021CV1010600094 | Small Claims - City |
| Connor, Jay | Plaintiff | 2021CV1010601080 | 10/08/2021 | Disposed | 07/21/2022 | Civil | Summons & Compl PS | 2021CV1010601080 | Small Claims - City |
| Connor, Jay | Plaintiff | 2022CP1001866 | 04/24/2022 | Dismissed | 07/13/2023 | Common Pleas | Person Inj/Other 399 | | Common Pleas |
| Connor, Jay | Plaintiff | 2022CP1003673 | 08/11/2022 | Dismissed | 01/02/2023 | Common Pleas | Unfair Trade Pra 640 | | Common Pleas |
| Connor, Jay | Plaintiff | 2022CP1004208 | 09/09/2022 | Dismissed | 09/20/2023 | Common Pleas | Person Inj/Other 399 | | Common Pleas |
| Connor, Jay | Plaintiff | 2022CP1004328 | 09/15/2022 | Dismissed | 08/04/2023 | Common Pleas | Person Inj/Other 399 | | Common Pleas |
| Connor, Jay | Plaintiff | 2022CP1004478 | 09/23/2022 | Dismissed | 08/04/2023 | Common Pleas | Person Inj/Other 399 | | Common Pleas |
| Connor, Jay | Plaintiff | 2022CP1004648 | 10/05/2022 | Transferred | 11/09/2022 | Common Pleas | Person Inj/Other 399 | | Common Pleas |
| Connor, Jay | Plaintiff | 2022CP1005830 | 12/20/2022 | Dismissed | 07/26/2023 | Common Pleas | Special-Comp/Oth 699 | | Common Pleas |
| Connor, Jay | Plaintiff | 2023CP1001725 | 04/10/2023 | Dismissed | 07/08/2024 | Common Pleas | Other/Malpract 299 | | Common Pleas |
| Connor, Jay | Plaintiff | 2023CP1001955 | 04/21/2023 | Dismissed | 07/08/2024 | Common Pleas | Real Prop/Other 499 | | Common Pleas |
| Connor, Jay | Plaintiff | 2024CP1001185 | 03/04/2024 | Dismissed | 08/19/2024 | Common Pleas | Person Inj/Other 399 | | Common Pleas |
| Connor, Jay | Plaintiff | CI812003001769 | 07/10/2003 | Settled | 08/05/2003 | Civil | Rule to Vacate $40 | CI812003001769 | Charleston City Magistrate |
| Connor, Jay | Plaintiff | SC861999003896 | 10/13/1999 | Settled | 11/19/1999 | Civil | Summons & Complaint | SC861999003896 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862000004171 | 10/02/2000 | Dismissed | 11/27/2000 | Civil | Summons & Complaint | SC862000004171 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862000004729 | 12/07/2000 | Settled | 03/12/2001 | Civil | Summons & Complaint | SC862000004729 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862000004759 | 12/13/2000 | Settled | 05/09/2001 | Civil | Summons & Complaint | SC862000004759 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862001001116 | 04/09/2001 | Disposed | 09/13/2001 | Civil | Summons & Complaint | SC862001001116 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862001002002 | 06/05/2001 | Settled | 10/23/2001 | Civil | Summons & Complaint | SC862001002002 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862001002124 | 06/13/2001 | Disposed | 09/13/2001 | Civil | Summons & Complaint | SC862001002124 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862001003799 | 10/01/2001 | Disposed | 02/15/2002 | Civil | Summons & Complaint | SC862001003799 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862001003846 | 10/05/2001 | Settled | 01/17/2002 | Civil | Summons & Complaint | SC862001003846 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862001003847 | 10/05/2001 | Settled | 01/09/2002 | Civil | Summons & Complaint | SC862001003847 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862001003992 | 10/16/2001 | Settled | 12/11/2001 | Civil | Summons & Complaint | SC862001003992 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862001004078 | 10/22/2001 | Settled | 08/08/2002 | Civil | Summons & Complaint | SC862001004078 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862001004587 | 12/19/2001 | Disposed | 06/21/2002 | Civil | Summons & Complaint | SC862001004587 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862002000027 | 01/07/2002 | Settled | 02/12/2002 | Civil | Summons & Complaint | SC862002000027 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862002000211 | 01/28/2002 | Settled | 02/14/2002 | Civil | Summons & Complaint | SC862002000211 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862002000761 | 03/07/2002 | Disposed | 11/22/2002 | Civil | Summons & Complaint | SC862002000761 | Small Claims - City |
| | | | | | | | Summons & | | |

| Connor, Jay | Plaintiff | SC862002002328 | 06/20/2002 | Disposed | 05/13/2003 | Civil | Complaint | SC862002002328 | Small Claims - City |
|---|---|---|---|---|---|---|---|---|---|
