# Exhibit E
# Plaintiff's Motion to Dismiss State Court Act

| | |
|---|---|
| STATE OF SOUTH CAROLINA ) | IN THE COURT OF COMMON PLEAS |
| ) | NINTH JUDICIAL CIRCUIT |
| COUNTY OF Charleston ) | |
| ) | CASE NO.: 2024-CP-10-1185 |
| ) | |
| Jay Connor ) | MOTION AND ORDER INFORMATION |
| Plaintiff, ) | FORM AND COVERSHEET |
| vs. ) | |
| ) | |
| Servicequik, Inc. d/b/a Zing Business ) | |
| Management Software, Sally Alfeld | |
| Individually, and John Does 1-10. | |
| Defendant. ) | |

| Plaintiff's Attorney: | Defendant's Attorney: |
|---|---|
| Jay Connor, Bar No. Pro Se | Daniel Summa, Bar No. _____ |
| Address: | Address: |
| 215 East Bay Street 201-F | 3 Broad Street Charleston, SC 29401 |
| Charleston, SC 29401 | Phone: 843-277-9665 Fax 843-806-2920 |
| Phone: 843-557-5724 (Residential) Fax 843-913-8357 | E-mail: daniel@summalawfirm.com Other: _____ |
| E-mail: jayc650@hush.com Other: _____ | |

☐ **MOTION HEARING REQUESTED** (attach written motion and complete SECTIONS I and III)
☒ **FORM MOTION, NO HEARING REQUESTED** (complete SECTIONS II and III)
☐ **PROPOSED ORDER/CONSENT ORDER** (complete SECTIONS II and III)

**SECTION I: Hearing Information**
Nature of Motion: _____
Estimated Time Needed: _____     Court Reporter Needed:  ☐ YES / ☐ NO

**SECTION II: Motion/Order Type**
☒ Written motion attached
☐ Form Motion/Order
I hereby move for relief or action by the court as set forth in the attached proposed order.

_/s/ Jay Connor Pro Se_____     _8/14/24_
Signature of Attorney for ☒ Plaintiff / ☐ Defendant    Date Submitted

**SECTION III: Motion Fee**
☒ PAID – AMOUNT: $ 25.00
☐ EXEMPT:
(check reason)
  ☐ Rule to Show Cause in Child or Spousal Support
  ☐ Domestic Abuse or Abuse and Neglect
  ☐ Indigent Status   ☐ State Agency v. Indigent Party
  ☐ Sexually Violent Predator Act   ☐ Post-Conviction Relief
  ☐ Motion for Stay in Bankruptcy
  ☐ Motion for Publication   ☐ Motion for Execution (Rule 69, SCRCP)
  ☐ Proposed order submitted at request of the court; or,
    reduced to writing from motion made in open court per judge's instructions
    Name of Court Reporter: _____
  ☒ Other: _Motion to Dismiss_

| JUDGE'S SECTION | |
|---|---|
| ☐ Motion Fee to be paid upon filing of the attached order. | JUDGE CODE _____ |
| ☐ Other: | Date: _____ |

| CLERK'S VERIFICATION |
|---|
| Collected by: __MA__  Date Filed: __8/14/24__ |
| ☑ MOTION FEE COLLECTED: $ __25__ |
| ☐ CONTESTED – AMOUNT DUE: $ ____ |

SCCA 233 (11/2003)

| | |
|---|---|
| STATE OF SOUTH CAROLINA ) <br> COUNTY OF CHARLESTON ) <br> ) <br> Jay Connor, ) <br> ) <br> Plaintiff, ) <br> ) <br> -vs- ) <br> ) <br> Servicequik, Inc. d/b/a Zing Business ) <br> Management Software, Sally Alfeld ) <br> Individually, and John Does 1-10. ) <br> ) <br> Defendants. ) <br> ) | IN THE COURT OF COMMON PLEAS FOR <br> THE NINTH JUDICIAL CIRCUIT <br> <br> CASE NO.: 2024-CP-10-1185 <br> <br> <br> **Motion to Dismiss** |

Pursuant to Rule 41(a)(2) of the South Carolina Rules of Civil Procedure, Plaintiff requests the Court dismiss this action without prejudice. For background, Plaintiff's complaint in the instant case alleges Defendants violated the South Carolina Telephone Privacy Protection Act (the "SCTPPA") by placing an unsolicited text message to his wireless telephone number, which was on the national Do Not Call Registry, advertising their website design services.

Plaintiff recently identified a second alleged text from Defendants on the same day of the first text alleged in the original complaint. The two texts placed to a number on the Do Not Call Registry within 12 months constitute a violation of 47 USC § 227 (c) (5) of the Telephone Consumer Protection Act ("TCPA"), a federal statute that also regulates telemarketing. Plaintiff intends to refile the case in Colorado federal court alleging violations of the SCTPPA and TCPA, where Defendant Servicequik's principal offices are located.

Defendants have not filed a counterclaim against Plaintiff.

Respectfully Submitted,

Jay C. Connor, *Pro Se*

*[signature]*

215 East Bay Street 201-F
Charleston, SC 29401
(843) 557-5724 (residential)
Jayc650@hush.com

August 14, 2024