<u>**Exhibit F**</u>
**Certificate of Service of**
**Plaintiff's Motion to Dismiss**

2024-CP-10-1185

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of August 2024, a copy of the Motion to Dismiss without Prejudice was sent by electronic mail to Daniel@summalawfirm.com and US Mail to:

Summa Law Firm LLC
Daniel Summa
3 Broad Street #301
Charleston, SC 29401

*[signature]*
Jay Connor-Plaintiff *Pro Se*

*[filing stamp: 2024 AUG 16 AM 8:30]*