# Exhibit G
## State Court Order Granting Voluntary Nonsuit

| | |
|---|---|
| STATE OF SOUTH CAROLINA ) | IN THE COURT OF COMMON PLEAS FOR |
| COUNTY OF CHARLESTON ) | THE NINTH JUDICIAL CIRCUIT |

Jay Connor,

Plaintiff,

CASE NO.: 2024-CP-10-1185

-vs-

**ORDER OF DISMISSAL**

Servicequik, Inc. d/b/a Zing Business Management Software, Sally Alfeld Individually, and John Does 1-10.

Defendants.

Plaintiff's Motion to Dismiss is granted. The Court rules to dismiss all claims against all Defendants without prejudice. Defendants have not filed a counterclaim.

IT IS SO ORDERED.

Charleston, South Carolina

This 15 day of Aug, 2024.