# AT&T PREPAID Account History

## Data and Text Usage Details for 843-████████ From 2/23/2024 to 2/23/2024

| Usage | Contact | Date | Time | Duration | Charges |
|---|---|---|---|---|---|
| ███████ | ███████ | ███ | ███████ | ██ | ██ |
| ███████ | ███████ | ███ | ███████ | ██ | ██ |
| ███████ | ███████ | ███ | ███████ | ██ | ██ |
| ███████ | ███████ | ███ | ███████ | ██ | ██ |
| ███ | ███ | ███ | ███████ | ████ | ██ |
| Incoming Text/Message | 720-927-8973 | 2/23/2024 | 12:41:16 PM CST | NA | $0.00 |
| Incoming Text/Message | 720-927-8973 | 2/23/2024 | 12:41:16 PM CST | NA | $0.00 |
| ██████ | ██████ | ███ | ██████ | ██ | ██ |

| Usage Summary | | |
|---|---|---|
| Talk | ██ | ██ |
| Data | ████ | ██ |
| Sponsored Data | ████ | ██ |
| Mobile Hotspot Data | ████ | ██ |
| Text | █ | ██ |
| Total Charges | | ██ |

*Time is US/Central

1