# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF COLORADO

| | |
|---|---|
| JAY CONNOR, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br>　v.<br><br>SERVICEQUIK INC. d/b/a ZING BUSINESS MANAGEMENT SOFTWARE<br><br>　　　　　　　　　Defendant. | Case No. 1:24-cv-02286<br><br>**JURY TRIAL DEMANDED**<br>**CLASS ACTION** |

## [PROPOSED] ORDER ON MOTION FOR ANTI-SUIT INJUNCTION

**THIS CAUSE** came before the Court upon Plaintiff's Motion for Anti-Suit Injunction (the "Motion")**,** and the Court being duly advised in the premises does hereby **FIND, ORDER AND ADJUDGE:**

　　　1.　　Plaintiff has established that an anti-suit injunction is warranted against the proceedings Defendant is attempting to re-open and litigate in *Connor v. ServiceQuik, Inc.* No. 2024-CP-10-1185, (Ninth Judicial Cir., Charleston Cnty, South Carolina) (the "South Carolina Action"), including by its filing of a "Motion to Amend and for Summary Judgment" after the South Carolina court dismissed the South Carolina Action without prejudice.

　　　2.　　The requested injunction is warranted under the All Writs Act, as constrained by the Anti-Injunction Act, as necessary in aid of this Court's jurisdiction, because a ruling on the motion in the South Carolina Action, which was ordered dismissed without prejudice prior to the filing of this Action, would interfere interfering

with this Court's consideration and disposition of this case, as well as impair its flexibility and authority to decide this case.

3. The requested injunction is also warranted because continued proceedings in the South Carolina Action or adjudication of the motion would substantially prejudice the Plaintiff.

4. The requested injunction is further warranted because the balance of equities, including issues of judicial economy, comity, and federalism, all weigh in favor of granting the injunction.

5. The Court therefore **GRANTS** the Plaintiff's motion for an anti-suit injunction. The parties are hereby **ENJOINED** from proceeding in any way in the South Carolina Action. The Court further orders that the *status quo* in the South Carolina Action of a dismissal without prejudice be maintained as most appropriate course that will permit this Court to adjudicate this case.

6. It is further ordered that security will not be required as no party will suffer financial burden in compliance with such injunctive relief.

DONE AND ORDERED this ___ day of _____, 202___.


By: _____

Hon. _____, U.S. District Judge