| | |
|---|---|
| STATE OF SOUTH CAROLINA ) <br> COUNTY OF CHARLESTON ) <br> ) <br> Jay Connor, ) <br> ) <br> Plaintiff, ) <br> ) <br> -vs- ) <br> ) <br> ) <br> Servicequik, Inc. d/b/a Zing Business ) <br> Management Software, Sally Alfeld ) <br> Individually, and John Does 1-10. ) <br> ) <br> Defendants. ) <br> ) | IN THE COURT OF COMMON PLEAS FOR <br> THE NINTH JUDICIAL CIRCUIT <br> <br> CASE NO.: 2024-CP-10-1185 <br> <br> **ORDER OF DISMISSAL** |

Plaintiff's Motion to Dismiss is granted. The Court rules to dismiss all claims against all Defendants without prejudice. Defendants have not filed a counterclaim.

IT IS SO ORDERED.

_____

Charleston, South Carolina

This 15 day of Aug, 2024.