summalawfirm.com Mail - Re: Connor v ServiceQuik – Defendants' First Requests to Admit  10/24/24, 5:00 PM

   Daniel Summa <daniel@summalawfirm.com>

# Re: Connor v ServiceQuik – Defendants' First Requests to Admit

**jayc650@hush.com** <jayc650@hush.com>  Tue, Jun 4, 2024 at 11:31 AM
To: Daniel Summa <daniel@summalawfirm.com>

Hey Daniel,

I'd like to reschedule the deposition after I've had a chance to review the correspondence and billing we discussed yesterday, assuming your client is ok with turning it over voluntarily. As I mentioned below, it's relevant information, and I need time to make sure that I apply it correctly to the case and other potential defendant(s). After receipt of the correspondence and billing info from Woosender and Dara, I will likely reach out to Woosender, and work with you on re-scheduling at a convenient time to possibly have Ms. Alfeld's deposition on the same day.

Thanks and please call if you would like to discuss.


On 6/3/2024 at 7:15 PM, "Daniel Summa" <daniel@summalawfirm.com> wrote:

> Jay– I've taken this request to SQ and will respond when I hear from them.  I expect they will want to continue with the deposition as-scheduled as it would be very inconvenient for them to reschedule it at this point.  I am guessing they will be fine with providing you the requested info.
>
> ---
>
> **From:** jayc650@hush.com <jayc650@hush.com>
> **Date:** Monday, June 3, 2024 at 10:22 AM
> **To:** Daniel Summa <daniel@summalawfirm.com>
> **Subject:** Re: Connor v ServiceQuik – Defendants' First Requests to Admit
>
> Hey Daniel,
>
> I'm in receipt of the below attachment.
>
> One part of Servicequik's RFP that I believe we should discuss prior to the depo is #7 on

Servicequik's RFP responses. The correspondence between Servicequik and Woosender, the payments to Woosender, and their correspondence with Dara is relevant to their involvement, potential vicarious liability and damages.

On 5/30/2024 at 11:24 AM, "Daniel Summa" <daniel@summalawfirm.com> wrote:

> That works for me. I've attached the Alfeld responses.
>
> This completes any outstanding requests from you, let me know if you need anything else.
>
> Best,
>
> Daniel
>
> ---
>
> **From:** jayc650@hush.com <jayc650@hush.com>
> **Date:** Thursday, May 23, 2024 at 2:28 PM
> **To:** Daniel Summa <daniel@summalawfirm.com>
> **Cc:** Evan Riley <evan@summalawfirm.com>
> **Subject:** Re: Connor v ServiceQuik – Defendants' First Requests to Admit
>
> Received.
>
> Daniel,
>
> I'm ok with correspondence and discovery via email if you are.
>
> Thanks
>
> On 5/22/2024 at 4:55 PM, "Daniel Summa" <daniel@summalawfirm.com> wrote:

Mr. Connor– please find enclosed Requests to Admit that are also being mailed to you.

Best,

Daniel

--

Daniel Summa

Summa Law Firm LLC

3 Broad Street, #301

Charleston, SC 29401

T: (843) - 277 - 9665

F: (843) - 806 - 2920

| | |
|---|---|
| STATE OF SOUTH CAROLINA ) | IN THE COURT OF COMMON PLEAS |
| ) | NINTH JUDICIAL CIRCUIT |
| COUNTY OF CHARLESTON ) | |
| ) | |
| Jay Connor, ) | |
| ) | |
| Plaintiff, ) | C/A No. 2024-CP-10-1185 |
| ) | |
| -vs- ) | |
| ) | |
| ) | |
| Servicequik, Inc. d/b/a Zing Business ) | |
| Management Software, Sally Alfeld ) | |
| Individually, and John Does 1-10. ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF DEPOSITION FOR DEFENDANT SERVICEQUIK, INC.

TO:   Daniel Summa
      Summa Law Firm LLC
      3 Broad Street Number 301
      Charleston, SC 29401

DEPONENT: Servicequik Inc. Corporate Representative

DATE:   6/5/24  1:30 PM EST

LOCATION:   Remote (The court reporter will provide a link for the deposition.)

PLEASE TAKE NOTICE that, pursuant to SCRCP Rule 30(b)(6), Plaintiff will take the deposition upon oral examination of a representative(s) regarding the matters included in EXHIBIT A.

