**JULIE J. ARMSTRONG**
CLERK OF COURT, C.P. & G.S.
100 BROAD STREET, SUITE 106
CHARLESTON, SC 29401-2258

**RETURN SERVICE REQUESTED**



clerkofcourt.charlestoncounty.org

1355 

PHILIP DANIEL SUMMA
3 BROAD ST STE 301
CHARLESTON SC 29401-3022

# NOTICE OF ENTRY OF JUDGMENT/ORDER PURSUANT TO RULE 77 SCRCP

**Order of Dismissal**

## CASE NO: 2024CP1001185
### Jay Connor VS ServiceQuik Inc

This judgment was entered on the 19th day of August, 2024, and notice mailed first class on Tuesday, August 20, 2024, to all counsel of record and/or all parties entitled to receive notice.

You may view and download this document at http://clerkofcourt.charlestoncounty.org or obtain a copy in person at the Clerk of Court's Office during regular Charleston County business hours.



URSUANT TO RULE 77 SCRCP

2024, and notice mailed first class on Tuesday,
ties entitled to receive notice.

erkofcourt.charlestoncounty.org or obtain a
gular Charleston County business hours.