UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | |
|---|---|
| JAY CONNOR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SERVICEQUIK INC. d/b/a/ ZING BUSINESS MANAGEMENT SOFTWARE<br><br>Defendant. | Case No. 1:24-cv-02286<br><br>**Supplement to Motion to Dismiss and to Response to Anti-Suit Injunction notifying the Court of event in sister state court action** |

Defendant hereby notifies the Court and Plaintiff of a South Carolina order entered on October 30th re-opening the related state court action and indicating that Defendant's motion for summary judgment and Plaintiff's motion for voluntary non-suit will be scheduled for a hearing. **See Exhibit A**.

Defendant submits this supplement due to the fact that it is a material development in the state court action which has been referred to as a dismissed action in previous briefings.

Respectfully submitted,

*/s/ Daniel Summa*

Daniel Summa
Summa Law Firm, LLC
3 Broad Street, #301
Charleston, SC 29401
843-277-9665 *office*
843-806-2920 *fax*
daniel@summalawfirm.com

1

*Attorney for Defendant*

November 1, 2024
Charleston, SC