# Exhibit A
# South Carolina Order

FORM 4

| STATE OF SOUTH CAROLINA | JUDGMENT IN A CIVIL CASE |
|---|---|
| COUNTY OF Charleston | |
| IN THE COURT OF COMMON PLEAS | CASE NO. 2024CP1001185 |

| Jay Connor | ServiceQuik Inc et al |
|---|---|
| PLAINTIFF(S) | DEFENDANT(S) |

**DISPOSITION TYPE (CHECK ONE)**

☐ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and a verdict rendered.

☑ **DECISION BY THE COURT.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision rendered.

☐ **ACTION DISMISSED** (*CHECK REASON*): ☐ Rule 12(b), SCRCP; ☐ Rule 41(a), SCRCP (Vol. Nonsuit); ☐ Rule 43(k), SCRCP (Settled); ☐ Other

☐ **ACTION STRICKEN** (*CHECK REASON*): ☐ Rule 40(j), SCRCP; ☐ Bankruptcy; ☐ Binding arbitration, subject to right to restore to confirm, vacate or modify arbitration award; ☐ Other

☐ **STAYED DUE TO BANKRUPTCY**

☐ **DISPOSITION OF APPEAL TO THE CIRCUIT COURT** (*CHECK APPLICABLE BOX*): ☐ Affirmed; ☐ Reversed; ☐ Remanded; ☐ Other

NOTE: ATTORNEYS ARE RESPONSIBLE FOR NOTIFYING LOWER COURT, TRIBUNAL, OR ADMINISTRATIVE AGENCY OF THE CIRCUIT COURT RULING IN THIS APPEAL.

**IT IS ORDERED AND ADJUDGED:** ☐ See attached order (formal order to follow) ☑ Statement of Judgment by the Court:

Defendants' Motion to Amend and for Summary Judgment was filed August 28, 2024 and properly noticed to the Court that same day. "The purpose of Rule 59(e), SCRCP, to alter or amend the judgment is to request the trial judge to reconsider matters properly encompassed in a decision on the merits." Arnold v. State, 309 S.C. 157, 172, 420 S.E.2d 834, 842 (1992). Upon careful consideration, this Court hereby GRANTS Defendants' Motion to Amend without the necessity of a hearing due to Defendants' assertion that they did not receive sufficient notice. This court hereby rescinds its previous order granting Plaintiff's Motion to Dismiss. Both Plaintiff's Motion to Dismiss, filed August 14, 2024, and Defendants' Motion for Summary Judgment, filed August 28, 2024, shall be placed on the next available motions roster to be heard concurrently.

**ORDER INFORMATION**

This order ☐ ends ☑ does not end the case.   ☐ See Page 2 for additional information.

**For Clerk of Court Office Use Only**

This judgment was electronically entered by the Clerk of Court as reflected on the Electronic Time Stamp, and a copy mailed first class to any party not proceeding in the Electronic Filing System on 10/30/2024.

John Does 1 10
Zing Business Management Software
Jay Connor for Jay Connor
Jay Connor for Jay Connor

**NAMES OF TRADITIONAL FILERS SERVED BY MAIL**

SCRCP Form 4CE (08/31/2017)                                                                 Page 1 of 2

ELECTRONICALLY FILED - 2024 Oct 30 11:28 AM - CHARLESTON - COMMON PLEAS - CASE#2024CP1001185

ELECTRONICALLY FILED - 2024 Oct 30 11:28 AM - CHARLESTON - COMMON PLEAS - CASE#2024CP1001185

**Court Reporter:**

E-Filing Note: The date of Entry of Judgment is the same date as reflected on the Electronic File Stamp and the clerk's entering of the date of judgment above is not required in those counties. The clerk will mail a copy of the judgment to parties who are not E-Filers or who are appearing pro se. See Rule 77(d), SCRCP.

ELECTRONICALLY FILED - 2024 Oct 30 11:28 AM - CHARLESTON - COMMON PLEAS - CASE#2024CP1001185



## Charleston Common Pleas

**Case Caption:** Jay Connor VS ServiceQuik Inc

**Case Number:** 2024CP1001185

**Type:** Order/Electronic Form 4

So Ordered

s/Jennifer B. McCoy #2764

Electronically signed on 2024-10-30 11:16:13   page 3 of 3