# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

| | |
|---|---|
| JAY CONNOR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>SERVICEQUIK INC. d/b/a ZING BUSINESS MANAGEMENT SOFTWARE<br><br>Defendant. | Case No. 1:24-cv-02286<br><br>**JURY TRIAL DEMANDED**<br>**CLASS ACTION** |

## **UPDATE/SUPPLEMENT TO MOTION FOR ANTI-SUIT INJUNCTION**

Pursuant to guidance from Magistrate Judge Neureiter at the parties' November 15 Rule 16 Conference, Plaintiff Jay Connor, by and through the undersigned counsel, submits this brief supplement to inform the Court of a material development pertaining to Plaintiff's Motion for Anti-Suit Injunction. Plaintiff wishes to inform the Court that the State Court in South Carolina has set a hearing on the Defendant's Motion for Summary Judgment and on the Motion to Vacate the Voluntary Dismissal on December 10, 2024. This imminent hearing threatens to have the South Carolina State Court interfere with this Court's adjudication of this case pending before it, rendering time of the essence in ruling on the instant Motion for Anti-Suit Injunction before this Court.

RESPECTFULLY SUBMITTED AND DATED this November 17, 2024.

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
*Perrong Law LLC*
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)

Facsimile: 888-329-0305
a@perronglaw.com

*/s/ Anthony Paronich*
Anthony Paronich
Email:  anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone:  (617) 485-0018
Facsimile:  (508) 318-8100

*Attorneys for Plaintiff and the Proposed Class*

## CERTIFICATE OF SERVICE

We certify that we filed the foregoing via ECF on the below date, which will automatically send a copy to all attorneys of record on the case.

Dated: November 17, 2024

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
*Perrong Law LLC*
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

*/s/ Anthony Paronich*
Anthony Paronich
Email:  anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone:  (617) 485-0018
Facsimile:  (508) 318-8100
*Attorneys for Plaintiff and the Proposed Class*