UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | |
|---|---|
| JAY CONNOR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SERVICEQUIK INC. d/b/a/ ZING BUSINESS MANAGEMENT SOFTWARE<br><br>Defendant. | Case No. 1:24-cv-02286<br><br>**Response to Plaintiff's Update/Supplement to Motion for Anti-Suit Injunction** |

On November 17th, 2024, the Plaintiff filed an Update/Supplement to its motion for anti-suit injunction. Dkt. No. 23. Therein, Plaintiff indicates that the South Carolina Court has set a hearing on "Defendant's Motion for Summary Judgment and on the Motion to Vacate the Voluntary Dismissal." *Id*.

The Defendant's motion to reconsider its prior order dismissing the State Court case has already been granted, and thus the December 10th hearing pertains to Plaintiff's motion for dismissal and Defendant's motion for summary judgment. *See* Dkt. No. 21-1, page 2.

Respectfully submitted,

*/s/ Daniel Summa*

Daniel Summa
Summa Law Firm, LLC
3 Broad Street, #301
Charleston, SC 29401

1

843-277-9665 *office*
843-806-2920 *fax*
daniel@summalawfirm.com

*Attorney for Defendant*

November 17, 2024
Charleston, SC

**2**