# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF COLORADO

| | |
|---|---|
| JAY CONNOR, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>SERVICEQUIK INC. d/b/a ZING BUSINESS MANAGEMENT SOFTWARE<br><br>　　　　　　　Defendant. | Case No. 1:24-cv-02286<br><br>**JURY TRIAL DEMANDED**<br>**CLASS ACTION** |

## UPDATE/SUPPLEMENT TO MOTION FOR ANTI-SUIT INJUNCTION

Plaintiff wishes to inform the Court that the State Court in South Carolina held a hearing on Defendant's Motion to Amend and for Summary Judgment and on the Motion to Vacate the Voluntary Dismissal on December 10, 2024. In sum, the Court granted the Plaintiff's motion seeking to dismiss the South Carolina Action without prejudice, denied the Defendant's Motion to Amend and for Summary Judgment, and denied the Defendant's motion for sanctions and attorneys' fees. Accordingly, the Plaintiff's Motion for Anti-Suit Injunction is now moot. The Plaintiff seeks leave of the Court to withdraw the Motion without prejudice.

RESPECTFULLY SUBMITTED AND DATED this December 13, 2024.

/s/ Andrew Roman Perrong
Andrew Roman Perrong, Esq.
*Perrong Law LLC*
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

/s/ Anthony Paronich
Anthony Paronich
Email: anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
Facsimile: (508) 318-8100

*Attorneys for Plaintiff and the Proposed Class*

# CERTIFICATE OF SERVICE

We certify that we filed the foregoing via ECF on the below date, which will automatically send a copy to all attorneys of record on the case.

Dated: December 13, 2024

/s/ Andrew Roman Perrong
Andrew Roman Perrong, Esq.
*Perrong Law LLC*
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

/s/ Anthony Paronich
Anthony Paronich
Email: anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
Facsimile: (508) 318-8100
*Attorneys for Plaintiff and the Proposed Class*