**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

| | |
|---|---|
| JAY CONNOR, individually and on behalf of all others similarly situated,<br><br>              Plaintiff,<br>   v.<br><br>SERVICEQUIK INC. d/b/a<br>ZING BUSINESS MANAGEMENT<br>SOFTWARE<br><br>           Defendant. | Case No. 1:24-cv-02286 |

**[PROPOSED ORDER GRANTING]**
**PLAINTIFF'S MOTION TO AMEND COMPLAINT**

AND NOW, this _____ day of _____, 2025, it is hereby ORDERED that the Plaintiff's Motion to Amend Complaint is GRANTED. Plaintiff shall file the proposed Second Amended Complaint attached to the Motion as Exhibit A as the operative complaint.

*BY THE COURT:*

_____
                                 J.