IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-02286-CNS-NRN

JAY CONNOR,

Plaintiff,

v.

SERVICEQUIK INC,
doing business as ZING BUSINESS MANAGEMENT SOFTWARE,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

     It is hereby ORDERED that Plaintiff's Motion to Amend Complaint (ECF No. 30) is GRANTED. The Clerk is respectfully directed to file the proposed Second Amended Class Action Complaint (ECF No. 30-1) on the docket as the operative pleading.

Date: February 10, 2025