IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-03563-RTG

TRAVIS FRANK,

    Plaintiff/Petitioner,

v.

[NO NAMED DEFENDANT/RESPONDENT],

    Defendant/Respondent.

## ORDER OF DISMISSAL

    Mr. Travis Frank initiated this action *pro se* on December 23, 2024 by filing a Letter (ECF No. 1) that is unintelligible. The Letter was sent from a post office box in Farmington, New Mexico, and includes Mr. Frank's New Mexico Department of Corrections inmate number. The clerk of the court has opened a new civil action.

    On December 30, 2024, Magistrate Judge Richard T. Gurley issued an Order Directing Mr. Frank to Cure Deficiencies (ECF No. 3). Mr. Frank was directed to pay the applicable filing fee for either a civil rights claim or a habeas corpus claim, or to submit a motion to proceed under 28 U.S.C. § 1915 on the correct form, and to submit his claims on the correct pleading form, within 30 days. (*Id.*). Mr. Frank was further instructed to obtain copies of the necessary forms at www.cod.uscourts.gov, and to notify the Court promptly if he was unable to access the forms. (*Id.*). Magistrate Judge Gurley warned Mr. Frank that failure to cure the deficiencies by the deadline would result in dismissal of this action without further notice. (*Id.*).

1

Mr. Frank has now failed to comply with the December 30, 2024 Order and has not otherwise communicated with the Court since he initiated this action. Therefore, the action will be dismissed. Accordingly, it is

ORDERED that this action is DISMISSED WITHOUT PREJUDICE pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Travis Frank to cure filing deficiencies as directed in the December 30, 2024 Order. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice for the purpose of appeal. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Mr. Frank files a notice of appeal he must also pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

DATED February 11, 2025, at Denver, Colorado.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court