# Exhibit B
# Plaintiff's Exhibit to State Court Complaint – Message at Issue

← (720) 927-8973

Friday, Feb 23 • 1:41 PM

Texting with (720) 927-8973 (SMS/MMS)

Hi, this is Sally from Zing website design. We're offering a fully built website for only $19/month for businesses like Arbor Craft Builders- no contract! Can I send you a sample of our work?

Reply "not interested" to opt out

1:41 PM • AT&T