# Exhibit E
# Plaintiff's State Court Motion to Dismiss

| | |
|---|---|
| STATE OF SOUTH CAROLINA ) | IN THE COURT OF COMMON PLEAS FOR |
| COUNTY OF CHARLESTON ) | THE NINTH JUDICIAL CIRCUIT |
| ) | |
| Jay Connor, ) | CASE NO.: 2024-CP-10-1185 |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | |
| ) | **Motion to Dismiss** |
| Servicequik, Inc. d/b/a Zing Business ) | |
| Management Software, Sally Alfeld ) | |
| Individually, and John Does 1-10. ) | |
| ) | |
| Defendants. ) | |
| ) | |

Pursuant to Rule 41(a)(2) of the South Carolina Rules of Civil Procedure, Plaintiff requests the Court dismiss this action without prejudice. For background, Plaintiff's complaint in the instant case alleges Defendants violated the South Carolina Telephone Privacy Protection Act (the "SCTPPA") by placing an unsolicited text message to his wireless telephone number, which was on the national Do Not Call Registry, advertising their website design services.

Plaintiff recently identified a second alleged text from Defendants on the same day of the first text alleged in the original complaint. The two texts placed to a number on the Do Not Call Registry within 12 months constitute a violation of 47 USC § 227 (c) (5) of the Telephone Consumer Protection Act ("TCPA"), a federal statute that also regulates telemarketing. Plaintiff intends to refile the case in Colorado federal court alleging violations of the SCTPPA and TCPA, where Defendant Servicequik's principal offices are located.

Defendants have not filed a counterclaim against Plaintiff.

Respectfully Submitted,

Jay C. Connor, *Pro Se*

*[signature]*

215 East Bay Street 201-F
Charleston, SC 29401
(843) 557-5724 (residential)
Jayc650@hush.com

August 14, 2024