# Exhibit F
# Screenshot of Google Maps listing

