## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| JAY CONNOR, individually and on behalf of all others similarly situated,<br><br><br>                              Plaintiff,<br>        v.<br><br>SERVICEQUIK INC. d/b/a<br>ZING BUSINESS MANAGEMENT<br>SOFTWARE<br><br><br><br>                              Defendant. | Case No. 1:24-cv-02286 |

## <u>UNOPPOSED MOTION FOR EXTENSION OF TIME</u>

The Plaintiff, Jay Connor, with the consent of Defendant ServiceQuik Inc.

respectfully requests that he receive an extension of time to April 18, 2025, in order to

oppose Defendant's renewed Motion to Dismiss (ECF No. 38). This additional time is

required to address all of the arguments made in the motion as well as due to the press

of existing prior business and obligations.

RESPECTFULLY SUBMITTED AND DATED this March 26, 2025.

> <u>*/s/ Andrew Roman Perrong*</u>
> Andrew Roman Perrong, Esq.
> Perrong Law LLC
> 2657 Mount Carmel Avenue
> Glenside, Pennsylvania 19038
> Phone: 215-225-5529 (CALL-LAW)
> Facsimile: 888-329-0305
> a@perronglaw.com
>
> *Attorney for Plaintiff and the Proposed Class*

<u>**CERTIFICATE OF SERVICE**</u>

I, Andrew Roman Perrong, hereby certify that this document filed through the

ECF system will be sent electronically to the registered participants as identified on the

Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as

non-registered participants on this date.

DATED this March 26, 2025.

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
