IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | |
|---|---|
| JAY CONNOR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>SERVICEQUIK INC. d/b/a ZING BUSINESS MANAGEMENT SOFTWARE<br><br>Defendant. | Case No. 1:24-cv-02286 |

**[PROPOSED ORDER GRANTING]**
**UNOPPOSED MOTION FOR EXTENSION OF TIME**

AND NOW, this _____ day of _____, 2025, it is hereby ORDERED that the Plaintiff's Motion for Extension is GRANTED. Plaintiff shall have until April 18, 2025, in order to oppose Defendant's renewed Motion to Dismiss (ECF No. 38).


*BY THE COURT:*

_____
J.