# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| **JAY CONNOR, individually and on behalf of all others similarly situated** <br><br> *Plaintiff* <br><br> v. <br><br> **SERVICEQUIK INC. d/b/a ZING BUSINESS MANAGEMENT SOFTWARE and WOOSENDER INC.** <br><br> *Defendant* | ) ) ) ) ) ) ) ) ) ) <br> Civil Action No. 1:24-cv-02286-CNS-NRN |

## AFFIDAVIT OF SERVICE

I, Alicia Lynch, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Woosender Inc. in Philadelphia County, PA on March 31, 2025 at 5:18 pm at 3409 Capri Court, Philadelphia, PA 19145 by leaving the following documents with Lynnn Garbesi who as Co-owner/wife is authorized by appointment or by law to receive service of process for Woosender Inc..

Summons In A Civil Action, Jury Trial Demanded Class Action
Photo

White Female, est. age 25-34, glasses: N, Brown hair, 140 lbs to 160 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=39.9091097151,-75.1856090274
Photograph: See Exhibit 1

Total Cost: $90.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in __Philadelphia County__ , __PA__ on __3/31/2025__ .

/s/ *Alicia Lynch*
_____
Signature
Alicia Lynch
+1 (267) 267-1305

