IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

| | |
|---|---|
| Civil Action No: 24-cv-02286-CNS-NRN | Date: April 3, 2025 |
| Courtroom Deputy: Román Villa | FTR: Courtroom A401 |

| Parties: | Counsel: |
|---|---|
| JAY CONNOR, | Andrew Perrong |
| Plaintiff, | |
| v. | |
| SERVICEQUIK INC, doing business as ZING BUSINESS MANAGEMENT SOFTWARE, | Philip Summan |
| Defendant. | |

## COURTROOM MINUTES

### TELEPHONIC STATUS CONFERENCE

**9:57 a.m.    Court in session.**

Court calls case. Appearances of Counsel.

Parties inform the Court of the status of discovery.

Further telephonic **Status Conference** is set **for May 6, 2025 at 11:00 a.m. (Mountain Standard Time)** before Magistrate Judge N. Reid Neureiter in Courtroom A401, Fourth floor, Alfred A. Arraj Courthouse, 901 19th Street, Denver, Colorado 80294. **Five minutes prior to the start of the hearing, the parties shall call the conference line 571-353-2301, Access Code 841686937# to participate.**

**10:11 a.m.    Court in recess.**

Hearing concluded.
Total in-court time:   00:14

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.