UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | | |
|---|---|---|
| JAY CONNOR, individually and on behalf of all others similarly situated, | : | Case No. 1:24-cv-02286 |
| Plaintiffs, | : | |
| vs. | : | |
| SERVICEQUIK INC. d/b/a ZING BUSINESS MANAGEMENT SOFTWARE | : | |
| and | : | |
| WOOSENDER, INC. | : | |
| Defendants. | : | |

## ENTRY OF APPEARANCE

To the clerk of court and all parties of record:

    Kindly enter my appearance on behalf of the **Defendant, Woosender, Inc.** in the above-captioned matter.

*[signature]*

David Kraut, Esquire – Pa. Id. No. 17637
WARREN, McGRAW & KNOWLES, LLC
920 Lenmar Drive
Blue Bell, PA  19422
610.584.9400 Telephone
dkraut@wmpalaw.com

## CERTIFICATE OF SERVICE

I, David Kraut, Esquire, hereby certify that on this 17th day of April, 2025, I electronically filed the foregoing Entry of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Anthony I. Paronich, Esquire
Paronich Law, P.C.
350 Lincoln Street - Suite 2400
Hingham, MA 02043
617-485-0018
Fax: 508-318-8100
Email: anthony@paronichlaw.com
*ATTORNEY FOR PLAINTIFF*

Andrew Roman Perrong, Esquire
Perrong Law LLC
2657 Mt. Carmel Avenue
Glenside, PA 19038
215-225-5529
Fax: 888-329-0305
Email: a@perronglaw.com
*ATTORNEY FOR PLAINTIFF*

Philip Daniel Summa, Esquire
Summa Law Firm LLC
3 Broad Street - Suite 301
Charleston, SC 29401
843-277-9665
Fax: 843-806-2920
Email: daniel@summalawfirm.com
*ATTORNEY FOR DEFENDANT
SERVICEQUIK, INC. d/b/a
ZING BUSINESS MANAGEMENT SOFTWARE*

_____
David Kraut, Esquire – Pa. Id. No. 17637
WARREN, McGRAW & KNOWLES, LLC
920 Lenmar Drive
Blue Bell, PA  19422
610.584.9400 Telephone
dkraut@wmpalaw.com