## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| JAY CONNOR, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br>  v.<br><br>SERVICEQUIK INC. d/b/a<br>ZING BUSINESS MANAGEMENT SOFTWARE<br><br>    Defendants. | Case No. 1:24-cv-02286 |

## DECLARATION OF JAY CONNOR

1. My name is Jay Connor. I am over 18 years old. I can testify competently to the undersigned statements.

2. My residential telephone number is (843)-XXX-XXXX.

3. My residential telephone number (843)-XXX-XXXX is a residential telephone line because it is assigned to a wireless, cellular telephone exchange service for consumers and is not assigned to a telephone exchange service for businesses.

4. My residential telephone number (843)-XXX-XXXX is a number in my name and I pay the bill from my personal financial accounts.

5. I use the number for personal, residential, and household reasons, for example, to contact family, friends, and acquaintances, including my parents and siblings.

6. I have no connection to "Arbor Craft Builders."

1

7. In March 2022, I observed that Arbor Craft Builders was listed on Google Maps with my telephone number as the contact number. I notified Google Maps that Arbor Craft Builders doesn't exist with the edit suggestion "Place doesn't exist", and received an email on 3/14/22 from Google Maps confirming receipt of the edit suggestion. See Exhibit 1

8. To be clear, I do nothing to precipitate the illegal calls and messages which are placed to me. I do not want these communications, but they continue to be placed to me. They are highly annoying and disruptive.

9. I do not welcome nor invite these illegal calls and have taken measures for them to stop, including by placing my number on the Do-Not-Call Registry and holding those who call me accountable for their actions.

10. I was harmed by the Defendant's text messages. Illegal calls are frustrating, obnoxious, and annoying. They are a nuisance and disturbed my solitude.

11. I do not and have never welcomed nor wanted illegal calls and do nothing to receive or deserve them. My injury was done completely at the hands of Defendant, who took it upon itself to call me using a prerecorded message in violation of the TCPA.

12. I brought this case as a class action because I know that there are likely thousands more people in a similar situation such as myself, having received calls from Defendant without their consent.

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

Executed this 17th day of April 2025, in the United States of America,

_____
Jay Connor

# Exhibit 1



## Thanks for editing Arbor Craft Builders on the map

**Google Maps** <noreply-maps-issues@google.com>  Mon, Mar 14, 2022 at 3:14 PM
Reply-To: Google Maps <noreply-maps-issues@google.com>
To:





### Thanks for contributing

Your edit is being reviewed. Thanks for sharing your knowledge of Arbor Craft Builders.



Arbor Craft Builders

Place doesn't exist

Edited on Mar 14, 2022 · In review

See your contributions

## Become a Local Guide

People like you can make it easier to explore the world. Join Local Guides and share your knowledge on Google Maps.

Join now

The Google Maps Team

   

You've received this confirmation email to update you about your editing activities on Google Maps

Google

© 2022 Google LLC 1600 Amphitheatre Parkway, Mountain View, CA 94043