## AT&T PREPAID Account History

### Data and Text Usage Details for 843-▮▮▮▮ From 2/23/2024 to 2/23/2024

| Usage | Contact | Date | Time | Duration | Charges |
|---|---|---|---|---|---|
| | | | | | |
| Incoming Text/Message | 720-927-8973 | 2/23/2024 | 12:41:16 PM CST | NA | $0.00 |
| Incoming Text/Message | 720-927-8973 | 2/23/2024 | 12:41:16 PM CST | NA | $0.00 |

| Usage Summary | | | |
|---|---|---|---|
| | Talk | NA | NA |
| | Data | 115.64KB | $0.00 |
| | Sponsored Data | 0.00KB | $0.00 |
| | Mobile Hotspot Data | 0.00KB | $0.00 |
| | Text | 7 | $0.00 |
| | Total Charges | | $0.00 |

*Time is US/Central

1