# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| JAY CONNOR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>SERVICEQUIK INC. d/b/a ZING BUSINESS MANAGEMENT SOFTWARE<br><br>Defendants. | Case No. 1:24-cv-02286 |

## [PROPOSED ORDER DENYING] DEFENDANT'S MOTION TO DISMISS

AND NOW, this _____ day of _____, 2025, it is hereby ORDERED that the Defendant's Motion to Dismiss is DENIED.

*BY THE COURT:*

_____
J.