UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | | |
|---|---|---|
| JAY CONNOR, individually and on behalf of all others similarly situated, | : | Case No. 1:24-cv-02286 |
| Plaintiffs, | : | |
| vs. | : | |
| SERVICEQUIK INC. d/b/a ZING BUSINESS MANAGEMENT SOFTWARE and WOOSENDER, INC. | : | |
| Defendants. | : | |

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the time within which Defendant, Woosender, Inc., may respond to the Complaint filed by Plaintiff is extended up to and including May 12, 2025. This is the first extension requested by Defendant, Woosender, Inc.

AGREED TO:

_____
David Kraut, Esquire – Pa. Id. No. 17637
Timothy M. Knowles, Esquire – Pa. Id. No. 309330
WARREN, McGRAW & KNOWLES, LLC
920 Lenmar Drive
Blue Bell, PA 19422
610.584.9400 Telephone
dkraut@wmpalaw.com
tknowles@wmpalaw.com
*ATTORNEY FOR DEFENDANT WOOSENDER, INC.*

AGREED TO:

_____
Andrew Roman Perrong, Esquire
PERRONG LAW LLC
2657 Mount Carmel Avenue
Glenside, PA 19308
215.225.5529 Telephone
a@perronglaw.com
*ATTORNEY FOR PLAINTIFF*

APPROVED:

_____
J.