IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

| | |
|---|---|
| Civil Action No: 24-cv-02286-CNS-NRN | Date:  May 6, 2025 |
| Courtroom Deputy: Román Villa | FTR:  Courtroom A401 |

| <u>Parties:</u> | <u>Counsel:</u> |
|---|---|
| JAY CONNOR, | Andrew Perrong |
| Plaintiff, | |
| v. | |
| SERVICEQUIK INC, doing business as ZING BUSINESS MANAGEMENT SOFTWARE, and WOOSENDER INC., | Daniel Summa |
| | Timothy Knowles |
| Defendants. | |

## COURTROOM MINUTES

**TELEPHONIC STATUS CONFERENCE**

**10:57 a.m.    Court in session.**

Court calls case. Appearances of Counsel.

Status of case discussed.

No further Status Conference will be set at this time. Future status conferences may be set at the request of the parties.

**11:02 a.m.    Court in recess.**

Hearing concluded.
Total in-court time:   00:05

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.