IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| JAY CONNOR, individually and on behalf of all others similarly situated<br><br>    v.<br><br>SERVICEQUIK. d/b/a ZING BUSINESS MANAGEMENT SOFTWARE, et al. | : CIVIL ACTION<br>:<br>: Case No.: 1:24-cv-02286<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

**AND NOW**, this _____ day of _____, 2025, after consideration of Defendant Woosender Inc.'s Motion to Dismiss Second Amended Class Action Complaint, and any response thereto, it is hereby ORDERED and DECREED that the motion is GRANTED. The Second Amended Class Action Complaint is DISMISSED WITH PREJUDICE.

BY THE COURT:

_____
J.
