## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| JAY CONNOR, individually and on behalf of all others similarly situated, | Case No. 1:24-cv-02286 |
| Plaintiff, | |
| v. | |
| SERVICEQUIK INC. d/b/a ZING BUSINESS MANAGEMENT SOFTWARE | |
| AND | |
| WOOSENDER, INC. | |
| Defendants. | |

## [PROPOSED ORDER DENYING]
## DEFENDANT WOOSENDER, INC.'S MOTION TO DISMISS

AND NOW, this _____ day of _____, 2025, it is hereby ORDERED that the Defendant WooSender, Inc.'s Motion to Dismiss is DENIED.

*BY THE COURT:*

_____
J.