IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-02286-CNS-NRN

JAY CONNOR,

Plaintiff,

v.

SERVICEQUIK INC,
doing business as ZING BUSINESS MANAGEMENT SOFTWARE,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

     It is hereby ORDERED that Defendant's Motion to Compel (ECF No. 53) is DENIED without prejudice. D.C.COLO.MJ VI(1) provides: "To avoid unnecessary and expensive motions practice, a party may not file an opposed discovery motion without first complying with these discovery dispute procedures." These procedures require the parties to meet and confer face to face, by videoconference, or by telephone regarding the dispute, and if they cannot reach resolution, jointly contact Chambers to schedule a discovery hearing. Two business days in advance of the hearing, the parties shall submit a joint discovery dispute statement outlining their positions.

Date: May 28, 2025