IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-02286-CNS-NRN

JAY CONNOR,

Plaintiff,

v.

SERVICEQUIK INC,
doing business as ZING BUSINESS MANAGEMENT SOFTWARE,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

    Pursuant to communications with the parties, it is hereby ORDERED that a Discovery Hearing is SET on June 11, 2025 at 3:30 p.m. The parties are directed to prepare and email to Chambers (Neureiter_chambers@cod.uscourts.gov) on or before June 9, 2025 a short (no longer than five pages each, ten pages total) joint statement setting forth each side's respective position concerning the dispute. The parties are advised that the joint statement will be attached to the courtroom minutes and made a part of the record.

    The parties are directed to call the conference line as a participant at 571-353-2301, Access Code 841686937# at the scheduled time.

Date: May 28, 2025