# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| JAY CONNOR, individually and on behalf of all others similarly situated, | Case No. 1:24-cv-02286 |
| Plaintiff, | |
| v. | |
| SERVICEQUIK INC. d/b/a/ ZING BUSINESS MANAGEMENT SOFTWARE | **Request for Oral Argument** |
| And | |
| Woosender, Inc. | |
| Defendant. | |

Defendant ServiceQuik respectfully requests oral argument on its motion to dismiss (Dkt. No. 38). Defendant anticipates that continued litigation will be expensive and believes that oral argument will help the Court consider whether the Plaintiff states a claim upon which relief can be granted under Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Respectfully submitted,

*/s/ Daniel Summa*

_____
Daniel Summa
Summa Law Firm, LLC
3 Broad Street, #301
Charleston, SC 29401
843-277-9665 *office*
843-806-2920 *fax*
daniel@summalawfirm.com

*Attorney for Defendant ServiceQuik, Inc.*

June 2, 2025
Charleston, SC

1