IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

| | |
|---|---|
| Civil Action No: 24-cv-02286-CNS-NRN | Date:  June 11, 2025 |
| Courtroom Deputy: Román Villa | FTR:  Courtroom A401 |

| *Parties:* | *Counsel:* |
|---|---|
| JAY CONNOR, | Andrew Perrong |
| Plaintiff, | |
| v. | |
| SERVICEQUIK INC, doing business as ZING BUSINESS MANAGEMENT SOFTWARE, and WOOSENDER, INC., | Philip Summa<br>Timothy Knowles |
| Defendants. | |

**COURTROOM MINUTES**

**TELEPHONIC DISCOVERY HEARING**

**3:28 p.m.     Court in session.**

Court calls case. Appearances of counsel.

This matter is before the Court regarding discovery disputes outlined in a Joint Discovery Statement that was directly emailed to Chambers and attached to these minutes.

For the reasons set forth on the record, it is

**ORDERED as follows as to the following issues:**

1. Prior Lawsuits and Phone Numbers (Interrogatories 6, 8, 10).

    **ROG 6**: Plaintiff's objection is **OVERRULED**. Response shall be limited to the last 5 years.

    **ROG 8**: Plaintiff's objection is **OVERRULED**.  Response shall be limited to the last 5 years.

      **ROG 10**: Plaintiff's objection is **OVERRULED**.

2. Employment History (**Interrogatory 7**). Plaintiff's objection is **OVERRULED** plaintiff shall produce or provide his employment history for the past 5 years.

3. Phone Model and Specialized Equipment (**Interrogatories 11-14**)

    **ROG 11**: No further supplementation is required.

    **ROG 12**: Plaintiff's objection is **OVERRULED**.

    **ROG 13**: Plaintiff's objection is **OVERRULED in par**t and Plaintiff shall respond by answering whether he has other hand held telecommunications equipment other than a cell phone, and identify such equipment.

    **ROG 14**: Plaintiff's objection is **SUSTAINED** as vague and confusing. Defendant can follow up and explore this area in a deposition.

4. Phone Records (**RFPs 4-5**)

    **RFP 4**: Plaintiff's objection is **SUSTAINED in part** and **OVERRULED in part**. Production shall be via subpoena to phone provider for this phone number for 1 month of billings records before the call at issue and 1 week after the call at issue.

    **RFP 5**: Plaintiff's objection is SUSTAINED without prejudice to cming back to seek more records if 30 days of records is not sufficient. Phone records shall be limited to the last 30 days of phone records.

5. Documents Supporting the Claims (**RFPs 1-3**)

    **RFP 1**: No further supplementation is required.

    **RFP 2**: No further supplementation is required other than Rule 26 disclosures.

    **RFP 3**: No further supplementation is required.

**4:05 p.m.**    **Court in recess.**

Hearing concluded.
Total in-court time:   00:37

\*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.