IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | |
|---|---|
| JAY CONNOR, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br>  v.<br><br>SERVICEQUIK INC. d/b/a ZING BUSINESS MANAGEMENT SOFTWARE<br><br>AND<br><br>WOOSENDER, INC.<br><br>     Defendants. | Case No. 1:24-cv-02286 |

## MOTION FOR ENTRY OF PROTECTIVE ORDER

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, Plaintiff Jay Connor, by and through his attorneys, respectfully requests that the Court enter the attached Protective Order proposed by Plaintiff. In support of this Motion, the Plaintiff states as follows:

1.  Rule 26(c)(1) of the Federal Rules of Civil Procedure allows parties to request a protective order in order to protect a party or any person from annoyance, embarrassment, oppression, or undue burden or expense. Subsection (B) provides that the Court may order "terms, including time and place or the allocation of expenses, for the disclosure or discovery." Likewise, Subsection (G) provides that the Court may enter a protective order "requiring that a trade secret or other confidential research,

- 1 -

development, or commercial information not be revealed or be revealed only in a specified way." Fed. R. Civ. P. 26(c)(1)(G).

2. Plaintiff alleges that Defendants made or caused to be made telemarketing calls to Plaintiff's telephone number in violation of the Telephone Consumer Protection Act, 47 U.S.C. §227 ("TCPA"). Discovery in this action will encompass the production of information which this Court has recognized may be confidential, commercially sensitive and/or proprietary in nature, and which is protected by federal law, including Customer Proprietary Network Information (CPNI) in the possession of telecommunications carriers, which is protected from disclosure by 47 U.S.C. § 222. The Court has ordered production of the Plaintiff's personal telephone numbers but further recognized that the production of these numbers would be properly the subject of a protective order to shield such information from public disclosure. Moreover, the Parties anticipate that document production will encompass documents and information including personally identifying information, such as Plaintiff's telephone number and email address, in addition to commercially sensitive and proprietary business information. Moreover, none of the parties to the present action are public officials or public entities, the matter does not involve issues important to the public, and the parties do not anticipate the documents covered by the protective order being filed with the Court and the documents will not, therefore, be public records. Thus, the Parties have demonstrated good cause for entry of a protective order. *Rohrbough v. Harris*, 549 F.3d 1313, 1316 (10th Cir. 2008); *Centurion Indus., Inc. v. Warren Steurer & Assocs.*, 665 F.2d 323, 326 (10th Cir. 1981).

3. The proposed Agreed Protective Order is of the standard form typically used in this District.

WHEREFORE, the Plaintiff respectfully requests the Court enter the proposed Agreed Protective Order and grant any further relief this Court deems just and necessary.

RESPECTFULLY SUBMITTED AND DATED this June 18, 2025

/s/ Andrew Roman Perrong
Andrew Roman Perrong, Esq.
PA Bar #333687
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

## LOCAL RULE 7.1(a) CERTIFICATE

I certify that I attempted to confer with counsel for the Defendants regarding the relief requested herein on June 10, 2025, and failed to receive a response. Defendant WooSender indicated prior to this Court's hearing that it intended to oppose the motion and has not indicated that its position has changed after the hearing.

Dated: June 18, 2025

/s/ Andrew Roman Perrong
Andrew Roman Perrong, Esq.
*Perrong Law LLC*
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on June 18, 2025, I filed the foregoing document using the courts CM/ECF system, which will automatically send notification of filing to all counsel of record.

By: */s/ Andrew Roman Perrong*
Andrew Roman Perrong