IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-02286-CNS-NRN

JAY CONNOR,

Plaintiff,

v.

SERVICEQUIK INC,
doing business as ZING BUSINESS MANAGEMENT SOFTWARE, and
WOOSENDER, INC.,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

    This matter is before the Court on Plaintiff's Motion for Entry of Protective Order (ECF No. 60). The Motion states that Defendant Woosender, Inc. opposes the Motion. However, no response to the Motion has been filed. Accordingly, the Motion is unopposed.

    It is hereby ORDERED that the Motion is GRANTED. The proposed Protective Order (ECF No. 60-1) is APPROVED as modified at paragraph 8 and made an Order of Court.

Date: July 24, 2025