IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-02286-CNS-NRN

JAY CONNOR,

Plaintiff,

v.

SERVICEQUIK INC,
doing business as ZING BUSINESS MANAGEMENT SOFTWARE, and
WOOSENDER, INC.,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

     Pursuant to communications with the parties, it is hereby ORDERED that a Discovery Hearing is SET on August 7, 2025 at 11:00 a.m. The parties are directed to prepare and email to Chambers (Neureiter_chambers@cod.uscourts.gov) on or before August 5, 2025 a short (no longer than five pages each, ten pages total) joint statement setting forth each side's respective position concerning the dispute. The parties are advised that the joint statement will be attached to the courtroom minutes and made a part of the record.

     The parties are directed to call the conference line as a participant at 571-353-2301, Access Code 841686937# at the scheduled time.

Date: July 24, 2025