IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-02286-CNS-NRN

JAY CONNOR,

Plaintiff,

v.

SERVICEQUIK INC,
doing business as ZING BUSINESS MANAGEMENT SOFTWARE, and
WOOSENDER, INC.,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

     Due to a scheduling conflict, it is hereby ORDERED that the Discovery Hearing set on August 7, 2025 at 11:00 a.m. is VACATED and RESET on August 7, 2025 at 12:00 p.m. The parties are directed to call the conference line as a participant at 571-353- 2301, Access Code 841686937# at the scheduled time.

Date: August 7, 2025