IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

| | |
|---|---|
| Civil Action No: 24-cv-02286-CNS-NRN | Date: August 7, 2025 |
| Courtroom Deputy: | FTR: Courtroom A401 |

| _Parties:_ | _Counsel:_ |
|---|---|
| JAY CONNOR, | Andrew Perrgon |
| Plaintiff, | |
| v. | |
| SERVICEQUIK INC, | Daniel Summa |
| doing business as ZING BUSINESS | |
| MANAGEMENT SOFTWARE, and | |
| WOOSENDER, INC., | David Kraut |
| Defendant. | |

## COURTROOM MINUTES

**TELEPHONIC DISCOVERY HEARING**

**11:57 p.m.    Court in session.**

Court calls case. Appearances of counsel.

This matter is before the Court regarding discovery disputes outlined in a Joint
Discovery Statement that was directly emailed to Chambers and attached to these
minutes.

For the reasons set forth on the record, it is

**ORDERED:**  The Scheduling Order is amended to extend the following case deadlines
as follows:

Discovery cut-off: October 1, 2025
Dispositive Motions: November 3, 2025

Counsel shall contact Judge Sweeney's Chambers to reset the Final Pretrial
Conference.

**12:06 p.m.    Court in recess.**

Hearing concluded.
Total in-court time:   00:09

*To order transcripts of hearings, please contact either Patterson Transcription
Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.