UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | |
|---|---|
| JAY CONNOR, individually and on behalf of all others similarly situated, | Case No. 1:24-cv-02286 |
| Plaintiffs, | |
| vs. | |
| SERVICEQUIK INC. d/b/a ZING BUSINESS MANAGEMENT SOFTWARE | |
| and | |
| WOOSENDER, INC. | |
| Defendants. | |

## MOTION FOR REMOTE APPEARANCE

Defendant WooSender Inc, by undersigned counsel, submits this request for leave to appear remotely, or alternatively to reschedule the conference to November 10, 2025 or later, and in support thereof states the following:

1. This case is scheduled for an informal in-person conference before the Court in Denver on November 5, 2025, to discuss the defendants' plans to file summary judgment motions.

2. The conference was scheduled after both defendants advised the Court that they intended to file summary judgment motions.

3. Defendant WooSender requests either that that the conference be conducted by remote technology or alternatively, that it be rescheduled for November 10, 2025 or later.

4. All of the attorneys in this case live on the East Coast and traveling to Denver will add significant costs to the parties for what at a minimum will be a two-day trip.

5. Counsel have available to them stable internet access so there should be no disruptions in the event the conference is conducted remotely.

6. Alternatively, Timothy Knowles, who will be primarily responsible for handling the proposed factual statement and the motion for summary judgment, had nasal surgery on October 17, 2025. Mr. Knowles' surgeon has warned him that he may not fly until November 7 or later. Mr. Knowles was not aware of this restriction on his ability to travel until after the conference was scheduled by the Court.

7. Since November 7, 2025 is a Friday, and Mr. Knowles would need to fly to Denver one day earlier, if the Court decides not to conduct the conference by remote technology, WooSender requests that the conference be rescheduled to November 10 or later. Delaying the conference (if it is to be conducted in-person) until November 10 or later will allow Mr. Knowles to attend in person.

8. Daniel Summa, Esquire, attorney for ServiceQuik Inc. has advised that he has no objection to holding the conference remotely or alternatively, rescheduling it for November 10 or thereafter.

9. Andrew Perrong, Esquire, plaintiff's lead counsel, takes the position that the conference should be conducted in person, but he is agreeable to rescheduling it to accommodate Mr. Knowles.

**WHEREFORE**, defendant Woosender Inc. requests that the Court reschedule the conference now set for November 5, 2025 as a remote conference or alternatively,

reschedule the in-person conference to November 10 to accommodate the restriction placed on Mr. Knowles by his surgeon.

_____
David Kraut, Esquire
Tim Knowles, Esquire
WARREN, McGRAW & KNOWLES, LLC
920 Lenmar Drive
Blue Bell, PA 19422
610.584.9400 Telephone
dkraut@wmpalaw.com

## CERTIFICATE OF SERVICE

      I, David Kraut, Esquire, hereby certify that on this 22ND day of October, 2025, I served the foregoing **MOTION FOR REMOTE APPEARANCE** by email to the following email addresses:

Anthony I. Paronich, Esquire
Paronich Law, P.C.
350 Lincoln Street - Suite 2400
Hingham, MA 02043
617-485-0018
Fax: 508-318-8100
Email: anthony@paronichlaw.com
*ATTORNEY FOR PLAINTIFF*

Andrew Roman Perrong, Esquire
Perrong Law LLC
2657 Mt. Carmel Avenue
Glenside, PA 19038
215-225-5529
Fax: 888-329-0305
Email: a@perronglaw.com
*ATTORNEY FOR PLAINTIFF*

Philip Daniel Summa, Esquire
Summa Law Firm LLC
3 Broad Street - Suite 301
Charleston, SC 29401
843-277-9665
Fax: 843-806-2920
Email: daniel@summalawfirm.com
*ATTORNEY FOR DEFENDANT*
*SERVICEQUIK, INC. d/b/a*
*ZING BUSINESS MANAGEMENT SOFTWARE*

                                                David Kraut, Esquire – Pa. Id. No. 17637
                                                WARREN, McGRAW & KNOWLES, LLC
                                                920 Lenmar Drive
                                                Blue Bell, PA  19422
                                                610.584.9400 Telephone
                                                dkraut@wmpalaw.com

**Dated:  October 27, 2025**

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | | |
|---|---|---|
| JAY CONNOR, individually and on behalf of all others similarly situated, | : | Case No. 1:24-cv-02286 |
| Plaintiffs, | : | |
| vs. | : | |
| SERVICEQUIK INC. d/b/a ZING BUSINESS MANAGEMENT SOFTWARE | : | |
| and | : | |
| WOOSENDER, INC. | : | |
| Defendants. | : | |

## ORDER

AND NOW, this _____ day of ____, 2025, upon consideration of the motion of defendant Woosender Inc. to reschedule the conference now set for November 5, 2025 as a remote conference, WooSender Inc.'s Motion is GRANTED. The parties may appear via remote technology.

BY THE COURT:

_____
J.

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | | |
|---|---|---|
| JAY CONNOR, individually and on behalf of all others similarly situated, | : | Case No. 1:24-cv-02286 |
| Plaintiffs, | : | |
| vs. | : | |
| SERVICEQUIK INC. d/b/a ZING BUSINESS MANAGEMENT SOFTWARE | : | |
| and | : | |
| WOOSENDER, INC. | : | |
| Defendants. | : | |

## ORDER

AND NOW, this _____ day of _____, 2025, upon consideration of the motion of defendant Woosender Inc. to reschedule the informal conference now set for November 5, 2025, WooSender Inc.'s Motion is GRANTED. The conference is rescheduled for _____.

BY THE COURT:

_____
J.