# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| JAY CONNOR, individually and on behalf of all others similarly situated,<br><br>               Plaintiff,<br>v.<br><br>SERVICEQUIK INC. d/b/a ZING BUSINESS MANAGEMENT SOFTWARE, ET AL<br><br>               Defendants. | Case No. 1:24-cv-02286 |

## **UNOPPOSED MOTION TO EXTEND DEADLINE TO SEEK CLASS CERTIFICATION**

      The Plaintiff, Jay Connor, with the non-objection of the Defendants, respectfully requests that the Court extend the deadline for the Plaintiff to move to seek Class Certification to align with the Summary Judgment deadline. Currently, the Court's order directs the Plaintiff to file a Motion for Class Certification no later than November 3, 2025, the same day as Defendants' Motions for Summary Judgment are due. However, with the Court vacating its summary judgment hearing, Defendants cannot file their motions yet, and Plaintiff seeks to extend the deadline within which to move for Class Certification to align with whatever deadline the Court sets for the Summary Judgment deadline, in accordance with the Court's original scheduling order.

      As such, Plaintiff respectfully requests that the Court require the Plaintiff to file his Motion for Class Certification to align with the same date the Court sets for Defendants to file their Motion for Summary Judgment.

RESPECTFULLY SUBMITTED AND DATED this October 30, 2025.

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
Pa. Bar #333687
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

*Attorney for Plaintiff and the Proposed Class*

# CERTIFICATE OF SERVICE

I, Andrew Roman Perrong, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

DATED this October 30, 2025.

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.

2