# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| JAY CONNOR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>SERVICEQUIK INC. d/b/a ZING BUSINESS MANAGEMENT SOFTWARE, ET AL<br><br>Defendants. | Case No. 1:24-cv-02286 |

## [PROPOSED ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINE TO SEEK CLASS CERTIFICATION

AND NOW, this _____ day of _____, 2025, upon consideration of the Plaintiff's Unopposed Motion for Extension of Time to file a Motion for Class Certification, it is hereby ORDERED that the deadline to do so is extended to align with the future date set for Defendants' Summary Judgement deadline. Plaintiff is excused from being required to file the Motion for Class Certification on November 3, 2025.

_____

J.