# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| JAY CONNOR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>SERVICEQUIK INC. d/b/a ZING BUSINESS MANAGEMENT SOFTWARE<br><br>AND<br><br>WOOSENDER, INC.<br><br>Defendants. | Case No. 1:24-cv-02286<br><br>**Defendant Servicequik's Answer to Defendant Woosender's Cross Claim** |

Defendant Servicequik hereby answers Defendant Woosender's Cross Claim (ECF 71, p. 11) by way of the following:

1. Servicequik denies violating any terms of service or agreement with Woosender.

2. Servicequik denies that any act or omission on its part caused or contributed to any alleged damages to Woosender.

3. Servicequik denies that Woosender is entitled to indemnity, contribution, or any relief from Servicequik.

**Affirmative Defenses**

1. The crossclaim fails to allege facts establishing a breach of contract or a right to indemnity.

2. To the extent Woosender seeks indemnity for its own negligence or wrongdoing, such relief is barred by law and public policy.

3. To the extent Woosender is liable in this action, said liability was not caused by

1

Serivequik.

4. Woosender failed to satisfy notice and tender requirements, if any.

5. To the extent Woosender seeks to introduce new facts or issues beyond the scope of completed discovery, Servicequik reserves the right to seek leave to reopen discovery limited to the crossclaim.

**WHEREFORE**, Defendant Servicequik respectfully requests that this Court enter judgment in its favor, along with any other relief that the Court deems just and proper.

Respectfully submitted,

*/s/ Daniel Summa*

_____
Daniel Summa
Summa Law Firm, LLC
3 Broad Street, #301
Charleston, SC 29401
843-277-9665 *office*
843-806-2920 *fax*
daniel@summalawfirm.com

*Attorney for Defendant ServiceQuik, Inc.*

November 5, 2025
Charleston, South Carolina

2