| Connor, Jay | Plaintiff | SC862002002329 | 06/20/2002 | Settled | 08/08/2002 | Civil | Summons & Complaint | SC862002002329 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862002002994 | 07/29/2002 | Disposed | 10/18/2002 | Civil | Summons & Complaint | SC862002002994 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862002003272 | 08/21/2002 | Settled | 11/06/2002 | Civil | Summons & Complaint | SC862002003272 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862002003406 | 09/03/2002 | Settled | 03/29/2005 | Civil | Summons & Complaint | SC862002003406 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862002003615 | 09/17/2002 | Disposed | 01/23/2003 | Civil | Summons & Complaint | SC862002003615 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862002003850 | 10/07/2002 | Settled | 12/06/2002 | Civil | Summons & Complaint | SC862002003850 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862002003930 | 10/14/2002 | Settled | 05/07/2003 | Civil | Summons & Complaint | SC862002003930 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862002004180 | 11/04/2002 | Settled | 03/27/2003 | Civil | Summons & Complaint | SC862002004180 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862003000054 | 01/10/2003 | Disposed | 10/01/2003 | Civil | Summons & Complaint | SC862003000054 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862003000055 | 01/10/2003 | Settled | 09/02/2003 | Civil | Summons & Complaint | SC862003000055 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862003000383 | 02/03/2003 | Settled | 04/30/2003 | Civil | Summons & Complaint | SC862003000383 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862003000398 | 02/04/2003 | Disposed | 07/01/2003 | Civil | Summons & Complaint | SC862003000398 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862003000416 | 02/10/2003 | Settled | 05/30/2003 | Civil | Summons & Complaint | SC862003000416 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862003000625 | 02/26/2003 | Disposed | 05/14/2003 | Civil | Summons & Complaint | SC862003000625 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862003000626 | 02/26/2003 | Settled | 09/18/2003 | Civil | Summons & Complaint | SC862003000626 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862003001944 | 06/03/2003 | Settled | 02/19/2004 | Civil | Summons & Complaint | SC862003001944 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862003002589 | 07/28/2003 | Dismissed | 09/30/2003 | Civil | Summons & Complaint | SC862003002589 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862003002874 | 08/29/2003 | Dismissed | 02/10/2004 | Civil | Summons & Complaint | SC862003002874 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862003003004 | 09/11/2003 | Disposed | 12/11/2003 | Civil | Summons & Complaint | SC862003003004 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862003003006 | 09/11/2003 | Settled | 02/06/2004 | Civil | Summons & Complaint | SC862003003006 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862003003175 | 09/26/2003 | Disposed | 01/28/2004 | Civil | Summons & Complaint | SC862003003175 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862003003403 | 10/24/2003 | Dismissed | 06/01/2004 | Civil | Summons & Complaint | SC862003003403 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862003003600 | 11/13/2003 | Disposed | 12/11/2003 | Civil | Summons & Complaint | SC862003003600 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862003003601 | 11/13/2003 | Settled | 11/10/2004 | Civil | Summons & Complaint | SC862003003601 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862003003663 | 11/24/2003 | Dismissed | 02/11/2004 | Civil | Summons & Complaint | SC862003003663 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862004000130 | 01/20/2004 | Settled | 04/30/2004 | Civil | Summons & Complaint | SC862004000130 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862004000224 | 01/30/2004 | Settled | 09/08/2004 | Civil | Summons & Complaint | SC862004000224 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862004000307 | 02/09/2004 | Disposed | 04/30/2004 | Civil | Summons & Complaint | SC862004000307 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862004000360 | 02/17/2004 | Settled | 06/22/2004 | Civil | Summons & Complaint | SC862004000360 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862004000503 | 03/08/2004 | Disposed | 08/03/2004 | Civil | Summons & Complaint | SC862004000503 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862004000504 | 03/08/2004 | Settled | 06/01/2004 | Civil | Summons & Complaint | SC862004000504 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862004000505 | 03/08/2004 | Settled | 11/05/2004 | Civil | Summons & Complaint | SC862004000505 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862004000874 | 04/09/2004 | Non Service | 03/16/2006 | Civil | Summons & Complaint | SC862004000874 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862004000875 | 04/09/2004 | Settled | 08/03/2004 | Civil | Summons & Complaint | SC862004000875 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862004001023 | 04/22/2004 | Dismissed | 05/17/2004 | Civil | Summons & Complaint | SC862004001023 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862004001100 | 04/29/2004 | Settled | 08/05/2004 | Civil | Summons & Complaint | SC862004001100 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862004001149 | 05/03/2004 | Settled | 03/29/2005 | Civil | Summons & Complaint | SC862004001149 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862004001316 | 05/18/2004 | Settled | 11/15/2004 | Civil | Summons & Complaint | SC862004001316 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862004001330 | 05/20/2004 | Dismissed | 08/04/2004 | Civil | Summons & Complaint | SC862004001330 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862004001412 | 05/27/2004 | Settled | 08/05/2004 | Civil | Summons & Complaint | SC862004001412 | Small Claims - City |

| | | | | | | | Complaint | | |
|---|---|---|---|---|---|---|---|---|---|
| Connor, Jay | Plaintiff | SC862004001555 | 06/07/2004 | Disposed | 01/07/2008 | Civil | Summons & Complaint | SC862004001555 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862004001556 | 06/07/2004 | Disposed | 05/04/2005 | Civil | Summons & Complaint | SC862004001556 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862004001557 | 06/07/2004 | Disposed | 11/17/2004 | Civil | Summons & Complaint | SC862004001557 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862004001576 | 06/10/2004 | Disposed | 10/21/2005 | Civil | Summons & Complaint | SC862004001576 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862005000017 | 01/03/2005 | Transferred | 02/17/2005 | Civil | Summons & Complaint | SC862005000017 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862005000098 | 01/12/2005 | Disposed | 03/10/2010 | Civil | Summons & Complaint | SC862005000098 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862005000151 | 01/19/2005 | Disposed | 03/10/2010 | Civil | Summons & Complaint | SC862005000151 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862005000186 | 01/25/2005 | Non Service | 03/17/2005 | Civil | Summons & Complaint | SC862005000186 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862005000365 | 02/09/2005 | Disposed | 03/10/2010 | Civil | Summons & Complaint | SC862005000365 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862005000680 | 03/18/2005 | Disposed | 03/10/2010 | Civil | Summons & Complaint | SC862005000680 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862005000795 | 03/30/2005 | Non Service | 07/07/2005 | Civil | Summons & Complaint | SC862005000795 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862005000854 | 04/06/2005 | Dismissed | 02/01/2007 | Civil | Summons & Complaint | SC862005000854 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862005000855 | 04/06/2005 | Disposed | 03/10/2010 | Civil | Summons & Complaint | SC862005000855 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862005001177 | 05/12/2005 | Dismissed | 01/07/2008 | Civil | Summons & Complaint | SC862005001177 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862005001345 | 05/31/2005 | Settled | 10/24/2005 | Civil | Summons & Complaint | SC862005001345 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862005001346 | 05/31/2005 | Non Service | 01/03/2008 | Civil | Summons & Complaint | SC862005001346 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862005001641 | 07/07/2005 | Settled | 11/29/2005 | Civil | Summons & Complaint | SC862005001641 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862005001747 | 07/21/2005 | Disposed | 11/15/2005 | Civil | Summons & Complaint | SC862005001747 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862005001748 | 07/21/2005 | Settled | 10/20/2005 | Civil | Summons & Complaint | SC862005001748 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862005001803 | 07/29/2005 | Settled | 10/20/2005 | Civil | Summons & Complaint | SC862005001803 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862005002114 | 09/08/2005 | Non Service | 11/17/2005 | Civil | Summons & Complaint | SC862005002114 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862005002214 | 09/19/2005 | Settled | 04/07/2006 | Civil | Summons & Complaint | SC862005002214 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862005002215 | 09/20/2005 | Settled | 11/17/2005 | Civil | Summons & Complaint | SC862005002215 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862005002231 | 09/23/2005 | Disposed | 02/22/2006 | Civil | Summons & Complaint | SC862005002231 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862005002298 | 10/06/2005 | Disposed | 03/23/2006 | Civil | Summons & Complaint | SC862005002298 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862005002341 | 10/20/2005 | Settled | 04/11/2006 | Civil | Summons & Complaint | SC862005002341 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862005002557 | 11/21/2005 | Settled | 04/12/2006 | Civil | Summons & Complaint | SC862005002557 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862005002559 | 11/21/2005 | Disposed | 03/22/2006 | Civil | Summons & Complaint | SC862005002559 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862006000027 | 01/06/2006 | Disposed | 09/21/2007 | Civil | Summons & Complaint | SC862006000027 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862006000707 | 03/28/2006 | Disposed | 01/25/2007 | Civil | Summons & Complaint | SC862006000707 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862006002404 | 11/20/2006 | Dismissed | 04/02/2007 | Civil | Summons & Complaint | SC862006002404 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862008000212 | 02/08/2008 | Dismissed | 04/15/2008 | Civil | Summons & Complaint | SC862008000212 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862008000254 | 02/15/2008 | Dismissed | 04/15/2008 | Civil | Summons & Complaint | SC862008000254 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862008000302 | 02/20/2008 | Dismissed | 04/15/2008 | Civil | Summons & Complaint | SC862008000302 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862008000450 | 03/13/2008 | Disposed | 01/08/2009 | Civil | Summons & Complaint | SC862008000450 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862008000491 | 03/14/2008 | Disposed | 11/09/2009 | Civil | Summons & Complaint | SC862008000491 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862008000492 | 03/14/2008 | Disposed | 06/17/2008 | Civil | Summons & Complaint | SC862008000492 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862008000505 | 03/18/2008 | Disposed | 07/01/2008 | Civil | Summons & Complaint | SC862008000505 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862008000506 | 03/18/2008 | Dismissed | 11/24/2008 | Civil | Summons & Complaint | SC862008000506 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862008000551 | 03/24/2008 | Dismissed | 06/11/2008 | Civil | Summons & Complaint | SC862008000551 | Small Claims - City |

| Connor, Jay | Plaintiff | SC862008000559 | 03/26/2008 | Settled | 09/17/2008 | Civil | Summons & Complaint | SC862008000559 | Small Claims - City |
|---|---|---|---|---|---|---|---|---|---|
| Connor, Jay | Plaintiff | SC862008000616 | 04/03/2008 | Disposed | 06/25/2008 | Civil | Summons & Complaint | SC862008000616 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862008000656 | 04/09/2008 | Dismissed | 06/11/2008 | Civil | Summons & Complaint | SC862008000656 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862008000703 | 04/14/2008 | Disposed | 09/23/2008 | Civil | Summons & Complaint | SC862008000703 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862008000719 | 04/16/2008 | Dismissed | 06/11/2008 | Civil | Summons & Complaint | SC862008000719 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862008000721 | 04/16/2008 | Dismissed | 06/20/2008 | Civil | Summons & Complaint | SC862008000721 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862008000722 | 04/17/2008 | Dismissed | 06/25/2008 | Civil | Summons & Complaint | SC862008000722 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862008000848 | 05/01/2008 | Dismissed | 06/25/2008 | Civil | Summons & Complaint | SC862008000848 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862008001106 | 06/09/2008 | Non Service | 10/31/2008 | Civil | Summons & Complaint | SC862008001106 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862008001156 | 06/17/2008 | Dismissed | 10/31/2008 | Civil | Summons & Complaint | SC862008001156 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862008001369 | 08/06/2008 | Settled | 11/03/2008 | Civil | Summons & Complaint | SC862008001369 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862008001376 | 08/08/2008 | Settled | 11/06/2008 | Civil | Summons & Complaint | SC862008001376 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862008001393 | 08/13/2008 | Non Service | 10/20/2008 | Civil | Summons & Complaint | SC862008001393 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862008001403 | 08/15/2008 | Non Service | 10/20/2008 | Civil | Summons & Complaint | SC862008001403 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862008001416 | 08/18/2008 | Non Service | 10/31/2008 | Civil | Summons & Complaint | SC862008001416 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862008001885 | 11/03/2008 | Disposed | 01/08/2009 | Civil | Summons & Complaint | SC862008001885 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862009000133 | 01/22/2009 | Settled | 08/24/2009 | Civil | Summons & Complaint | SC862009000133 