The deposition will be recorded via stenographic, audio, and videotape before a certified court reporter authorized to administer oaths who is neither a relative, employee nor agent of any party and who is not financially interested in this action. This deposition will be taken for the

purposes of discovery, trial and for all other purposes permitted by the South Carolina Rules of Civil Procedure.

Respectfully submitted,

*Jay Connor*

Jay C. Connor
215 East Bay Street 201-F
Charleston, SC 29401
Tel.: (843) 281-4444 (residential)
jayc650@hush.com

May 14, 2024

Exhibit A

1.      The name of all officers and owner(s) of Servicequik, and their roles and duties in the day-to-day operations of Servicequik.

2.      The business names, contact person(s) of all companies, persons, platforms or websites used by Servicequik Inc. from November 1, 2023 – April 22, 2024 to transmit telephone calls or text messages to potential customers, whether the potential customers are businesses or individuals.

3.      Payments to all companies, persons, platforms or websites used by Servicequik Inc. from November 1, 2023 – April 22, 2024 to transmit telephone calls or text messages to potential customers, whether the potential customers are businesses or individuals.

4.      The following information related to any of the calls to Plaintiff's phone number 843-281-4444:

   a. Identifying information for the person Servicequik and Sally was trying to reach (e.g., name, business name, address, email, fax number, all phone numbers);

   b. Identification of the equipment, third party utilized, if applicable and software used to place the alleged text, and the location of the party placing the text(s):

   c. The source(s) where you obtained the telephone number texted, including the nature of such relationship and the facts and circumstances surrounding such; and

   d. State the name, email address, address, and phone number for any agent, employee or 3rd party telemarketer that corresponded with the Plaintiff in any text or call exchange by or on behalf of the defendants;

   e. State the name, address, and phone number of every platform that provided text services to Servicequik Inc. since November 1, 2023.

5. The name of the person or persons responsible for training Sally Alfeld and other Servicequik employees, or subcontractors regarding compliance with state and federal telemarketing laws.

6. The name of the business and the custodian of records for the business or individual that supplied the telephone number 843-281-4444.

7. Identify by name, address, company name, telephone number and all other contact information in your possession, custody or control, the individual or entity that manually dialed, or sent the text to the Plaintiff alleged in his Complaint and identify their job responsibilities.

8. The person or persons responsible for receiving, maintaining, investigating, and responding to complaints submitted to Defendant relating to any investigations related to telemarketing complaints, telemarketing statute violations, SCTPPA or TCPA violations and identify the individual responsible for initiating disciplinary measures against the responsible party.

9. The training of Servicequik's employees, and any individual or entity they retain for sending text messages, or using a dialer, software etc., to send messages as well as in regard to compliance with telemarketing laws.

10. The interactions that any employee of Servicequik Inc., or any third party it retained, has had with the Plaintiff or the number 843-281-4444 in the last two years.

11.     For the number belonging to Plaintiff as alleged in the complaint that you called or texted, how and when did you first get it, including the name, address, and phone number of the person or entity that provided the number.

12.     The third parties or vendors whose work relates to telemarketing, or the tracking or aggregation of data related to telemarketing and describe the services each such third party or vendor performs for you.

13.     Does Servicequik or Sally Alfeld subscribe to the National Do Not Call Registry? If so, when did you register?

14.     All contracts with any third parties that were engaged by Defendant that provided calling or text messaging services, provided evidence of implied or express consent by Plaintiff, provided evidence of online forms with the number 843-281-4444 from Plaintiff, or made telemarketing calls, made lead generation calls, or text messages to consumers or businesses including the number 843-281-4444 since November 1, 2023.

15.     All correspondence with any third parties or employees that provided text messaging services, or made calls for Servicequik, Inc. or placed calls or texts on behalf of the defendant including any documents reflecting payments to these 3rd parties or employees.

16.     The system(s), platform(s), and/or equipment used by you, or any vendor, to send texts or calls to plaintiff or to store data about such calls or texts.

CERTIFICATE OF SERVICE

This will certify that I have served a copy of the foregoing document upon Servicequik, Inc. by depositing a copy of the same in the United States Mail, postage prepaid addressed as follows:

Daniel Summa
Summa Law Firm LLC
3 Broad Street Number 301
Charleston, SC 29401

This is the 14th day of May 2024.

_____
Jay Connor, Plaintiff *Pro Se*