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862009000295 | 02/09/2009 | Settled | 08/27/2009 | Civil | Summons & Complaint | SC862009000295 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862009000473 | 02/27/2009 | Disposed | 06/17/2009 | Civil | Summons & Complaint | SC862009000473 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862009000568 | 03/13/2009 | Disposed | 06/25/2009 | Civil | Summons & Complaint | SC862009000568 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862009000678 | 03/31/2009 | Settled | 03/03/2010 | Civil | Summons & Complaint | SC862009000678 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862009000768 | 04/14/2009 | Disposed | 08/05/2009 | Civil | Summons & Complaint | SC862009000768 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862009001106 | 05/29/2009 | Dismissed | 12/22/2009 | Civil | Summons & Complaint | SC862009001106 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862009001208 | 06/15/2009 | Settled | 03/03/2010 | Civil | Summons & Complaint | SC862009001208 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862009001260 | 06/22/2009 | Settled | 03/03/2010 | Civil | Summons & Complaint | SC862009001260 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862009001299 | 06/29/2009 | Settled | 03/03/2010 | Civil | Summons & Complaint | SC862009001299 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862009001371 | 07/09/2009 | Disposed | 10/29/2009 | Civil | Summons & Complaint | SC862009001371 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862009001506 | 07/29/2009 | Disposed | 01/28/2010 | Civil | Summons & Complaint | SC862009001506 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862009001557 | 08/04/2009 | Disposed | 12/22/2009 | Civil | Summons & Complaint | SC862009001557 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862009001591 | 08/10/2009 | Settled | 03/03/2010 | Civil | Summons & Complaint | SC862009001591 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862009001595 | 08/11/2009 | Disposed | 01/13/2011 | Civil | Summons & Complaint | SC862009001595 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862009001809 | 09/02/2009 | Settled | 03/03/2010 | Civil | Summons & Complaint | SC862009001809 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862010000077 | 01/14/2010 | Settled | 05/12/2010 | Civil | Summons & Complaint | SC862010000077 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862010000179 | 01/27/2010 | Settled | 03/03/2010 | Civil | Summons & Complaint | SC862010000179 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862010000296 | 02/09/2010 | Settled | 05/12/2010 | Civil | Summons & Complaint | SC862010000296 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862010000569 | 03/15/2010 | Settled | 07/08/2010 | Civil | Summons & Complaint | SC862010000569 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862010000661 | 03/30/2010 | Dismissed | 06/18/2013 | Civil | Summons & Complaint | SC862010000661 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862010001303 | 06/24/2010 | Settled | 11/17/2010 | Civil | Summons & Complaint | SC862010001303 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862010001338 | 06/29/2010 | Disposed | 12/23/2010 | Civil | Summons & Complaint | SC862010001338 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862010001436 | 07/13/2010 | Disposed | 11/03/2010 | Civil | Summons & Complaint | SC862010001436 | Small Claims - City |

| Connor, Jay | Plaintiff | SC862010001639 | 08/11/2010 | Dismissed | 01/19/2011 | Civil | Summons & Complaint | SC862010001639 | Small Claims - City |
|---|---|---|---|---|---|---|---|---|---|
| Connor, Jay | Plaintiff | SC862010001676 | 08/13/2010 | Disposed | 12/16/2010 | Civil | Summons & Complaint | SC862010001676 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862010001950 | 09/27/2010 | Transferred | 12/14/2010 | Civil | Summons & Complaint | SC862010001950 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862010001958 | 09/30/2010 | Settled | 01/20/2011 | Civil | Summons & Complaint | SC862010001958 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862010002156 | 11/04/2010 | Settled | 01/24/2011 | Civil | Summons & Complaint | SC862010002156 | Small Claims - City |
| Connor, Jay | Plaintiff | SC862010002225 | 11/19/2010 | Settled | 01/24/2011 | Civil | Summons & Complaint | SC862010002225 | Small Claims - City |
| Connor, Jay C | Plaintiff | SC862001002221 | 06/19/2001 | Settled | 12/31/2001 | Civil | Summons & Complaint | SC862001002221 | Small Claims - City |
| Connor, Jay Coleman | Plaintiff | 2023CP1001513 | 03/28/2023 | Pending | | Common Pleas | Unfair Trade Pra 640 | | Common Pleas |

CMSWeb 7.2 © 2024 South Carolina Judicial Branch • All rights reserved