# Exhibit 2
## Deposition of Amy Bourke

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Case No. 1:24-cv-02286

_____

REMOTE DEPOSITION OF AMY BOURKE
June 26, 2025

_____


JAY CONNOR, individually and on behalf of all others
similarly situated,

Plaintiff,

v.

SERVICEQUIK INC. d/b/a ZING BUSINESS MANAGEMENT
SOFTWARE AND WOOSENDER, INC.,

Defendants.

_____

 *** All appearances made via videoconference. ***


For the Plaintiff :      ANTHONY PARONICH, ESQ.
                         Paronich Law
                         350 Lincoln Street, Suite 2400
                         Hingham, MA 02043

For the Defendant        TIMOTHY M. KNOWLES, ESQ.
Woosender:               Warren McGraw & Knowles LLC
                         930 Lenmar Drive
                         Blue Bell, PA 19422


For the Defendant        DANIEL SUMMA, ESQ.
ServiceQUIK and          Summa Law Firm LLC
the witness:             3 Broad Street, #301
                         Charleston, SC 29401



Page 2

1    Remote Deposition of AMY BOURKE, called by
2 the Plaintiff in the above-entitled matter on
3 Thursday, June 26, 2025, commencing at the hour of
4 12:47 a.m., at Denver, Colorado, before Theresa L.
5 Mendez, a Registered Professional Reporter and Notary
6 Public within and for the State of Colorado, said
7 deposition being taken pursuant to Fed. R. Civ. P.
8 30(b)(1).
9 _____
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 3

1        I N D E X
2 EXAMINATION OF AMY BOURKE:                 PAGE
   June 26, 2025
3
4 Examination By Mr. Paronich                    4
5 Examination By Mr. Knowles                     33
6 Examination By Mr. Summa                       40
7
8                INITIAL
   EXHIBITS:        DESCRIPTION        REFERENCE
9
10 Exhibit 1    Text message              35
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 4

1         P R O C E E D I N G S
2            AMY BOURKE,
3 the Witness having been first duly sworn, was
4 examined and testified on her oath as follows:
5            EXAMINATION
6 BY MR. PARONICH:
7     Q.  Hello, Ms. Bourke.  As you now know, my
8 name is Anthony Paronich.  I'm one of the attorneys
9 for the plaintiff in this lawsuit.  And did you -- I
10 believe you were present, and did you hear my kind of
11 generalized deposition instructions to Mr. Cameron?
12     A.  Yes, I did.  Thank you.  He's sitting next
13 to me.
14     Q.  Okay.  And do you have any questions about
15 those instructions or would you like to begin?
16     A.  No, I'm ready to begin.  Thanks.
17     Q.  Okay.  Yep.  So can you explain for me your
18 background as it relates to your personal involvement
19 in ServiceQUIK and the company's inception?
20     A.  Sure.  So I'm a founder of the business,
21 together with Paul, and I'm the chief operating
22 officer.
23     Q.  And have you been the chief operating
24 officer since 2020 when it began?
25     A.  Yes.

Page 5

1     Q.  And do your job responsibilities include
2 overseeing the marketing efforts of the company?
3     A.  Yes, they do.
4     Q.  And does that include telemarketing efforts
5 through the sending of SMS messages?
6     A.  Yes.  Yes, it does.  Yep.
7     Q.  So in terms of the sending of those text
8 messages, is it ServiceQUIK employees that use the
9 technology to place the telephone calls or is it
10 contractors?
11     A.  It's ServiceQUIK employees.
12     Q.  And how many -- approximately is fine --
13 ServiceQUIK employees are responsible for the sending
14 of those SMS messages?
15     A.  We've had anywhere between seven
16 salespeople, and currently we have four.
17     Q.  Okay.  And are those -- where are those
18 individuals physically located?
19     A.  Here in our office in Castle Rock.
20 Sometimes they'll work from home, but they're mainly
21 in the office four days a week.
22     Q.  Got it.
23        And so are you familiar with the company
24 called Fiverr?
25     A.  Yes.



Page 6

1    Q.   And can you explain to me how you've
2  utilized Fiverr's services as it relates to
3  Servicequik's marketing efforts?
4    A.   Sure.  I use a number of different
5  contractors on Fiverr, everything from website design
6  to logo services, sometimes any presentations and for
7  the purposes of the text messaging, I have used
8  Fiverr to buy Google Business Profile lists.
9    Q.   Got it.  So with respect to the text
10 messaging only, has the only Fiverr involvement been
11 the purchase of telephone numbers?
12   A.   Yes.
13   Q.   Okay.  And that purchase of telephone
14 numbers, was it from one individual or more than one
15 individual?
16   A.   So at this time, it was only one
17 individual, which was Dara.  Post this case, we have
18 used a second contractor called Geo.  It's the same
19 service provider, but yet, prior to this case Dara
20 and then more recently, Geo.  G-E-O.
21   Q.   Okay.
22   A.   I don't know his last name, sorry.  That's
23 just his Fiverr profile.
24   Q.   Yeah.  We'll go with Dara and Geo for both.
25   A.   Sure.

Page 7

1    Q.   So then, is there any way that the services
2  that Geo provides are different than the services
3  that Dara provided?
4    A.   No.
5    Q.   Okay.  Why did ServiceQUIK stop using Dara?
6    A.   We lost contact with him.  He removed his
7  profile from Fiverr.  And I communicated with him on
8  e-mail for a short period of time, and then he
9  stopped offering the service, so I needed to find
10 another provider.
11   Q.   Okay.  And can you explain to me the
12 process of how you originally got matched with Dara
13 through Fiverr?
14   A.   Sure.  So I went on there and simply typed
15 into the search box "purchase Google business list
16 information."  I looked at -- I don't remember
17 exactly my vetting process because it was a while
18 ago, but my normal process is I would look at a
19 number of providers, look for the most credible.  We
20 would read reviews and then, obviously, check their
21 price, and that's how I would have made my decision
22 to work with him.
23   Q.   How -- fully measured -- did you mention
24 reviews?
25   A.   Yes.  There can be reviews.  Yeah.

Page 8

1    Q.   Is there any other tool that you used to
2  measure the credibility of the potential contractor?
3    A.   Sometimes you can see the quality of their
4  work, like they'll upload images of previous work.
5  Obviously, whatever the credentials say that they
6  have.  So, yeah, it's however they present their
7  business.
8    Q.   How much money did it cost to purchase
9  telephone numbers from Dara?
10   A.   It was different prices depending on the
11 vertical that we were scraping and the amount of
12 business numbers that he got back.  So it could vary
13 greatly.  Sometimes it might be $200, sometimes it
14 might be $600.
15   Q.   And that's for the whole order, I assume,
16 right?  Not per number?
17   A.   Yes, that's right.
18   Q.   Do you have any idea the volume of the
19 telephone numbers that were purchased from Dara in
20 the aggregate?
21   A.   I can't remember the exact amount.  And
22 there was a lot of different spreadsheets, so I can't
23 remember the exact amount.
24   Q.   Would you say it's more than or less than
25 10,000 numbers?

Page 9

1    A.   More than.
2    Q.   Okay.  Would you say it's more or less than
3  50,000 numbers?
4    A.   More than.  I think it would be more
5  around -- I don't know.  Yeah, I don't want to guess.
6  There was a lot, but it was a significant amount of
7  numbers, sure.
8        I mean, small businesses in America, I
9  think you know our target market is something like 30
10 million businesses.  So I think it was more like -- I
11 don't know -- a million or something like that.  It
12 was a lot.
13   Q.   I was just going to ask:  So you're
14 confident that it's more than a hundred thousand?
15   A.   Yes.
16   Q.   And could we also say confident that it was
17 less than 5 million?
18   A.   I would be guessing yes.
19   Q.   Okay.
20   A.   But that's a guess.
21   Q.   But you also -- is it fair to say, but you
22 also seem confident that it could have been as many
23 as a million?
24   A.   Yes.
25   Q.   Okay.  And did all of those telephone



3  (Pages 6 to 9)

---

Page 10

1  numbers receive SMS messages?
2     A.  No.
3     Q.  How many of them?
4     A.  I couldn't tell you the exact amount.
5     Q.  Okay.  Let me ask -- I'm sorry.  I didn't
6  mean to interrupt you.  Let me ask the question
7  differently.
8        Under what circumstances would ServiceQUIK
9  not send an SMS message to a number it purchased?
10    A.  So the list that I purchased were of Google
11 Business Profiles, and their phone numbers that were
12 on those Google Business Profiles were not always
13 cell numbers.  So the only numbers we could obviously
14 physically use for SMS were cell numbers.
15    Q.  Fair point.  So then, is it fair to say
16 that if the number was purchased from Dara, and it
17 was a cellular telephone number, ServiceQUIK would
18 sent it an SMS message?
19       I just didn't hear you.  Was that "yes"?
20    A.  Um, I -- yes.  I mean, that was our -- that
21 was the purpose of buying the list.  Can I say to
22 you, categorically, that every single one of those
23 list absolutely got sent a text message, no, but that
24 was the intent, yes.
25    Q.  Right.  So would it be a fair

Page 11

1  characterization that, of course, while you can't
2  personally know if all million or close to it got a
3  text message, it's fair to say that the business
4  practice was to verify it was a cellular telephone
5  number and to send it a marketing SMS message?
6     A.  That is correct.
7     Q.  Okay.  Fair enough.
8        Have -- do you have any general idea as to
9  the aggregate amount of money that Dara was paid by
10 ServiceQUIK for the telephone numbers?
11    A.  I would not, off the top of my head.  It
12 was a -- it was over a significant period of time,
13 and there were multiple lists.  So it really would --
14 I don't want to make a guess and give you the wrong
15 information.
16    Q.  That's fine.  You know, if we need to, we
17 can figure out a --
18    A.  A number.
19    Q.  -- discovery request.  Yeah, totally.
20    A.  Yeah.
21    Q.  But I guess I will ask -- I understand that
22 the vertical would have different pricing.  I recall
23 that correctly, right?
24    A.  It's -- the pricing wasn't dependent upon
25 the type of vertical or industry.  It was dependent

Page 12

1  on the amount of numbers that we -- we were able to
2  get from that.  So one vertical may have many more
3  business in it than another.
4     Q.  Ah.  I see.  So --
5     A.  So there was a variation in price.
6     Q.  Got it.  So a volume discount, fair to say,
7  right?
8     A.  No, it wasn't a discount on volume.  It
9  depended.  So, for example, there might be -- and I'm
10 just -- this is not data that's accurate; I'm just
11 giving you an example.  There might be 10,000 pool
12 cleaners, but there might be 50,000 plumbers, just
13 simply because there's more plumbers in America than
14 pool cleaners.
15    Q.  Right.  And so would the 10,000 numbers for
16 the pool cleaners cost the same on a per-number basis
17 as the 50,000 plumbers?
18    A.  I think so.  To the best of my knowledge,
19 it was.
20    Q.  I think I understand now.  Sorry for the
21 delay here.
22    A.  Okay.
23    Q.  So what you're saying is because some
24 verticals would just have more businesses --
25    A.  Correct.

Page 13

1     Q.  -- when we're buying more data, we're
2  paying more money?
3     A.  Correct.
4     Q.  Okay.  So let me try to ask my question
5  differently.
6        Do you have a general idea of how much
7  Dara's cost would be per phone number?
8     A.  No.  I never actually did that math.
9     Q.  Okay.  How did you communicate?  How did
10 ServiceQUIK communicate with Dara?
11    A.  I communicated through the Fiverr
12 Marketplace with him.  So he had a profile.  I would
13 message him to book an order, basically.
14    Q.  And on Servicequik's Fiverr account, are
15 those type of messages preserved and available to
16 ServiceQUIK?
17    A.  Yes.
18    Q.  Okay.  So I understand that you lost
19 contact with Dara for whatever reason, but you could
20 still log onto your account and see the messages?
21    A.  Sure.  You would be able to see the order
22 that was booked.  So the message would be something
23 along the lines of, Hi, Dara, Can you please scrape
24 all pool cleaners in the USA?  Thank you, Amy.
25        (Court reporter asked for clarification.)

MAGNA

Page 14

1    THE WITNESS:  That's okay.  So an example
2  of the messaging being when I booked an order, Can
3  you please scrape 10,000 pool -- well, I wouldn't
4  actually give the amount I was requesting, I would
5  give the vertical.  So I'd say, "Can you scrape pool
6  cleaners in the United States."  That's example.
7    Q.  (BY MR. PARONICH)  Understood.  Thank you.
8    And so I had spoken with Mr. Cameron
9  earlier about audits and processes for verifying
10  data, but it seems like you were a little more
11  intimately involved with the marketing efforts.  So
12  I'll try not to repeat many questions, but I may
13  repeat some which is -- so once the phone numbers
14  were received from Dara, what would ServiceQUIK do
15  next with them?
16    And let me try to actually ask a slightly
17  more precise question.
18    After you had -- ServiceQUIK had verified
19  that they were cellular telephone numbers?
20    A.  So after they had been verified, the
21  team -- so that would be our marketing ladies --
22  would upload that list into Woosender and send out a
23  campaign to that specific list.
24    Q.  Got it.  So you're obviously talking about
25  a business you know well.  So I'm going to have to

Page 15

1  just try to break it down a little bit to make sure I
2  understand.  So is the data a series of Excel -- like
3  Microsoft Excel spreadsheets?
4    A.  That's correct.  Yeah.
5    Q.  Okay.  And does -- did ServiceQUIK have to
6  kind of curate or manipulate the data in any way to
7  make it loadible up onto Woosender?
8    A.  I don't know that specific detail.  I would
9  imagine that, yes, it would make -- there would need
10  to be some type of formatting to get it into
11  Woosender.  I just didn't actually do that step.
12    Q.  Fair enough.  So let's make an assumption
13  that there was some kind of formatting done.  So the
14  data has been formatted.  It is uploaded onto
15  Woosender.  And, actually, I'll take a step
16  backwards.
17    Did ServiceQUIK have, like, a dedicated
18  login to Woosender?  How did it access the accounts?
19    A.  Yes.  Each of our employees had their own
20  login to Woosender.  Excuse me.
21    Q.  Okay.  You're fine.
22    Okay.  So the employee logs into Woosender?
23    A.  Yep.
24    Q.  Does whatever they need to do to the data,
25  uploads it to the platform; is that correct?

Page 16

1    A.  That's correct.
2    Q.  And then what happens next?
3    A.  Again, I wasn't the one actually putting
4  the list in, so I can't give you that step-by-step
5  perfectly.  But the understanding was that, yeah, a
6  campaign went out to those -- the people that were on
7  that list.  There was a text message that we would
8  write the copy form, something along the lines of, we
9  would discuss their verticals.  So, Hi.  We build
10  beautiful websites for pool cleaning businesses.  Can
11  we send you a -- an example of our work?
12    Those text messages would have the ability
13  to opt out if they were not interested in continuing
14  a conversation with us.  And if they responded "yes,"
15  then our salespeople would go forward and start a
16  sales process with them.
17    Q.  Did -- so -- and I'm sure you heard me ask
18  Mr. Cameron this earlier, but is there a dedicated
19  list of individuals who had opted out or is there one
20  available to ServiceQUIK?
21    A.  We had -- yes, a do-not-call list.  I think
22  you asked Mr. Cameron could we export it.  I never
23  did that myself.  It would just be an assumption that
24  we could.  I think, like Mr. Cameron answered, it000
25  would be a fairly common feature.

Page 17

1    Yeah, we had a do-not-call list.  So if
2  people were not interested in our service -- and
3  again, I didn't physically do it, so I don't know the
4  exact mechanism -- but, yes, they were moved into a
5  do-not-call list.
6    Q.  Okay.
7    A.  I mean, that was important for us because,
8  you know, we're certainly not in the business of
9  putting expensive salespeople onto trying to, you
10  know, contact people that weren't interested in our
11  product.  That doesn't make sense.  So we were keen
12  to, if anyone wasn't interested in our product, to
13  get them onto that list as efficiently as possible
14  and move on.
15    Q.  Right.  That makes sense.
16    Did ServiceQUIK also have knowledge that if
17  they're sending marketing text messages, maintaining
18  an internal do not call risk -- list might be a
19  requirement of certain laws?
20    A.  Yes.  I mean, I didn't know that,
21  specifically, because, again, we were contacting
22  businesses that had their information publicly listed
23  for the purpose of being contacted.
24    The reason why we were focused on a
25  do-not-call list, why would you contact people that



Page 18

1  had said "no."
2      Q.  Okay.  So is it fair to say, then, that
3  maintaining a do-not-call list was more of a business
4  resource allocation decision than a compliance with
5  the law decision?
6      A.  I think a bit of both.  I mean, I know that
7  do-not-call lists exist.  So, yeah, I think it serves
8  both purposes.  We never want to be in breach of any
9  law, and also we wouldn't want to contact businesses
10  or solicit people that weren't interested in our
11  service.
12      Q.  Yeah.  Okay.  And so I -- we've made it
13  most of the way through the process of sending the
14  SMS messages after the data acquisition, and I want
15  to make sure we're not skipping any steps.  So there
16  was no step to take the telephone numbers and ensure
17  that those telephone numbers were currently
18  associated businesses other than what Dara did; is
19  that correct?
20      A.  That's correct.  I mean, they were publicly
21  listed Google Business Profile, so I didn't think
22  there would be any need to verify it -- particularly,
23  given the robust verification process that Google
24  puts these businesses through.  I thought it was fair
25  and reasonable to trust that, you know, those numbers

Page 19

1  were exactly as they were presented publicly to be.
2      Q.  Right.  And they, at least previously, had
3  been associated with businesses, right?
4      But my question is a little different,
5  which is if there were any steps taken by ServiceQUIK
6  to make sure they were currently listed with
7  businesses?
8      A.  Outside of the fact that we were buying
9  scraped data that was live on the Internet, I thought
10  it was a fair assumption to assume that they are
11  active businesses.  I think that's a fair assumption
12  to make.  And as Mr. Cameron pointed out, you know,
13  if a business wasn't active and didn't want that
14  phone to ring, I think it's a fair assumption to
15  assume they would have taken their business
16  information down.
17      Q.  Yeah.  Okay.  I understand that.  And I
18  want to break down -- because I heard the word
19  "assumption" a couple times there.
20      A.  Sure.
21      Q.  So I want to break down the assumptions.
22      A.  Yeah.
23      Q.  The first is that there's an assumption
24  that the number was currently listed at -- currently
25  associated with a business because it had previously

Page 20

1  been associated with a business.  Is that a fair
2  statement?
3      A.  Well, the number was associated with the
4  business.
5      Q.  Right.  And so the assumption is that it's
6  currently associated with a business because it had
7  been previously associated with a business through
8  Google Business Profiles, correct?
9      A.  Are we saying the same thing?
10      Q.  I think so.  I'm trying to make sure we
11  are.
12      A.  Yeah.  I mean, if a number is listed with a
13  business, it is listed with a business.
14      Q.  And does ServiceQUIK have any knowledge of
15  how often cellular telephone numbers transition?  Had
16  they hired any experts or any compliance outfits that
17  had advised them on that?
18      A.  No.
19      Q.  Okay.  Does ServiceQUIK have any business
20  documents or personal knowledge to refute the federal
21  government's assertion that more than a hundred
22  thousand cellular telephone numbers change hands
23  every month?
24      A.  No.
25      Q.  And ServiceQUIK required --

Page 21

1      (Court reporter asked for clarification.)
2      MR. PARONICH:  Sorry, Tim.  I didn't mean
3  to cut off your objection.  I think you may have made
4  one.
5      MR. KNOWLES:  That was an objection to form
6  to that last question.  But that's fine.  Keep going.
7      Q.  (BY MR. PARONICH)  Yep.  And so then, and
8  the data that was purchased was from this individual,
9  Dara, that was met through Fiverr, correct?
10      A.  Correct.
11      Q.  And when ServiceQUIK was named in a
12  lawsuit, did it have any conversations with Dara
13  about the data?
14      A.  Not about the data.
15      Q.  Okay.  And Dara is no longer available to
16  ServiceQUIK --
17      A.  That's correct.
18      Q.  And so -- and ServiceQUIK has no current
19  contact information for Dara, correct?
20      A.  That's correct.
21      Q.  Okay.  So then turning back to the
22  Woosender platform, we're at the part where the
23  data's been uploaded.
24      A.  Yes.
25      Q.  You mentioned that you have worked on the

MAGNA

Page 22

1  scripting.  Does that mean you personally, or is it
2  someone else?
3      A.  I had worked on the scripts together with
4  our chief revenue officer.
5      Q.  And is that a -- is the scripting for each
6  SMS campaign saved anywhere other than on Woosender?
7      A.  Not to the best of my knowledge.  It's
8  usually a conversation.  It's a very small message,
9  so it was -- the usual process was we would discuss
10  it and have it directly into Woosender.  Maybe -- and
11  I don't know every e-mail that has been sent, but
12  maybe an e-mail may have been sent to the marketing
13  team saying Here's the copy.  But I honestly don't
14  remember every e-mail and every conversation.
15      Q.  I understand that.
16          Okay.  So then, the content is selected.
17  Did ServiceQUIK ever work with Woosender on the
18  content of the messages?
19      A.  Not to the best of my knowledge.
20      Q.  Who at ServiceQUIK had conversations or
21  messages with Woosender?
22      A.  The main point of contact was Avery
23  Collins.  So he set up Woosender and worked with the
24  team there to do the onboarding of the platform.
25      Q.  Okay.  And then if ServiceQUIK had any

Page 23

1  questions that it would inquire about with Woosender,
2  how were the questions delivered?  And I mean the
3  mechanism:  Writing or call or whatever.
4      A.  Sure.  I didn't complete those tasks, but
5  my understanding is that Woosender had a pretty good
6  chat feature, and so Avery would communicate to
7  Woosender via their chat.
8      Q.  Do you know -- I'm so sorry for cutting you
9  off.  Go ahead.
10      A.  That's okay.  I'm done.
11      Q.  Do you know if ServiceQUIK has maintained,
12  preserved, or has access to those chats still?
13      A.  I don't believe so, because we shut the
14  platform down when we decided not to use it, and we
15  can't log into the system.  So we don't have any
16  access to the platform anymore.
17      Q.  When did ServiceQUIK stop using Woosender?
18      A.  I can't remember the exact date.  Sorry.
19      Q.  It's okay.  You don't have to apologize.
20          Do you know if it was before or after these
21  lawsuits were filed?
22      A.  It was after.
23      Q.  Okay.  And do you know of any steps
24  ServiceQUIK took to preserve any information
25  regarding its relationship with Woosender?

Page 24

1      A.  We did not -- to the best of my knowledge,
2  we preserved what we thought at the time was relevant
3  to this case with best intentions.  Like the lists
4  from Dara.  We kept a copy of the communication to
5  the plaintiff.  We thought that might become
6  important, but -- so, we -- I think we took best
7  measures to try and preserve anything that was
8  relevant.
9          But, honestly, the reason why we closed
10  Woosender was the cost.  It was astronomical.  So we
11  had to, unfortunately, close it down.  Great service,
12  but we just couldn't afford it.
13      Q.  Understood.  And so -- and I understand
14  your explanation that you took best efforts to try to
15  preserve what you thought would be relevant.  And how
16  did you make that determination as to what you
17  thought would be relevant?
18      A.  I kept anything that was relating to the
19  message to the plaintiff, because I thought that was
20  relevant, and the way we had acquired the list.
21      Q.  Right.  And you did have an understanding
22  that this was a class action lawsuit, though,
23  correct?
24          MR. KNOWLES:  Objection to the form.
25          MR. SUMMA:  Object to the form, and I will

Page 25

1  say briefly, there are obviously two lawsuits.  It
2  might be helpful to clarify state one, federal one.
3          MR. PARONICH:  Fair enough.  I said "this,"
4  and we're here today in the federal one.  I don't
5  mind being explicit, but, Ms. Bourke, do you
6  understand that the federal court lawsuit is a class
7  action lawsuit?
8          THE WITNESS:  Yes, I understand that's the
9  intent.
10      Q.  (BY MR. PARONICH)  Right.  And who made the
11  determination about exactly what would be preserved
12  at ServiceQUIK?
13      A.  I think through the process of the
14  interviews I had with Daniel, I think I answered all
15  the questions that were asked of us thoroughly, and I
16  made sure that any information that was asked of us,
17  we had a record of, as far as I were to keep it.
18          Honestly, with Woosender, the main reason
19  we exited that was because of the cost of it.  I
20  wasn't -- yeah, that's the best way I can answer your
21  question, I think.
22      Q.  Okay.  I guess I'm just a -- most of it
23  makes sense to me.  I guess I'm just a little
24  confused about how the cost of Woosender relates to
25  what ServiceQUIK preserved relating to this federal



Page 26

1    court class action lawsuit.
2        A.   Yeah.  It probably doesn't relate.
3        Q.   Okay.  Fair enough.
4            So then -- so turning back, then, to
5    utilization of the Woosender service, the content of
6    the text message would be inserted.  And then what
7    would logistically happen next?
8        A.   So the -- again, I can't give you
9    step by step.  I wasn't the one physically doing it.
10   But my understanding is the text message would go
11   out.  People would respond and say Yes, I would like
12   to see an example of your work, or they would ask for
13   more information.  I believe in this particular
14   situation, if we use that as an example, the
15   plaintiff asked those questions.  How much did it
16   cost?  Can you send me an example?  Very, you know,
17   business-related questions.
18           And the salesperson would engage in a sales
19   conversation with them.  Sometimes that would be on
20   the Woosender platform or sometimes they would pick
21   up the phone and give them a call.
22       Q.   Understood.  You mentioned a few times that
23   you weren't the one doing the uploading and the
24   typing and sending.  And I get that.
25       A.   Uh-huh.

Page 27

1        Q.   Was that exclusively done by sales
2    employees?
3        A.   By the marketing associate, Avery, who I
4    spoke about.  Also, sometimes the team -- I mean,
5    obviously, the sales team would be responding.  I'm
6    sorry.  Maybe it's not obvious.  The sales team would
7    be the one responding.  The actual physical upload of
8    it would be generally run by the marketing team,
9    yeah.
10       Q.   Yeah.  Again, I think I -- and this was my
11   failure.  I did not cover it adequately in the
12   deposition.  I think I'm learning that there's a
13   difference between the marketing and the sales team;
14   is that right?
15       A.   That's correct.
16       Q.   Okay.  So if I have it right, the marketing
17   team that's run or contributed to by Ms. Collins
18   would do the uploading and the sending?
19       A.   Correct.
20       Q.   And the sales team tries to close the sale;
21   is that fair?
22       A.   Yes, that's correct.
23       Q.   Okay.  All right.  But if I had questions
24   about the logistics and specifics of how the
25   uploading and the drafting work, those are good

Page 28

1    questions for Ms. Collins; is that right?
2        A.   Yeah.  She physically went through
3    step by step.
4        Q.   Okay.  Thank you.
5            And I think we've covered this, so this
6    part will be quick if I'm correct.  But the
7    ServiceQUIK sole reason for ending the Woosender
8    relationship was cost related; is that correct?
9        A.   Yes.
10       Q.   Okay.  And then where did ServiceQUIK turn
11   for its text message efforts following Woosender?
12       A.   We turned to a product called MessageBird,
13   which was significantly more cost-effective.  It
14   didn't have all the functionality of Woosender, which
15   is what Mr. Cameron referred to earlier.  We had to
16   complement it with some other tools.  So, yeah,
17   that's what we ended up using.
18       Q.   What is some of the functionalities that
19   Woosender had that MessageBird did not?
20       A.   Woosender had quite a nice dashboard where
21   you could see your whole funnels, your sales funnels
22   nicely.  So we had to -- when we switched to
23   MessageBird, we had to build something similar in
24   HubSpot and use MessageBird predominately for the --
25   just the functionality of the texts.

Page 29

1        Q.   So is it fair to say that the tracking of
2    the efficacy of the marketing was more readily
3    available in Woosender than in MessageBird?  Am I
4    understanding that?
5        A.   I wouldn't say that, categorically.
6    Woosender's reporting wasn't great either.  Yeah.
7        Q.   Okay.  I will try and ask my question a
8    little differently then.
9            What specifically about -- actually, let me
10   strike that and back up.
11           Was your opinion, as a -- as the person
12   who's the chief operating officer of the company, was
13   that Woosender or MessageBird was a superior product?
14       A.   Woosender I would say would be a superior
15   product.
16       Q.   And what specifically about Woosender made
17   it superior to MessageBird?
18       A.   It had more automation functionality, and
19   yeah, nicer interface and UI for the sales team.  I
20   know they were happier.
21       Q.   Yeah.  So is it fair to say that the
22   Woosender product was easier or better --
23       A.   Easier to use.
24       Q.   -- for the sales team to use?
25       A.   Yeah.

Page 30

1    Q.  Okay.  And I guess it would be questions
2  for Ms. Collins about how the logistics worked on
3  Woosender versus MessageBird; is that fair?
4    A.  I think so.  I mean, it's probably a long
5  time since she's used the platform as well, but,
6  yeah, she was the one uploading the list and going
7  through the data of all of it.  Yes.
8    Q.  And you say it was a long time.  But is
9  that because ServiceQUIK isn't using MessageBird
10 anymore?
11   A.  No, we're using MessageBird, but we're not
12 using Woosender, and that has been for a period of
13 time.
14   Q.  I see.  I think I asked an unclear
15 question.  I'm sorry.
16     So my question was:  Any questions about
17 the logistical use of MessageBird, those would be
18 better directed to Ms. Collins; is that right?
19   A.  She has now left the business, so I
20 think -- but she did have a crossover period where
21 she used both, so, yeah, she would probably be good
22 to answer for those questions.
23   Q.  Do you know why Ms. Collins left the
24 business?
25   A.  Yes.  Her husband got a pretty amazing job

Page 31

1  opportunity in Texas, and so we were very sad to lose
2  her, but happy for him and her at the same time.
3    Q.  Of course.  And do you have -- does the
4  company have any knowledge of her whereabouts in
5  Texas?
6    A.  I don't have her physical address.
7    Q.  Okay.
8    A.  I have her phone number, yes.
9    Q.  Okay.  Thank you.
10     (Court reporter asked for clarification.)
11     THE WITNESS:  I do not.  I don't have her
12 physical address.
13   Q.  (BY MR. PARONICH)  So ServiceQUIK still
14 engages in its SMS marketing efforts; is that
15 correct?
16   A.  Yes.
17   Q.  Okay.  As a result of these lawsuits, is
18 there anything in particular that you can recall as
19 you testify today that ServiceQUIK has altered or
20 adjusted about its SMS marketing efforts in response
21 to these lawsuits?
22   A.  No, because we believe we're doing
23 something that wasn't a problem, and we were
24 contacting businesses' publicly listed information
25 for the sole purpose of selling them a fantastic

Page 32

1  product that could help them.
2    Q.  Okay.  And so ServiceQUIK hasn't made any
3  telemarketing compliance changes, and the reason for
4  that is because it believes that while attempting to
5  contact businesses it does not have to?
6    MR. SUMMA:  Object to form.
7    Please answer.
8    THE WITNESS:  We -- I feel like I'm saying
9  the same thing over and over.
10     We were contacting businesses that are
11 exempt from -- from these types of laws.  That was my
12 understanding.  And continues to be.  These
13 businesses -- I mean, I've been a small-business
14 owner now for ten years.
15     The number one thing you want is for that
16 phone to ring, whether it's for a customer trying to
17 buy something or a service provider like us that can
18 potentially save money or help that small business.
19 So, yeah, I mean, that's what we do, while we're in
20 business, and who we're contacting.
21   Q.  (BY MR. PARONICH)  Okay.  And Servicequik's
22 understanding is also that the South Carolina law
23 that's part of the federal court lawsuit does not
24 apply to any numbers that were associated with
25 businesses either?

Page 33

1    A.  Yes.  That's fine.  And then be numbers --
2    MR. PARONICH:  Okay.  I'm sure Mr. Knowles
3  is going to have some questions.  So you were here
4  for the wheel that we went on with Mr. Cameron, but
5  I -- I don't have any more initial questions right
6  now.
7    And Tim and Daniel, if you'd like, I'd be
8  happy to take a break and you can run through your
9  notes or whatever you want to do.  Your preference
10 and the witness's as well, of course.
11     MR. SUMMA:  I don't need a break, but if
12 anyone else does, I'm not opposed to it.
13     THE WITNESS:  I'm fine.
14     MR. PARONICH:  Understood.  Okay.
15     MR. KNOWLES:  All right.
16        EXAMINATION
17 BY MR. KNOWLES:
18   Q.  Yeah, just a few questions.  Like last
19 time, I'm going to bounce around and spend a lot of
20 time looking at my notes because a lot of it was
21 covered.
22     From discovery, I have in my notes that the
23 Woosender cancelation occurred July 18th of 2024.
24 Does that sound right to you?
25   A.  I think that sounds about right.



Page 34

1    Q.  There was a discussion of the number of
2  messages sent using these lists that were obtained,
3  and you couldn't give a number, but it was over a
4  hundred thousand and maybe a lot more than a hundred
5  thousand; is that accurate?
6    A.  Yes.
7    Q.  Over -- when you gave that number, over
8  what time period were you sort of calculating that
9  number?
10    A.  I can't remember the exact dates.  I would
11  guess a year, but it's a guess.
12    Q.  Is that all with -- I'm sorry.  So is that
13  all with Dara?
14    A.  That's correct.
15    (Court reporter asked for clarification.)
16    Q.  (BY MR. KNOWLES)  So I just asked what the
17  period of time was and maybe you can answer again.
18    About a year, I think you said, with Dara;
19  is that correct?
20    A.  Yeah.  Possibly a -- I'm just trying to
21  remember.  I can't remember exactly.  Maybe a little
22  bit less than a year.
23    Q.  And sorry if I missed this, but when did
24  you stop working with Dara?
25    A.  I can't remember the exact date.  I can

Page 35

1  come back to you.
2    Q.  Okay.
3    A.  It's certainly in the e-mails that we sent
4  over.
5    MR. KNOWLES:  I'm just -- I'm making a note
6  because I'm going to share a document in one second,
7  so I'm going to send this to the court reporter and
8  have it marked Bourke 2 -- I'm sorry -- Bourke 1.
9    (Exhibit Bourke 1 was marked for
10  identification.)
11    Q.  (BY MR. KNOWLES)  Give me one second.
12    All right.
13    Do you see this document?
14    A.  Yes.
15    Q.  Have you seen this before?
16    A.  Yeah.
17    Q.  I can zoom in a little bit if you need.
18    A.  No, I can see it clearly.  Thank you.
19    Q.  Okay.  What is this?
20    A.  So this is a text message that we sent out.
21  This is an example of some of the copy that we would
22  send out to businesses as part of our SMS campaigns.
23    Q.  I'll represent to you that this was the
24  text message at issue in this case, the one that the
25  lawsuit is based on.

Page 36

1    Does that seem correct to you?
2    A.  Yes.
3    Q.  Okay.
4    A.  Yes.
5    Q.  So we have a context here.  It begins:
6  "Hi, this is Sally from Zing website design."  And
7  then it goes on.  It ends with, "reply not interested
8  to opt out."
9    Do you see that?
10    A.  Yes.
11    Q.  Who actually drafted those words?
12    A.  I can't remember the exact person that
13  drafted those words, but it would have been myself,
14  our chief revenue officer, and Avery that would have
15  put the copy together.
16    Q.  Am I correct that as part of the campaigns
17  while working with Woosender, ServiceQUIK would send
18  out messages that had various lengths, some of them
19  shorter than this, some of them longer than this?
20    A.  Yes.
21    Q.  Was there ever a time when those messages
22  would be under 160 characters?
23    A.  For the initial marketing outreach?
24    Q.  Yes.
25    A.  I don't know.  I didn't count the

Page 37

1  characters.  I would have thought they would all be
2  of similar type of lengths.
3    Q.  From your earlier response, would it be
4  safe to say that some of the initial messages were
5  shorter than this one?
6    A.  I don't think they would have been shorter
7  than that.  I mean, we always -- just to give you
8  some more information, sorry.  We would always give
9  the persons's name, say we're from Zing Website
10  Design, talk about the offer, offer to send an
11  example of our work, and then have them reply not
12  interested.  That that's sort of the foundation of
13  our campaign.
14    Q.  Well, for example, the name here is Arbor
15  Craft Builders, correct?
16    A.  Uh-huh.
17    Q.  If you were sending it to a business with a
18  shorter name --
19    A.  Probably yeah.
20    Q.  -- the SMS message as a whole would be
21  shorter?
22    (Court reporter asked for clarification.)
23    Q.  (BY MR. KNOWLES)  So if you were sending a
24  message to somebody whose -- to a business whose name
25  was shorter than Arbor Craft Builders, the message as

MAGNA ▶

Page 38

1  a whole would be shorter, correct?
2      A.  Correct.
3      Q.  It says here that the message was sent
4  Friday, February 23rd, at 1:41 p.m., correct?
5      A.  Correct.
6      Q.  When ServiceQUIK was working with
7  Woosender, who would determine the time that the
8  message would actually be sent out?
9      A.  We sent him campaigns out throughout the
10  day.
11      Q.  When you say "we," does that mean
12  ServiceQUIK?
13      A.  Correct.
14      Q.  Would it be an employee of ServiceQUIK that
15  actually, like, clicked the button to send the
16  messages out?
17      A.  I believe so. They would select the --
18  again, so, I'm not trying to be vague; I just can't
19  remember the exact step-by-step.  They would send a
20  campaign.  I can't recall if it went out on -- like,
21  for example, if it would be set to be sent at a
22  certain time.
23          And then, of course, there is -- if you're
24  sending out a bulk text campaign, there can be
25  delays depending on -- I'm not a technical person,

Page 39

1  but I guess the carriers or the limitations of the
2  software.  So I think, from memory, they were
3  scheduled in some fashion. I can't remember exactly.
4      Q.  Would I be correct that that schedule would
5  be done by ServiceQUIK?
6      A.  Yes.
7      Q.  There's a phone number up here,
8  720-927-8973, correct?
9      A.  Yes.
10      Q.  Do you see that?
11          Did ServiceQUIK have any role in
12  registering the numbers from which the messages were
13  sent?
14      A.  Yes.
15      Q.  Okay.  And as I've been learning through
16  this case, I've read about something called A2P10DLC
17  registration.
18          Do you know what that is?
19      A.  I have a high-level understanding, yes.
20      Q.  Would it be ServiceQUIK who registered this
21  number at the top of this message?
22      A.  Yes.
23          MR. KNOWLES:  And again, I'm skipping
24  through my notes.  And sorry for any delay here.  And
25  I'm going to stop sharing this.

Page 40

1      Q.  (BY MR. KNOWLES)  Did ServiceQUIK ever do
2  anything to hide the phone numbers from which they
3  were sending messages?
4      A.  Not to my knowledge.
5          MR. KNOWLES:  That is all I have.  Thank
6  you.
7          THE WITNESS:  Thank you.
8          MR. SUMMA:  Okay.  I'm going to go ahead --
9              EXAMINATION
10  BY MR. SUMMA:
11      Q.  Ms. Bourke, Mr. Connor, the plaintiff in
12  this case, he filed a state lawsuit prior to
13  beginning this federal lawsuit; is that correct?
14      A.  Yes.
15      Q.  Okay.  And in that lawsuit, was that a
16  class action?
17      A.  No.
18      Q.  That was just about receiving one message,
19  correct?
20      A.  Yes, correct.
21      Q.  Okay.  When you said earlier -- just to
22  clarify, when Mr. Paronich said that you canceled
23  your accounts with Woosender after the lawsuit had
24  been filed, do you know if -- did you mean the state
25  lawsuit or did you mean this federal lawsuit, or are

Page 41

1  you not sure?
2      A.  I'm not sure.  It wasn't -- the decisions
3  weren't related.
4      Q.  Okay.  But at the time of the state
5  lawsuit, it was just about the text?
6      A.  Correct.
7      Q.  Okay.  When you guys send SMS messages like
8  the one that was just shown by Mr. Knowles, are you
9  sending two messages or are you sending one message?
10      A.  We send one message.
11      Q.  Okay.  What was your reaction when you
12  learned that Mr. Connor had dismissed the state court
13  action and filed in federal court claiming that this
14  message was actually two?
15      A.  I was surprised.  I mean, I had no
16  knowledge of it.  But being the case, I mean,
17  obviously, even the way it looks on the screen is one
18  message.  I mean by the screen in Woosender.  The
19  screenshots we have of it, it was one message.
20      Q.  Okay.  You had an employee that was sued
21  individually in the state court action; is that
22  correct?
23      A.  Yes.
24      Q.  Is she with you guys anymore?
25      A.  Unfortunately not.

MAGNA ▶

Page 42

1      Q.   What happened?
2      A.   She was pretty traumatized by this.   She
3   thought she was -- as I do, thought that she was
4   doing the right things.   I mean, contacting
5   businesses to sell them a great product.   It wasn't
6   the sole reason for her departure, but, yes, she was
7   really upset by it.
8      Q.   How could you tell that she was upset?
9      A.   Crying.   Yeah, it was quite emotional for
10  her.   I felt terrible for her.   And she's a young
11  girl just doing something that seemed like it
12  would -- I mean, I think we carry ourselves feeling
13  that we're doing really good things for small
14  businesses and, you know, help every day.   And we
15  have a culture of people that are passionate about
16  it.   And when she got hit with this, that was quite
17  overwhelming for a young girl.
18     Q.   The notion -- do you want to bother people?
19     A.   Absolutely not.   You know, we're a
20  start-up.   We've put every dollar that we personally
21  have into this.   The last thing we want to do is
22  waste precious resources bothering people, consumers.
23  That doesn't make any sense.   You know, of course,
24  we're looking for business owners that we can help.
25  That's our entire function, why we started the

Page 43

1   business.
2          Probably important to note there as well,
3   like when we sell our product to customers, we don't
4   make any money from that for a number of months.   So
5   our whole business is not to bother people; it's to
6   nurture our relationship with them, do a good job for
7   them, and hope they continue a service with us.   You
8   know, we don't have any contracts or anything nasty
9   there.   Again, that's why we started a business.   And
10  so no, we don't want to bother people.
11         We want to help small businesses and, you
12  know, make our business model -- yes, we're for
13  profit, but we make profit when we do a good job and
14  they stay with us and, you know, that relationship
15  continues.   We're not in the business of bothering
16  consumers.   That's never been our intent, nor does it
17  make any sense for us to invest any -- the precious
18  dollars that we have into trying to do that.   It's
19  never been our intent.
20     Q.   It sounds like when someone -- if someone
21  were to respond to a message and make one of those
22  small website purchases, it sounds like that doesn't
23  really generate a lot of profit for you-all; is that
24  correct?
25     A.   That's correct.   Yeah.

Page 44

1      Q.   Okay.
2      A.   It's -- our service is anywhere from $19 a
3   month, I think you saw in that example, to 59.   I
4   think our highest package is 149.   I mean, obviously,
5   that doesn't make a huge amount of profit at the
6   start.   We run on small margins, but we do do a good
7   job for our customers, and they stay with us for a
8   long time.
9      Q.   So you really have to build a relationship
10  with someone over time to really even see, I guess,
11  what you would define --
12     A.   That's right.
13     Q.   Yeah.   That's your --
14     A.   Absolutely.
15     Q.   Right.   It's --
16     A.   That's our whole business model --
17     Q.   Okay.
18     A.   Yep.   And why we --
19         (Court reporter asked the parties to not
20  talk over each other and repeat the question.)
21     Q.   (BY MR. SUMMA)   Your goal is to develop a
22  long-term relationship with people?
23     A.   Yes.   That is correct.
24     Q.   Okay.
25         MR. SUMMA:   That's all I have.

Page 45

1          THE WITNESS:   Thank you.
2          MR. PARONICH:   I don't have anything
3   further.
4          MR. KNOWLES:   Nothing else from me.   Thank
5   you.
6          WHEREUPON, the within proceedings were
7   concluded at the approximate hour of 1:42 p.m. on the
8   26th day of June, 2025.
9          *   *   *   *   *   *

Page 46

1  AMY BOURKE
   June 26, 2025
2
3       ERRATA SHEET
   In Re: Jay Connor, et al., v. ServiceQUIK Inc.,
4          d/b/a Zing Business Management Software
5  I have read the foregoing 48 pages of the transcript
   and wish to make the following changes:
6
   PAGE(S) LINE(S)    REASON(S)
7
8  _____ _____  _____
9  _____ _____  _____
10 _____ _____  _____
11 _____ _____  _____
12 _____ _____  _____
13 _____ _____  _____
14 _____ _____  _____
15 _____ _____  _____
16 _____ _____  _____
17 _____ _____  _____
18 _____ _____  _____
19 _____ _____  _____
20 _____ _____  _____
21 _____ _____  _____
22 _____ _____  _____
23 _____ _____  _____
24 _____ _____  _____
25 _____ _____  _____

Page 47

1       CERTIFICATION OF DEPONENT
2       I, AMY BOURKE, do hereby certify that I
3  have read the above and foregoing deposition and that
4  the same is a true and accurate transcription of my
5  testimony, except for attached amendments, if any.
6       Amendments attached   ( ) Yes   ( ) No
7
8  _____
       AMY BOURKE
9
10
11     The signature above of AMY BOURKE, was
12 subscribed and sworn to before me in the county of
13 _____, state of _____, this _____day of
14 _____, 2025.
15
16  _____
       Notary Public
17
    My commission expires
18
19
20
21
22
23 Jay Connor, et al., v. ServiceQUIK Inc., d/b/a
   Zing Business Management Software, 06/26/2025, (tlm)
24
25

Page 48

1       REPORTER'S CERTIFICATE
2  STATE OF COLORADO     )
                          ) ss.
3  CITY AND COUNTY OF DENVER )
4       I, THERESA L. MENDEZ, Registered Professional
5  Reporter and Notary Public, State of Colorado, do
6  hereby certify that previous to the commencement of
7  the examination, the said AMY BOURKE was duly sworn
8  by me to testify to the truth in relation to the
9  matters in controversy between the parties hereto;
10      That the said deposition was taken in machine
11 shorthand by me at the time and place aforesaid and
12 was thereafter reduced to typewritten form, consisting
13 of 48 pages herein; that the foregoing is a true
14 transcript of the questions asked, testimony given,
15 and proceedings had.
16      I further certify that I am not employed by,
17 related to, nor of counsel for any of the parties
18 herein, nor otherwise interested in the outcome of
19 this litigation.
20      IN WITNESS WHEREOF, I have affixed my signature
21 and seal this 14th day of July, 2025.
22      My commission expires September 21, 2025.
23
        _Theresa Mendez_
        _____
24 Theresa L. Mendez, Registered Professional
   Reporter and Notary Public
25



13  (Pages 46 to 48)

**A**

**ability**
16:12
**able**
12:1 13:21
**about**
4:14 14:9,24 21:13
   21:14 23:1 25:11,24
   27:4,24 29:9,16
   30:2,16 31:20 33:25
   34:18 37:10 39:16
   40:18 41:5 42:15
**above**
47:3,11
**above-entitled**
2:2
**absolutely**
10:23 42:19 44:14
**access**
15:18 23:12,16
**account**
13:14,20
**accounts**
15:18 40:23
**accurate**
12:10 34:5 47:4
**acquired**
24:20
**acquisition**
18:14
**action**
24:22 25:7 26:1
   40:16 41:13,21
**active**
19:11,13
**actual**
27:7
**actually**
13:8 14:4,16 15:11
   15:15 16:3 29:9
   36:11 38:8,15 41:14
**address**
31:6,12
**adequately**
27:11

**adjusted**
31:20
**advised**
20:17
**affixed**
48:20
**afford**
24:12
**aforesaid**
48:11
**after**
14:18,20 18:14 23:20
   23:22 40:23
**again**
16:3 17:3,21 26:8
   27:10 34:17 38:18
   39:23 43:9
**aggregate**
8:20 11:9
**ago**
7:18
**Ah**
12:4
**ahead**
23:9 40:8
**al**
46:3 47:22
**all**
1:6,13 9:25 11:2
   13:24 25:14 27:23
   28:14 30:7 33:15
   34:12,13 35:12 37:1
   40:5 44:25
**allocation**
18:4
**along**
13:23 16:8
**also**
9:16,21,22 17:16
   18:9 27:4 32:22
**altered**
31:19
**always**
10:12 37:7,8
**am**
29:3 36:16 48:16

**amazing**
30:25
**amendments**
47:5,6
**America**
9:8 12:13
**amount**
8:11,21,23 9:6 10:4
   11:9 12:1 14:4 44:5
**Amy**
1:4 2:1 3:2 4:2 13:24
   46:1 47:2,8,11 48:7
**an**
10:9,18 12:11 13:13
   14:1,2,6 15:12
   16:11,23 17:18
   19:23 21:5 22:12
   24:21 26:12,14,16
   30:14 35:21 37:10
   38:14 41:20
**another**
7:10 12:3
**answer**
25:20 30:22 32:7
   34:17
**answered**
16:24 25:14
**Anthony**
1:14 4:8
**any**
4:14 6:6 7:1 8:1,18
   11:8 15:6 18:8,15
   18:22 19:5 20:14,16
   20:16,19 21:12
   22:25 23:15,23,24
   25:16 30:16 31:4
   32:2,24 33:5 39:11
   39:24 42:23 43:4,8
   43:17,17 47:5 48:17
**anymore**
23:16 30:10 41:24
**anyone**
17:12 33:12
**anything**
24:7,18 31:18 40:2
   43:8 45:2

**anywhere**
5:15 22:6 44:2
**apologize**
23:19
**appearances**
1:13
**apply**
32:24
**approximate**
45:7
**approximately**
5:12
**Arbor**
37:14,25
**are**
5:13,17,17,23 7:2
   13:14 19:10 20:9,11
   25:1 27:25 32:10
   40:25 41:8,9 42:15
**around**
9:5 33:19
**as**
4:4,7,18 6:2 9:22,23
   11:8 12:17 17:13,13
   19:1,12 24:16 25:17
   25:17 26:14 29:11
   29:11 30:5 31:17,18
   33:10 35:22 36:16
   37:20,25 39:15 42:3
   43:2
**ask**
9:13 10:5,6 11:21
   13:4 14:16 16:17
   26:12 29:7
**asked**
13:25 16:22 21:1
   25:15,16 26:15
   30:14 31:10 34:15
   34:16 37:22 44:19
   48:14
**assertion**
20:21
**associate**
27:3
**associated**
18:18 19:3,25 20:1,3



20:6,7 32:24
**assume**
8:15 19:10,15
**assumption**
15:12 16:23 19:10,11
   19:14,19,23 20:5
**assumptions**
19:21
**astronomical**
24:10
**at**
2:3,4 6:16 7:16,18
   19:2,24 21:22 22:20
   24:2 25:12 31:2
   33:20 35:24 38:4,21
   39:21 41:4 44:5
   45:7 48:11
**attached**
47:5,6
**attempting**
32:4
**attorneys**
4:8
**audits**
14:9
**automation**
29:18
**available**
13:15 16:20 21:15
   29:3
**Avery**
22:22 23:6 27:3
   36:14
**a.m**
2:4
**A2P10DLC**
39:16

──────────────
**B**
──────────────
**back**
8:12 21:21 26:4
   29:10 35:1
**background**
4:18
**backwards**
15:16

**based**
35:25
**basically**
13:13
**basis**
12:16
**be**
7:25 8:13,14 9:4,18
   10:25 12:9,11,12
   13:7,21,22 14:21
   15:10 16:23,25
   17:18 18:8,22 19:1
   24:15,17 25:2,11
   26:6,19 27:5,7,8
   28:6 29:14 30:1,17
   30:21 32:12 33:1,7
   36:22 37:1,3,20
   38:1,8,14,18,21,21
   38:24 39:4,5,20
**beautiful**
16:10
**because**
7:17 12:13,23 17:7
   17:21 19:18,25 20:6
   23:13 24:19 25:19
   30:9 31:22 32:4
   33:20 35:6
**become**
24:5
**been**
4:3,23 6:10 9:22
   14:20 15:14 19:3
   20:1,7 21:23 22:11
   22:12 30:12 32:13
   36:13 37:6 39:15
   40:24 43:16,19
**before**
2:4 23:20 35:15
   47:12
**began**
4:24
**begin**
4:15,16
**beginning**
40:13
**begins**

36:5
**behalf**
1:6
**being**
2:7 14:2 17:23 25:5
   41:16
**believe**
4:10 23:13 26:13
   31:22 38:17
**believes**
32:4
**Bell**
1:18
**best**
12:18 22:7,19 24:1,3
   24:6,14 25:20
**better**
29:22 30:18
**between**
5:15 27:13 48:9
**bit**
15:1 18:6 34:22
   35:17
**Blue**
1:18
**book**
13:13
**booked**
13:22 14:2
**both**
6:24 18:6,8 30:21
**bother**
42:18 43:5,10
**bothering**
42:22 43:15
**bounce**
33:19
**Bourke**
1:4 2:1 3:2 4:2,7 25:5
   35:8,8,9 40:11 46:1
   47:2,8,11 48:7
**box**
7:15
**breach**
18:8
**break**

15:1 19:18,21 33:8
   33:11
**briefly**
25:1
**Broad**
1:20
**build**
16:9 28:23 44:9
**Builders**
37:15,25
**bulk**
38:24
**business**
1:10 4:20 6:8 7:15
   8:7,12 10:11,12
   11:3 12:3 14:25
   17:8 18:3,21 19:13
   19:15,25 20:1,4,6,7
   20:8,13,13,19 30:19
   30:24 32:18,20
   37:17,24 42:24 43:1
   43:5,9,12,15 44:16
   46:4 47:23
**businesses**
9:8,10 12:24 16:10
   17:22 18:9,18,24
   19:3,7,11 31:24
   32:5,10,13,25 35:22
   42:5,14 43:11
**business-related**
26:17
**but**
5:20 6:19 7:18 9:6,20
   9:21,21 10:23 11:21
   12:12 13:19 14:10
   14:12 16:5,18 17:4
   19:4 21:6 22:11,13
   23:4 24:6,9,12 25:5
   26:10 27:23 28:6
   30:5,8,11,20 31:2
   33:4,11 34:3,11,23
   36:13 39:1 41:4,16
   42:6 43:13 44:6
**button**
38:15
**buy**



6:8 32:17
**buying**
10:21 13:1 19:8
**by**
2:1 3:4,5,6 4:6 11:9
14:7 19:5 21:7
25:10 26:9 27:1,3,8
27:17 28:3 31:13
32:21 33:17 34:16
35:11 37:23 39:5
40:1,10 41:8,18
42:2,7 44:21 48:8
48:11,16

**C**

**C**
4:1
**calculating**
34:8
**call**
17:18 23:3 26:21
**called**
2:1 5:24 6:18 28:12
39:16
**calls**
5:9
**Cameron**
4:11 14:8 16:18,22
16:24 19:12 28:15
33:4
**campaign**
14:23 16:6 22:6
37:13 38:20,24
**campaigns**
35:22 36:16 38:9
**can**
4:17 6:1 7:11,25 8:3
10:21 11:17 13:23
14:2,5 16:10 25:20
26:16 31:18 32:17
33:8 34:17,25 35:17
35:18 38:24 42:24
**cancelation**
33:23
**canceled**
40:22

**can't**
8:21,22 11:1 16:4
23:15,18 26:8 34:10
34:21,25 36:12
38:18,20 39:3
**Carolina**
32:22
**carriers**
39:1
**carry**
42:12
**case**
1:2 6:17,19 24:3
35:24 39:16 40:12
41:16
**Castle**
5:19
**categorically**
10:22 29:5
**cell**
10:13,14
**cellular**
10:17 11:4 14:19
20:15,22
**certain**
17:19 38:22
**certainly**
17:8 35:3
**CERTIFICATE**
48:1
**CERTIFICATION**
47:1
**certify**
47:2 48:6,16
**change**
20:22
**changes**
32:3 46:5
**characterization**
11:1
**characters**
36:22 37:1
**Charleston**
1:21
**chat**
23:6,7

**chats**
23:12
**check**
7:20
**chief**
4:21,23 22:4 29:12
36:14
**circumstances**
10:8
**CITY**
48:3
**Civ**
2:7
**claiming**
41:13
**clarification**
13:25 21:1 31:10
34:15 37:22
**clarify**
25:2 40:22
**class**
24:22 25:6 26:1
40:16
**cleaners**
12:12,14,16 13:24
14:6
**cleaning**
16:10
**clearly**
35:18
**clicked**
38:15
**close**
11:2 24:11 27:20
**closed**
24:9
**Collins**
22:23 27:17 28:1
30:2,18,23
**Colorado**
1:1 2:4,6 48:2,5
**come**
35:1
**commencement**
48:6
**commencing**

2:3
**commission**
47:17 48:22
**common**
16:25
**communicate**
13:9,10 23:6
**communicated**
7:7 13:11
**communication**
24:4
**company**
5:2,23 29:12 31:4
**company's**
4:19
**complement**
28:16
**complete**
23:4
**compliance**
18:4 20:16 32:3
**concluded**
45:7
**confident**
9:14,16,22
**confused**
25:24
**Connor**
1:6 40:11 41:12 46:3
47:22
**consisting**
48:12
**consumers**
42:22 43:16
**contact**
7:6 13:19 17:10,25
18:9 21:19 22:22
32:5
**contacted**
17:23
**contacting**
17:21 31:24 32:10,20
42:4
**content**
22:16,18 26:5
**context**



36:5
**continue**
43:7
**continues**
32:12 43:15
**continuing**
16:13
**contractor**
6:18 8:2
**contractors**
5:10 6:5
**contracts**
43:8
**contributed**
27:17
**controversy**
48:9
**conversation**
16:14 22:8,14 26:19
**conversations**
21:12 22:20
**copy**
16:8 22:13 24:4
  35:21 36:15
**correct**
11:6 12:25 13:3 15:4
  15:25 16:1 18:19,20
  20:8 21:9,10,17,19
  21:20 24:23 27:15
  27:19,22 28:6,8
  31:15 34:14,19 36:1
  36:16 37:15 38:1,2
  38:4,5,13 39:4,8
  40:13,19,20 41:6,22
  43:24,25 44:23
**correctly**
11:23
**cost**
8:8 12:16 13:7 24:10
  25:19,24 26:16 28:8
**cost-effective**
28:13
**could**
8:12 9:16,22 10:13
  13:19 16:22,24
  28:21 32:1 42:8

**couldn't**
10:4 24:12 34:3
**counsel**
48:17
**count**
36:25
**county**
47:12 48:3
**couple**
19:19
**course**
11:1 31:3 33:10
  38:23 42:23
**court**
1:1 13:25 21:1 25:6
  26:1 31:10 32:23
  34:15 35:7 37:22
  41:12,13,21 44:19
**cover**
27:11
**covered**
28:5 33:21
**Craft**
37:15,25
**credentials**
8:5
**credibility**
8:2
**credible**
7:19
**crossover**
30:20
**Crying**
42:9
**culture**
42:15
**curate**
15:6
**current**
21:18
**currently**
5:16 18:17 19:6,24
  19:24 20:6
**customer**
32:16
**customers**

43:3 44:7
**cut**
21:3
**cutting**
23:8

-----

**D**

**D**
3:1 4:1
**Daniel**
1:19 25:14 33:7
**Dara**
6:17,19,24 7:3,5,12
  8:9,19 10:16 11:9
  13:10,19,23 14:14
  18:18 21:9,12,15,19
  24:4 34:13,18,24
**Dara's**
13:7
**dashboard**
28:20
**data**
12:10 13:1 14:10
  15:2,6,14,24 18:14
  19:9 21:8,13,14
  30:7
**data's**
21:23
**date**
23:18 34:25
**dates**
34:10
**day**
38:10 42:14 45:8
  47:13 48:21
**days**
5:21
**decided**
23:14
**decision**
7:21 18:4,5
**decisions**
41:2
**dedicated**
15:17 16:18
**Defendant**

1:17,19
**Defendants**
1:11
**define**
44:11
**delay**
12:21 39:24
**delays**
38:25
**delivered**
23:2
**Denver**
2:4 48:3
**departure**
42:6
**depended**
12:9
**dependent**
11:24,25
**depending**
8:10 38:25
**DEPONENT**
47:1
**deposition**
1:4 2:1,7 4:11 27:12
  47:3 48:10
**DESCRIPTION**
3:8
**design**
6:5 36:6 37:10
**detail**
15:8
**determination**
24:16 25:11
**determine**
38:7
**develop**
44:21
**did**
4:9,10,12 7:5,23 8:8
  9:25 13:8,9,9 15:5
  15:17,18 16:17,23
  17:16 18:18 21:12
  22:17 23:17 24:1,16
  24:21 26:15 27:11
  28:10,19 30:20



34:23 39:11 40:1,24
  40:25
**didn't**
  10:5,19 15:11 17:3
  17:20 18:21 19:13
  21:2 23:4 28:14
  36:25
**difference**
  27:13
**different**
  6:4 7:2 8:10,22 11:22
  19:4
**differently**
  10:7 13:5 29:8
**directed**
  30:18
**directly**
  22:10
**discount**
  12:6,8
**discovery**
  11:19 33:22
**discuss**
  16:9 22:9
**discussion**
  34:1
**dismissed**
  41:12
**DISTRICT**
  1:1,1
**do**
  4:14 5:1,3 8:18 11:8
  13:6 14:14 15:11,24
  17:3,18 22:24 23:8
  23:11,20,23 25:5
  27:18 30:23 31:3,11
  32:19 33:9 35:13
  36:9 39:10,18 40:1
  40:24 42:3,18,21
  43:6,13,18 44:6,6
  47:2 48:5
**document**
  35:6,13
**documents**
  20:20
**does**

5:4,6 15:5,24 20:14
  20:19 22:1 31:3
  32:5,23 33:12,24
  36:1 38:11 43:16
**doesn't**
  17:11 26:2 42:23
  43:22 44:5
**doing**
  26:9,23 31:22 42:4
  42:11,13
**dollar**
  42:20
**dollars**
  43:18
**done**
  15:13 23:10 27:1
  39:5
**don't**
  6:22 7:16 9:5,5,11
  11:14 15:8 17:3
  22:11,13 23:13,15
  23:19 25:4 31:6,11
  33:5,11 36:25 37:6
  43:3,8,10 45:2
**down**
  15:1 19:16,18,21
  23:14 24:11
**do-not-call**
  16:21 17:1,5,25 18:3
  18:7
**drafted**
  36:11,13
**drafting**
  27:25
**Drive**
  1:18
**duly**
  4:3 48:7
**d/b/a**
  1:10 46:4 47:22

---

**E**

**E**
  3:1 4:1,1
**each**
  15:19 22:5 44:20

**earlier**
  14:9 16:18 28:15
  37:3 40:21
**easier**
  29:22,23
**efficacy**
  29:2
**efficiently**
  17:13
**efforts**
  5:2,4 6:3 14:11 24:14
  28:11 31:14,20
**either**
  29:6 32:25
**else**
  22:2 33:12 45:4
**emotional**
  42:9
**employed**
  48:16
**employee**
  15:22 38:14 41:20
**employees**
  5:8,11,13 15:19 27:2
**ended**
  28:17
**ending**
  28:7
**ends**
  36:7
**engage**
  26:18
**engages**
  31:14
**enough**
  11:7 15:12 25:3 26:3
**ensure**
  18:16
**entire**
  42:25
**ERRATA**
  46:3
**ESQ**
  1:14,17,19
**et**
  46:3 47:22

**even**
  41:17 44:10
**ever**
  22:17 36:21 40:1
**every**
  10:22 20:23 22:11,14
  22:14 42:14,20
**everything**
  6:5
**exact**
  8:21,23 10:4 17:4
  23:18 34:10,25
  36:12 38:19
**exactly**
  7:17 19:1 25:11
  34:21 39:3
**examination**
  3:2,4,5,6 4:5 33:16
  40:9 48:7
**examined**
  4:4
**example**
  12:9,11 14:1,6 16:11
  26:12,14,16 35:21
  37:11,14 38:21 44:3
**Excel**
  15:2,3
**except**
  47:5
**exclusively**
  27:1
**Excuse**
  15:20
**exempt**
  32:11
**Exhibit**
  3:10 35:9
**EXHIBITS**
  3:8
**exist**
  18:7
**exited**
  25:19
**expensive**
  17:9
**experts**



20:16
**expires**
47:17 48:22
**explain**
4:17 6:1 7:11
**explanation**
24:14
**explicit**
25:5
**export**
16:22
**e-mail**
7:8 22:11,12,14
**e-mails**
35:3

---
**F**
---

**fact**
19:8
**failure**
27:11
**fair**
9:21 10:15,15,25
  11:3,7 12:6 15:12
  18:2,24 19:10,11,14
  20:1 25:3 26:3
  27:21 29:1,21 30:3
**fairly**
16:25
**familiar**
5:23
**fantastic**
31:25
**far**
25:17
**fashion**
39:3
**feature**
16:25 23:6
**February**
38:4
**Fed**
2:7
**federal**
20:20 25:2,4,6,25
  32:23 40:13,25

41:13
**feel**
32:8
**feeling**
42:12
**felt**
42:10
**few**
26:22 33:18
**figure**
11:17
**filed**
23:21 40:12,24 41:13
**find**
7:9
**fine**
5:12 11:16 15:21
  21:6 33:1,13
**Firm**
1:20
**first**
4:3 19:23
**Fiverr**
5:24 6:5,8,10,23 7:7
  7:13 13:11,14 21:9
**Fiverr's**
6:2
**focused**
17:24
**following**
28:11 46:5
**follows**
4:4
**for**
1:14,17,19 2:6 4:9,17
  5:13 6:6,24 7:8,19
  8:15 10:14 11:10
  12:9,15,20 13:19,25
  14:9 16:10 17:7,23
  21:1,19 22:5 23:8
  26:12 28:1,7,11,24
  29:19,24 30:2,12,22
  31:2,10,25 32:3,14
  32:15,16 33:4 34:15
  35:9 36:23 37:14,22
  38:21 39:24 42:6,9

42:10,13,17,24 43:4
  43:6,12,17,23 44:7
  44:7 47:5 48:17
**foregoing**
46:5 47:3 48:13
**form**
16:8 21:5 24:24,25
  32:6 48:12
**formatted**
15:14
**formatting**
15:10,13
**forward**
16:15
**foundation**
37:12
**founder**
4:20
**four**
5:16,21
**Friday**
38:4
**from**
5:20 6:5,14 7:7 8:9
  8:19 10:16 12:2
  14:14 21:8 24:4
  32:11,11 33:22 36:6
  37:3,9 39:2,12 40:2
  43:4 44:2 45:4
**fully**
7:23
**function**
42:25
**functionalities**
28:18
**functionality**
28:14,25 29:18
**funnels**
28:21,21
**further**
45:3 48:16

---
**G**
---

**G**
4:1
**gave**

34:7
**general**
11:8 13:6
**generalized**
4:11
**generally**
27:8
**generate**
43:23
**Geo**
6:18,20,24 7:2
**get**
12:2 15:10 17:13
  26:24
**girl**
42:11,17
**give**
11:14 14:4,5 16:4
  26:8,21 34:3 35:11
  37:7,8
**given**
18:23 48:14
**giving**
12:11
**go**
6:24 16:15 23:9
  26:10 40:8
**goal**
44:21
**goes**
36:7
**going**
9:13 14:25 21:6 30:6
  33:3,19 35:6,7
  39:25 40:8
**good**
23:5 27:25 30:21
  42:13 43:6,13 44:6
**Google**
6:8 7:15 10:10,12
  18:21,23 20:8
**got**
5:22 6:9 7:12 8:12
  10:23 11:2 12:6
  14:24 30:25 42:16
**government's**



20:21
**great**
24:11 29:6 42:5
**greatly**
8:13
**guess**
9:5,20 11:14,21
25:22,23 30:1 34:11
34:11 39:1 44:10
**guessing**
9:18
**guys**
41:7,24
**G-E-O**
6:20

### H
**had**
5:15 13:12 14:8,18
14:18,20 15:19
16:19,21 17:1,22
18:1 19:2,25 20:6
20:15,17 22:3,20,25
23:5 24:11,20 25:14
25:17 27:23 28:15
28:19,20,22,23
29:18 36:18 40:23
41:12,15,20 48:15
**hands**
20:22
**happen**
26:7
**happened**
42:1
**happens**
16:2
**happier**
29:20
**happy**
31:2 33:8
**has**
6:10 15:14 21:18
22:11 23:11,12
30:12,19 31:19
**hasn't**
32:2

**have**
4:14,23 5:16 6:7,17
7:21 8:6,18 9:22
11:8,8,22 12:2,24
13:6 14:25 15:5,17
16:12 17:16 19:15
20:14,19 21:3,12,25
22:10,12 23:15,19
24:21 27:16 28:14
30:20 31:3,4,6,8,11
32:5 33:3,5,22 35:8
35:15 36:5,13,14
37:1,6,11 39:11,19
40:5 41:19 42:15,21
43:8,18 44:9,25
45:2 46:5 47:3
48:20
**having**
4:3
**he**
7:6,8 8:12 13:12
40:12
**head**
11:11
**hear**
4:10 10:19
**heard**
16:17 19:18
**Hello**
4:7
**help**
32:1,18 42:14,24
43:11
**helpful**
25:2
**her**
4:4 30:25 31:2,2,4,6
31:8,11 42:6,10,10
**here**
5:19 12:21 25:4 33:3
36:5 37:14 38:3
39:7,24
**hereby**
47:2 48:6
**herein**
48:13,18

**hereto**
48:9
**Here's**
22:13
**He's**
4:12
**Hi**
13:23 16:9 36:6
**hide**
40:2
**highest**
44:4
**high-level**
39:19
**him**
7:6,7,22 13:12,13
31:2 38:9
**Hingham**
1:16
**hired**
20:16
**his**
6:22,23 7:6
**hit**
42:16
**home**
5:20
**honestly**
22:13 24:9 25:18
**hope**
43:7
**hour**
2:3 45:7
**how**
5:12 6:1 7:12,21,23
8:8 10:3 13:6,9,9
15:18 20:15 23:2
24:15 25:24 26:15
27:24 30:2 42:8
**however**
8:6
**HubSpot**
28:24
**huge**
44:5
**hundred**

9:14 20:21 34:4,4
**husband**
30:25

### I
**idea**
8:18 11:8 13:6
**identification**
35:10
**if**
10:16 11:2,16 16:13
16:14 17:1,12,16
19:5,13 20:12 22:25
23:11,20 26:14
27:16,23 28:6 33:7
33:11 34:23 35:17
37:17,23 38:20,21
38:23 40:24 43:20
47:5
**images**
8:4
**imagine**
15:9
**important**
17:7 24:6 43:2
**in**
1:1 2:2 4:9,19 5:7,19
5:19,21 8:19 9:8
12:3,5,13 13:24
14:6 15:6 16:4,13
17:2,8,10,12 18:8
18:10 21:11 25:4
26:13,18 27:11
28:23 29:3,3 31:1,4
31:14,18,20 32:19
33:22 35:3,6,17,24
39:3,11 40:11,15
41:13,18,21 43:15
44:3 46:3 47:12
48:8,9,10,18,20
**Inc**
1:10,10 46:3 47:22
**inception**
4:19
**include**
5:1,4



individual
6:14,15,17 21:8
individually
1:6 41:21
individuals
5:18 16:19
industry
11:25
information
7:16 11:15 17:22
    19:16 21:19 23:24
    25:16 26:13 31:24
    37:8
initial
3:8 33:5 36:23 37:4
inquire
23:1
inserted
26:6
instructions
4:11,15
intent
10:24 25:9 43:16,19
intentions
24:3
interested
16:13 17:2,10,12
    18:10 36:7 37:12
    48:18
interface
29:19
internal
17:18
Internet
19:9
interrupt
10:6
interviews
25:14
intimately
14:11
into
7:15 14:22 15:10,22
    17:4 22:10 23:15
    42:21 43:18
invest

43:17
involved
14:11
involvement
4:18 6:10
is
4:8 5:8,9,12 7:1,18
    8:1 9:9,21 10:15
    11:6 12:10,23 14:13
    15:2,14,25 16:18,19
    18:2,18 19:4,5,23
    20:1,5,12,13 21:15
    22:1,5,5,16 23:5
    25:6 26:10 27:14,21
    28:1,8,15,18 29:1
    29:21 30:3,8,18
    31:14,17 32:4,15,22
    33:3 34:5,12,12,19
    35:19,20,21,25 36:6
    37:14 38:23 39:18
    40:5,13 41:17,21,24
    42:21 43:5,23 44:2
    44:4,21,23 47:4
    48:13
isn't
30:9
issue
35:24
its
23:25 28:11 31:14,20
it's
5:11 6:18 8:6,24 9:2
    9:14 11:3,24 19:14
    20:5 22:7,8 23:19
    27:6 30:4 32:16
    34:11 35:3 43:5,18
    44:2,15
it000
16:24
I'd
14:5 33:7
I'll
14:12 15:15 35:23
I'm
4:8,16,20,21 10:5
    12:9,10 14:25 16:17

20:10 23:8,10 25:22
25:23 27:5,12 28:6
30:15 32:8 33:2,12
33:13,19 34:12,20
35:5,5,6,7,8 38:18
38:25 39:23,25 40:8
41:2
I've
32:13 39:15,16

---
**J**

Jay
1:6 46:3 47:22
job
5:1 30:25 43:6,13
    44:7
July
33:23 48:21
June
1:4 2:3 3:2 45:8 46:1
just
6:23 9:13 10:19
    12:10,10,12,24 15:1
    15:11 16:23 24:12
    25:22,23 28:25
    33:18 34:16,20 35:5
    37:7 38:18 40:18,21
    41:5,8 42:11

---
**K**

keen
17:11
keep
21:6 25:17
kept
24:4,18
kind
4:10 15:6,13
know
4:7 6:22 9:5,9,11
    11:2,16 14:25 15:8
    17:3,8,10,20 18:6
    18:25 19:12 22:11
    23:8,11,20,23 26:16
    29:20 30:23 36:25
    39:18 40:24 42:14

42:19,23 43:8,12,14
knowledge
12:18 17:16 20:14,20
    22:7,19 24:1 31:4
    40:4 41:16
Knowles
1:17,17 3:5 21:5
    24:24 33:2,15,17
    34:16 35:5,11 37:23
    39:23 40:1,5 41:8
    45:4

---
**L**

L
2:4 48:4,24
ladies
14:21
last
6:22 21:6 33:18
    42:21
law
1:15,20 18:5,9 32:22
laws
17:19 32:11
lawsuit
4:9 21:12 24:22 25:6
    25:7 26:1 32:23
    35:25 40:12,13,15
    40:23,25,25 41:5
lawsuits
23:21 25:1 31:17,21
learned
41:12
learning
27:12 39:15
least
19:2
left
30:19,23
lengths
36:18 37:2
Lenmar
1:18
less
8:24 9:2,17 34:22
let



10:5,6 13:4 14:16
  29:9
**let's**
  15:12
**like**
  4:15 8:4 9:9,10,11
  14:10 15:2,17 16:24
  24:3 26:11 32:8,17
  33:7,18 38:15,20
  41:7 42:11 43:3,20
  43:22
**limitations**
  39:1
**Lincoln**
  1:15
**lines**
  13:23 16:8
**LINE(S)**
  46:6
**list**
  7:15 10:10,21,23
  14:22,23 16:4,7,19
  16:21 17:1,5,13,18
  17:25 18:3 24:20
  30:6
**listed**
  17:22 18:21 19:6,24
  20:12,13 31:24
**lists**
  6:8 11:13 18:7 24:3
  34:2
**litigation**
  48:19
**little**
  14:10 15:1 19:4
  25:23 29:8 34:21
  35:17
**live**
  19:9
**LLC**
  1:17,20
**loadible**
  15:7
**located**
  5:18
**log**

13:20 23:15
**login**
  15:18,20
**logistical**
  30:17
**logistically**
  26:7
**logistics**
  27:24 30:2
**logo**
  6:6
**logs**
  15:22
**long**
  30:4,8 44:8
**longer**
  21:15 36:19
**long-term**
  44:22
**look**
  7:18,19
**looked**
  7:16
**looking**
  33:20 42:24
**looks**
  41:17
**lose**
  31:1
**lost**
  7:6 13:18
**lot**
  8:22 9:6,12 33:19,20
  34:4 43:23

---

**M**

**M**
  1:17
**MA**
  1:16
**machine**
  48:10
**made**
  1:13 7:21 18:12 21:3
  25:10,16 29:16 32:2
**main**

22:22 25:18
**mainly**
  5:20
**maintained**
  23:11
**maintaining**
  17:17 18:3
**make**
  11:14 15:1,7,9,12
  17:11 18:15 19:6,12
  20:10 24:16 42:23
  43:4,12,13,17,21
  44:5 46:5
**makes**
  17:15 25:23
**making**
  35:5
**Management**
  1:10 46:4 47:23
**manipulate**
  15:6
**many**
  5:12 9:22 10:3 12:2
  14:12
**margins**
  44:6
**marked**
  35:8,9
**market**
  9:9
**marketing**
  5:2 6:3 11:5 14:11,21
  17:17 22:12 27:3,8
  27:13,16 29:2 31:14
  31:20 36:23
**Marketplace**
  13:12
**matched**
  7:12
**math**
  13:8
**matter**
  2:2
**matters**
  48:9
**may**

12:2 14:12 21:3
  22:12
**maybe**
  22:10,12 27:6 34:4
  34:17,21
**McGraw**
  1:17
**me**
  4:13,17 6:1 7:11 10:5
  10:6 13:4 14:16
  15:20 16:17 25:23
  26:16 29:9 35:11
  45:4 47:12 48:8,11
**mean**
  9:8 10:6,20 17:7,20
  18:6,20 20:12 21:2
  22:1 23:2 27:4 30:4
  32:13,19 37:7 38:11
  40:24,25 41:15,16
  41:18 42:4,12 44:4
**measure**
  8:2
**measured**
  7:23
**measures**
  24:7
**mechanism**
  17:4 23:3
**memory**
  39:2
**Mendez**
  2:5 48:4,24
**mention**
  7:23
**mentioned**
  21:25 26:22
**message**
  3:10 10:9,18,23 11:3
  11:5 13:13,22 16:7
  22:8 24:19 26:6,10
  28:11 35:20,24
  37:20,24,25 38:3,8
  39:21 40:18 41:9,10
  41:14,18,19 43:21
**MessageBird**
  28:12,19,23,24 29:3



29:13,17 30:3,9,11
30:17
**messages**
5:5,8,14 10:1 13:15
13:20 16:12 17:17
18:14 22:18,21 34:2
36:18,21 37:4 38:16
39:12 40:3 41:7,9
**messaging**
6:7,10 14:2
**met**
21:9
**Microsoft**
15:3
**might**
8:13,14 12:9,11,12
17:18 24:5 25:2
**million**
9:10,11,17,23 11:2
**mind**
25:5
**missed**
34:23
**model**
43:12 44:16
**money**
8:8 11:9 13:2 32:18
43:4
**month**
20:23 44:3
**months**
43:4
**more**
6:14,20 8:24 9:1,2,4
9:4,10,14 12:2,13
12:24 13:1,2 14:10
14:17 18:3 20:21
26:13 28:13 29:2,18
33:5 34:4 37:8
**most**
7:19 18:13 25:22
**move**
17:14
**moved**
17:4
**Mr**

3:4,5,6 4:6,11 14:7,8
16:18,22,24 19:12
21:2,5,7 24:24,25
25:3,10 28:15 31:13
32:6,21 33:2,2,4,11
33:14,15,17 34:16
35:5,11 37:23 39:23
40:1,5,8,10,11,22
41:8,12 44:21,25
45:2,4
**Ms**
4:7 25:5 27:17 28:1
30:2,18,23 40:11
**much**
8:8 13:6 26:15
**multiple**
11:13
**my**
4:7,10 7:17,18,21
11:11 12:18 13:4
19:4 22:7,19 23:5
24:1 26:10 27:10
29:7 30:16 32:11
33:20,22 39:24 40:4
47:4,17 48:20,22
**myself**
16:23 36:13

---

## N

**N**
3:1 4:1
**name**
4:8 6:22 37:9,14,18
37:24
**named**
21:11
**nasty**
43:8
**need**
11:16 15:9,24 18:22
33:11 35:17
**needed**
7:9
**never**
13:8 16:22 18:8
43:16,19

**next**
4:12 14:15 16:2 26:7
**nice**
28:20
**nicely**
28:22
**nicer**
29:19
**no**
1:2 4:16 7:4 10:2,23
12:8 13:8 18:1,16
20:18,24 21:15,18
30:11 31:22 35:18
40:17 41:15 43:10
47:6
**nor**
43:16 48:17,18
**normal**
7:18
**not**
8:16 10:9,12 11:11
12:10 14:12 16:13
17:2,8,18 18:15
21:14 22:7,19 23:14
24:1 27:6,11 28:19
30:11 31:11 32:5,23
33:12 36:7 37:11
38:18,25 40:4 41:1
41:2,25 42:19 43:5
43:15 44:19 48:16
**Notary**
2:5 47:16 48:5,24
**note**
35:5 43:2
**notes**
33:9,20,22 39:24
**Nothing**
45:4
**notion**
42:18
**now**
4:7 12:20 30:19
32:14 33:6
**number**
6:4 7:19 8:16 10:9,16
10:17 11:5,18 13:7

19:24 20:3,12 31:8
32:15 34:1,3,7,9
39:7,21 43:4
**numbers**
6:11,14 8:9,12,19,25
9:3,7 10:1,11,13,13
10:14 11:10 12:1,15
14:13,19 18:16,17
18:25 20:15,22
32:24 33:1 39:12
40:2
**nuture**
43:6

---

## O

**O**
4:1
**oath**
4:4
**Object**
24:25 32:6
**objection**
21:3,5 24:24
**obtained**
34:2
**obvious**
27:6
**obviously**
7:20 8:5 10:13 14:24
25:1 27:5 41:17
44:4
**occurred**
33:23
**off**
11:11 21:3 23:9
**offer**
37:10,10
**offering**
7:9
**office**
5:19,21
**officer**
4:22,24 22:4 29:12
36:14
**often**
20:15



okay
4:14,17 5:17 6:13,21
7:5,11 9:2,19,25
10:5 11:7 12:22
13:4,9,18 14:1 15:5
15:21,22 17:6 18:2
18:12 19:17 20:19
21:15,21 22:16,25
23:10,19,23 25:22
26:3 27:16,23 28:4
28:10 29:7 30:1
31:7,9,17 32:2,21
33:2,14 35:2,19
36:3 39:15 40:8,15
40:21 41:4,7,11,20
44:1,17,24
on
1:6 2:2 4:4 6:5 7:7,14
8:10 10:12 12:1,8
12:16 13:14 16:6
17:14,24 19:9 20:17
21:25 22:3,6,17
26:19 30:2 33:4
35:25 36:7 38:20,25
41:17 44:6 45:7
onboarding
22:24
once
14:13
one
4:8 6:14,14,16 10:22
12:2 16:3,19 21:4
25:2,2,4 26:9,23
27:7 30:6 32:15
35:6,11,24 37:5
40:18 41:8,9,10,17
41:19 43:21
only
6:10,10,16 10:13
onto
13:20 15:7,14 17:9
17:13
operating
4:21,23 29:12
opinion
29:11

opportunity
31:1
opposed
33:12
opt
16:13 36:8
opted
16:19
or
4:15 5:9 6:14 8:24
9:2,11 11:2,25 15:6
16:19 18:10 20:16
20:20 22:1,20 23:3
23:3,12,20 26:12,20
27:17 29:13,22
31:19 32:17,18 33:9
39:1 40:25,25 41:9
43:8
order
8:15 13:13,21 14:2
originally
7:12
other
8:1 18:18 22:6 28:16
44:20
others
1:6
otherwise
48:18
our
5:19 9:9 10:20 14:21
15:19 16:11,15 17:2
17:10,12 18:10 22:4
35:22 36:14 37:11
37:13 42:25 43:3,5
43:6,12,16,19 44:2
44:4,7,16
ourselves
42:12
out
11:17 14:22 16:6,13
16:19 19:12 26:11
35:20,22 36:8,18
38:8,9,16,20,24
outcome
48:18

outfits
20:16
outreach
36:23
Outside
19:8
over
11:12 32:9,9 34:3,7,7
35:4 44:10,20
overseeing
5:2
overwhelming
42:17
own
15:19
owner
32:14
owners
42:24

_____
              P
_____
P
2:7 4:1
PA
1:18
package
44:4
PAGE
3:2
pages
46:5 48:13
PAGE(S)
46:6
paid
11:9
Paronich
1:14,15 3:4 4:6,8
14:7 21:2,7 25:3,10
31:13 32:21 33:2,14
40:22 45:2
part
21:22 28:6 32:23
35:22 36:16
particular
26:13 31:18
particularly

18:22
parties
44:19 48:9,17
passionate
42:15
Paul
4:21
paying
13:2
people
16:6 17:2,10,25
18:10 26:11 42:15
42:18,22 43:5,10
44:22
per
8:16 13:7
perfectly
16:5
period
7:8 11:12 30:12,20
34:8,17
person
29:11 36:12 38:25
personal
4:18 20:20
personally
11:2 22:1 42:20
persons's
37:9
per-number
12:16
phone
10:11 13:7 14:13
19:14 26:21 31:8
32:16 39:7 40:2
physical
27:7 31:6,12
physically
5:18 10:14 17:3 26:9
28:2
pick
26:20
place
5:9 48:11
plaintiff
1:8,14 2:2 4:9 24:5



24:19 26:15 40:11
**platform**
15:25 21:22 22:24
23:14,16 26:20 30:5
**please**
13:23 14:3 32:7
**plumbers**
12:12,13,17
**point**
10:15 22:22
**pointed**
19:12
**pool**
12:11,14,16 13:24
14:3,5 16:10
**possible**
17:13
**Possibly**
34:20
**Post**
6:17
**potential**
8:2
**potentially**
32:18
**practice**
11:4
**precious**
42:22 43:17
**precise**
14:17
**predominately**
28:24
**preference**
33:9
**present**
4:10 8:6
**presentations**
6:6
**presented**
19:1
**preserve**
23:24 24:7,15
**preserved**
13:15 23:12 24:2
25:11,25

**pretty**
23:5 30:25 42:2
**previous**
8:4 48:6
**previously**
19:2,25 20:7
**price**
7:21 12:5
**prices**
8:10
**pricing**
11:22,24
**prior**
6:19 40:12
**probably**
26:2 30:4,21 37:19
43:2
**problem**
31:23
**proceedings**
45:6 48:15
**process**
7:12,17,18 16:16
18:13,23 22:9 25:13
**processes**
14:9
**product**
17:11,12 28:12 29:13
29:15,22 32:1 42:5
43:3
**Professional**
2:5 48:4,24
**profile**
6:8,23 7:7 13:12
18:21
**Profiles**
10:11,12 20:8
**profit**
43:13,13,23 44:5
**provided**
7:3
**provider**
6:19 7:10 32:17
**providers**
7:19
**provides**

7:2
**Public**
2:6 47:16 48:5,24
**publicly**
17:22 18:20 19:1
31:24
**purchase**
6:11,13 7:15 8:8
**purchased**
8:19 10:9,10,16 21:8
**purchases**
43:22
**purpose**
10:21 17:23 31:25
**purposes**
6:7 18:8
**pursuant**
2:7
**put**
36:15 42:20
**puts**
18:24
**putting**
16:3 17:9
**p.m**
38:4 45:7

—————————
**Q**

**quality**
8:3
**question**
10:6 13:4 14:17 19:4
21:6 25:21 29:7
30:15,16 44:20
**questions**
4:14 14:12 23:1,2
25:15 26:15,17
27:23 28:1 30:1,16
30:22 33:3,5,18
48:14
**quick**
28:6
**quite**
28:20 42:9,16

—————————
**R**

**R**
2:7 4:1
**Re**
46:3
**reaction**
41:11
**read**
7:20 39:16 46:5 47:3
**readily**
29:2
**ready**
4:16
**really**
11:13 42:7,13 43:23
44:9,10
**reason**
13:19 17:24 24:9
25:18 28:7 32:3
42:6
**reasonable**
18:25
**REASON(S)**
46:6
**recall**
11:22 31:18 38:20
**receive**
10:1
**received**
14:14
**receiving**
40:18
**recently**
6:20
**record**
25:17
**reduced**
48:12
**REFERENCE**
3:8
**referred**
28:15
**refute**
20:20
**regarding**
23:25
**registered**



2:5 39:20 48:4,24
**registering**
39:12
**registration**
39:17
**relate**
26:2
**related**
28:8 41:3 48:17
**relates**
4:18 6:2 25:24
**relating**
24:18 25:25
**relation**
48:8
**relationship**
23:25 28:8 43:6,14
44:9,22
**relevant**
24:2,8,15,17,20
**remember**
7:16 8:21,23 22:14
23:18 34:10,21,21
34:25 36:12 38:19
39:3
**Remote**
1:4 2:1
**removed**
7:6
**repeat**
14:12,13 44:20
**reply**
36:7 37:11
**reporter**
2:5 13:25 21:1 31:10
34:15 35:7 37:22
44:19 48:5,24
**REPORTER'S**
48:1
**reporting**
29:6
**represent**
35:23
**request**
11:19
**requesting**

14:4
**required**
20:25
**requirement**
17:19
**resource**
18:4
**resources**
42:22
**respect**
6:9
**respond**
26:11 43:21
**responded**
16:14
**responding**
27:5,7
**response**
31:20 37:3
**responsibilities**
5:1
**responsible**
5:13
**result**
31:17
**revenue**
22:4 36:14
**reviews**
7:20,24,25
**right**
8:16,17 10:25 11:23
12:7,15 17:15 19:2
19:3 20:5 24:21
25:10 27:14,16,23
28:1 30:18 33:5,15
33:24,25 35:12 42:4
44:12,15
**ring**
19:14 32:16
**risk**
17:18
**robust**
18:23
**Rock**
5:19
**role**

39:11
**run**
27:8,17 33:8 44:6

---
**S**
---

**S**
4:1
**sad**
31:1
**safe**
37:4
**said**
2:6 18:1 25:3 34:18
40:21,22 48:7,10
**sale**
27:20
**sales**
16:16 26:18 27:1,5,6
27:13,20 28:21
29:19,24
**salespeople**
5:16 16:15 17:9
**salesperson**
26:18
**Sally**
36:6
**same**
6:18 12:16 20:9 31:2
32:9 47:4
**save**
32:18
**saved**
22:6
**saw**
44:3
**say**
8:5,24 9:2,16,21
10:15,21 11:3 12:6
14:5 18:2 25:1
26:11 29:1,5,14,21
30:8 37:4,9 38:11
**saying**
12:23 20:9 22:13
32:8
**says**
38:3

**SC**
1:21
**schedule**
39:4
**scheduled**
39:3
**scrape**
13:23 14:3,5
**scraped**
19:9
**scraping**
8:11
**screen**
41:17,18
**screenshots**
41:19
**scripting**
22:1,5
**scripts**
22:3
**seal**
48:21
**search**
7:15
**second**
6:18 35:6,11
**see**
8:3 12:4 13:20,21
26:12 28:21 30:14
35:13,18 36:9 39:10
44:10
**seem**
9:22 36:1
**seemed**
42:11
**seems**
14:10
**seen**
35:15
**select**
38:17
**selected**
22:16
**sell**
42:5 43:3
**selling**



31:25
**send**
10:9 11:5 14:22
16:11 26:16 35:7,22
36:17 37:10 38:15
38:19 41:7,10
**sending**
5:5,7,13 17:17 18:13
26:24 27:18 37:17
37:23 38:24 40:3
41:9,9
**sense**
17:11,15 25:23 42:23
43:17
**sent**
10:18,23 22:11,12
34:2 35:3,20 38:3,8
38:9,21 39:13
**September**
48:22
**series**
15:2
**serves**
18:7
**service**
6:19 7:9 17:2 18:11
24:11 26:5 32:17
43:7 44:2
**ServiceQUIK**
1:10,20 4:19 5:8,11
5:13 7:5 10:8,17
11:10 13:10,16
14:14,18 15:5,17
16:20 17:16 19:5
20:14,19,25 21:11
21:16,18 22:17,20
22:25 23:11,17,24
25:12,25 28:7,10
30:9 31:13,19 32:2
36:17 38:6,12,14
39:5,11,20 40:1
46:3 47:22
**Servicequik's**
6:3 13:14 32:21
**services**
6:2,6 7:1,2

**set**
22:23 38:21
**seven**
5:15
**share**
35:6
**sharing**
39:25
**she**
22:23 28:2 30:6,19
30:20,21,21 41:24
42:2,2,3,3,6,8,16
**SHEET**
46:3
**she's**
30:5 42:10
**short**
7:8
**shorter**
36:19 37:5,6,18,21
37:25 38:1
**shorthand**
48:11
**shown**
41:8
**shut**
23:13
**signature**
47:11 48:20
**significant**
9:6 11:12
**significantly**
28:13
**similar**
28:23 37:2
**similarly**
1:7
**simply**
7:14 12:13
**since**
4:24 30:5
**single**
10:22
**sitting**
4:12
**situated**

1:7
**situation**
26:14
**skipping**
18:15 39:23
**slightly**
14:16
**small**
9:8 22:8 32:18 42:13
43:11,22 44:6
**small-business**
32:13
**SMS**
5:5,14 10:1,9,14,18
11:5 18:14 22:6
31:14,20 35:22
37:20 41:7
**software**
1:10 39:2 46:4 47:23
**sole**
28:7 31:25 42:6
**solicit**
18:10
**some**
12:23 14:13 15:10,13
28:16,18 33:3 35:21
36:18,19 37:4,8
39:3
**somebody**
37:24
**someone**
22:2 43:20,20 44:10
**something**
9:9,11 13:22 16:8
28:23 31:23 32:17
39:16 42:11
**sometimes**
5:20 6:6 8:3,13,13
26:19,20 27:4
**sorry**
6:22 10:5 12:20 21:2
23:8,18 27:6 30:15
34:12,23 35:8 37:8
39:24
**sort**
34:8 37:12

**sound**
33:24
**sounds**
33:25 43:20,22
**South**
32:22
**specific**
14:23 15:8
**specifically**
17:21 29:9,16
**specifics**
27:24
**spend**
33:19
**spoke**
27:4
**spoken**
14:8
**spreadsheets**
8:22 15:3
**ss**
48:2
**start**
16:15 44:6
**started**
42:25 43:9
**start-up**
42:20
**state**
2:6 25:2 40:12,24
41:4,12,21 47:13
48:2,5
**statement**
20:2
**States**
1:1 14:6
**stay**
43:14 44:7
**step**
15:11,15 18:16 26:9
26:9 28:3,3
**steps**
18:15 19:5 23:23
**step-by-step**
16:4 38:19
**still**



13:20 23:12 31:13
**stop**
7:5 23:17 34:24
 39:25
**stopped**
7:9
**Street**
1:15,20
**strike**
29:10
**subscribed**
47:12
**sued**
41:20
**Suite**
1:15
**Summa**
1:19,20 3:6 24:25
 32:6 33:11 40:8,10
 44:21,25
**superior**
29:13,14,17
**sure**
4:20 6:4,25 7:14 9:7
 13:21 15:1 16:17
 18:15 19:6,20 20:10
 23:4 25:16 33:2
 41:1,2
**surprised**
41:15
**switched**
28:22
**sworn**
4:3 47:12 48:7
**system**
23:15

---

   **T**

**take**
15:15 18:16 33:8
**taken**
2:7 19:5,15 48:10
**talk**
37:10 44:20
**talking**
14:24

**target**
9:9
**tasks**
23:4
**team**
14:21 22:13,24 27:4
 27:5,6,8,13,17,20
 29:19,24
**technical**
38:25
**technology**
5:9
**telemarketing**
5:4 32:3
**telephone**
5:9 6:11,13 8:9,19
 9:25 10:17 11:4,10
 14:19 18:16,17
 20:15,22
**tell**
10:4 42:8
**ten**
32:14
**terms**
5:7
**terrible**
42:10
**testified**
4:4
**testify**
31:19 48:8
**testimony**
47:5 48:14
**Texas**
31:1,5
**text**
3:10 5:7 6:7,9 10:23
 11:3 16:7,12 17:17
 26:6,10 28:11 35:20
 35:24 38:24 41:5
**texts**
28:25
**than**
6:14 7:2 8:24,24 9:1
 9:2,4,14,17 12:3,13
 18:4,18 20:21 22:6

29:3 34:4,22 36:19
 36:19 37:5,7,25
**Thank**
4:12 13:24 14:7 28:4
 31:9 35:18 40:5,7
 45:1,4
**Thanks**
4:16
**that's**
6:22 7:21 8:15,17
 9:20 11:16 12:10
 14:1,6 15:4 16:1
 18:20 19:11 21:6,17
 21:20 23:10 25:8,20
 27:15,17,22 28:17
 32:19,23 33:1 34:14
 37:12 42:25 43:9,16
 43:25 44:12,13,16
 44:25
**their**
7:20 8:3,6 10:11
 15:19 16:9 17:22
 19:15 23:7
**them**
10:3 14:15 16:16
 17:13 20:17 26:19
 26:21 31:25 32:1
 36:18,19 37:11 42:5
 43:6,7
**then**
6:20 7:1,8,20 10:15
 16:2,15 18:2 21:7
 21:21 22:16,25 26:4
 26:4,6 28:10 29:8
 33:1 36:7 37:11
 38:23
**there**
7:1,14,25 8:1,22 9:6
 11:13 12:5,9,11,12
 15:9,13 16:7,18,19
 18:15,22 19:5,19
 22:24 25:1 31:18
 34:1 36:21 38:23,24
 43:2,9
**thereafter**
48:12

**Theresa**
2:4 48:4,24
**there's**
12:13 19:23 27:12
 39:7
**these**
18:24 23:20 31:17,21
 32:11,12 34:2
**they**
5:3 8:5,6 14:19,20
 15:24 16:13,14 17:4
 18:20 19:1,2,6,10
 19:15 20:16 26:12
 26:20 29:20 37:1,6
 38:17,19 39:2 40:2
 43:7,14 44:7
**they'll**
5:20 8:4
**they're**
5:20 17:17
**thing**
20:9 32:9,15 42:21
**things**
42:4,13
**think**
9:4,9,10 12:18,20
 16:21,24 18:6,7,21
 19:11,14 20:10 21:3
 24:6 25:13,14,21
 27:10,12 28:5 30:4
 30:14,20 33:25
 34:18 37:6 39:2
 42:12 44:3,4
**this**
4:9 6:16,17,19 12:10
 16:18 21:8 24:3,22
 25:3,25 26:13 27:10
 28:5,5 34:23 35:7
 35:13,15,19,20,21
 35:23,24 36:6,19,19
 37:5 39:16,20,21,25
 40:12,13,25 41:13
 42:2,16,21 47:13
 48:19,21
**thoroughly**
25:15



those
4:15 5:7,14,17,17
    9:25 10:12,22 13:15
    16:6,12 18:17,25
    23:4,12 26:15 27:25
    30:17,22 36:11,13
    36:21 43:21
though
24:22
thought
18:24 19:9 24:2,5,15
    24:17,19 37:1 42:3
    42:3
thousand
9:14 20:22 34:4,5
through
5:5 7:13 13:11 18:13
    18:24 20:7 21:9
    25:13 28:2 30:7
    33:8 39:15,24
throughout
38:9
Thursday
2:3
Tim
21:2 33:7
time
6:16 7:8 11:12 24:2
    30:5,8,13 31:2
    33:19,20 34:8,17
    36:21 38:7,22 41:4
    44:8,10 48:11
times
19:19 26:22
TIMOTHY
1:17
tlm
47:23
today
25:4 31:19
together
4:21 22:3 36:15
took
23:24 24:6,14
tool
8:1

tools
28:16
top
11:11 39:21
totally
11:19
tracking
29:1
transcript
46:5 48:14
transcription
47:4
transition
20:15
traumatized
42:2
tries
27:20
true
47:4 48:13
trust
18:25
truth
48:8
try
13:4 14:12,16 15:1
    24:7,14 29:7
trying
17:9 20:10 32:16
    34:20 38:18 43:18
turn
28:10
turned
28:12
turning
21:21 26:4
two
25:1 41:9,14
type
11:25 13:15 15:10
    37:2
typed
7:14
types
32:11
typewritten

48:12
typing
26:24

_____

## U

Uh-huh
26:25 37:16
UI
29:19
Um
10:20
unclear
30:14
under
10:8 36:22
understand
11:21 12:20 13:18
    15:2 19:17 22:15
    24:13 25:6,8
understanding
16:5 23:5 24:21
    26:10 29:4 32:12,22
    39:19
Understood
14:7 24:13 26:22
    33:14
unfortunately
24:11 41:25
United
1:1 14:6
up
15:7 22:23 26:21
    28:17 29:10 39:7
upload
8:4 14:22 27:7
uploaded
15:14 21:23
uploading
26:23 27:18,25 30:6
uploads
15:25
upon
11:24
upset
42:7,8
us

16:14 17:7 25:15,16
    32:17 43:7,14,17
    44:7
USA
13:24
use
5:8 6:4 10:14 23:14
    26:14 28:24 29:23
    29:24 30:17
used
6:7,18 8:1 30:5,21
using
7:5 23:17 28:17 30:9
    30:11,12 34:2
usual
22:9
usually
22:8
utilization
26:5
utilized
6:2

_____

## V

v
1:9 46:3 47:22
vague
38:18
variation
12:5
various
36:18
vary
8:12
verification
18:23
verified
14:18,20
verify
11:4 18:22
verifying
14:9
versus
30:3
vertical
8:11 11:22,25 12:2



14:5
**verticals**
12:24 16:9
**very**
22:8 26:16 31:1
**vetting**
7:17
**via**
1:13 23:7
**videoconference**
1:13
**volume**
8:18 12:6,8

**W**

**want**
9:5 11:14 18:8,9,14
19:13,18,21 32:15
33:9 42:18,21 43:10
43:11
**Warren**
1:17
**wasn't**
11:24 12:8 16:3
17:12 19:13 25:20
26:9 29:6 31:23
41:2 42:5
**waste**
42:22
**way**
7:1 15:6 18:13 24:20
25:20 41:17
**we**
5:16 6:17 7:6,19 8:11
9:16 10:13 11:16,16
12:1,1 16:7,8,9,11
16:21,22,24 17:1,11
17:21,24 18:8,9
19:8 20:9,10 22:9
23:13,14,14,15 24:1
24:2,2,4,5,6,6,9,10
24:12,20 25:17,19
26:14 28:12,15,17
28:22,22,23 31:1,22
31:23 32:8,10,19
33:4 35:3,20,21

36:5 37:7,8 38:9,11
41:10,19 42:12,14
42:20,21,24,25 43:3
43:3,8,9,10,11,13
43:13,18 44:6,6,18
**website**
6:5 36:6 37:9 43:22
**websites**
16:10
**week**
5:21
**well**
14:3,25 20:3 30:5
33:10 37:14 43:2
**went**
7:14 16:6 28:2 33:4
38:20
**were**
4:10 8:11,19 10:10
10:11,12,14 11:13
12:1 14:10,14,19
16:6,13 17:2,4,11
17:21,24 18:17,20
19:1,1,5,6,8 23:2,21
25:15,17 29:20 31:1
31:23 32:10,24 33:3
34:2,8 37:4,17,23
39:2,12 40:3 43:21
45:6
**weren't**
17:10 18:10 26:23
41:3
**We'll**
6:24
**we're**
13:1,1 17:8 18:15
21:22 25:4 30:11,11
31:22 32:19,20 37:9
42:13,19,24 43:12
43:15
**we've**
5:15 18:12 28:5
42:20
**what**
10:8 12:23 14:14
16:2 18:18 24:2,15

24:16 25:11,25 26:6
28:15,17,18 29:9,16
32:19 34:8,16 35:19
39:18 41:11 42:1
44:11
**whatever**
8:5 13:19 15:24 23:3
33:9
**wheel**
33:4
**when**
4:24 13:1 14:2 21:11
23:14,17 28:22 34:7
34:23 36:21 38:6,11
40:21,22 41:7,11
42:16 43:3,13,20
**where**
5:17 21:22 28:10,20
30:20
**whereabouts**
31:4
**WHEREOF**
48:20
**WHEREUPON**
45:6
**whether**
32:16
**which**
6:17 14:13 19:5
28:13,14 39:12 40:2
**while**
7:17 11:1 32:4,19
36:17
**who**
16:19 22:20 25:10
27:3 32:20 36:11
38:7 39:20
**whole**
8:15 28:21 37:20
38:1 43:5 44:16
**whose**
37:24,24
**who's**
29:12
**why**
7:5 17:24,25 24:9

30:23 42:25 43:9
44:18
**will**
11:21 24:25 28:6
29:7
**wish**
46:5
**with**
4:21 5:23 6:9,24 7:6
7:7,12,22 13:10,12
13:19 14:8,11,15
16:14,16 18:4 19:3
19:6,25 20:1,3,6,7
20:12,13 21:12 22:3
22:17,21,23 23:1,25
24:3 25:14,18 26:19
28:16 32:24 33:4
34:12,13,18,24 36:7
36:17 37:17 38:6
40:23 41:24 42:16
43:6,7,14 44:7,10
44:22
**within**
2:6 45:6
**witness**
1:20 4:3 14:1 25:8
31:11 32:8 33:13
40:7 45:1 48:20
**witness's**
33:10
**Woosender**
1:10,17 14:22 15:7
15:11,15,18,20,22
21:22 22:6,10,17,21
22:23 23:1,5,7,17
23:25 24:10 25:18
25:24 26:5,20 28:7
28:11,14,19,20 29:3
29:13,14,16,22 30:3
30:12 33:23 36:17
38:7 40:23 41:18
**Woosender's**
29:6
**word**
19:18
**words**



36:11,13
**work**
5:20 7:22 8:4,4 16:11
22:17 26:12 27:25
37:11
**worked**
21:25 22:3,23 30:2
**working**
34:24 36:17 38:6
**would**
4:15 7:18,20,21 8:24
9:2,4,18 10:8,17,25
11:11,13,22 12:15
12:24 13:7,12,21,22
14:4,14,21,22 15:8
15:9,9 16:7,9,12,15
16:23,25 17:25
18:22 19:15 22:9
23:1,6 24:15,17
25:11 26:6,7,10,11
26:11,12,18,19,20
27:5,6,8,18 29:14
29:14 30:1,17,21
34:10 35:21 36:13
36:14,17,22 37:1,1
37:3,6,8,20 38:1,7,8
38:14,17,19,21 39:4
39:4,20 42:12 44:11
**wouldn't**
14:3 18:9 29:5
**write**
16:8
**Writing**
23:3
**wrong**
11:14

---
**X**
---
**X**
3:1

---
**Y**
---
**yeah**
6:24 7:25 8:6 9:5
11:19,20 15:4 16:5
17:1 18:7,12 19:17

19:22 20:12 25:20
26:2 27:9,10 28:2
28:16 29:6,19,21,25
30:6,21 32:19 33:18
34:20 35:16 37:19
42:9 43:25 44:13
**year**
34:11,18,22
**years**
32:14
**Yep**
4:17 5:6 15:23 21:7
44:18
**yes**
4:12,25 5:3,6,6,25
6:12 7:25 8:17 9:15
9:18,24 10:19,20,24
13:17 15:9,19 16:14
16:21 17:4,20 21:24
25:8 26:11 27:22
28:9 30:7,25 31:8
31:16 33:1 34:6
35:14 36:2,4,10,20
36:24 39:6,9,14,19
39:22 40:14,20
41:23 42:6 43:12
44:23 47:6
**yet**
6:19
**young**
42:10,17
**your**
4:17,18 5:1 13:20
21:3 24:14 25:20
26:12 28:21,21
29:11 33:8,9 37:3
40:23 41:11 44:13
44:21
**you'd**
33:7
**you're**
9:13 12:23 14:24
15:21 38:23
**you've**
6:1
**you-all**

43:23

---
**Z**
---
**Zing**
1:10 36:6 37:9 46:4
47:23
**zoom**
35:17

---
**$**
---
**$19**
44:2
**$200**
8:13
**$600**
8:14

---
**#**
---
**#301**
1:20

---
**0**
---
**02043**
1:16
**06/26/2025**
47:23

---
**1**
---
**1**
3:10 35:8,9
**1:24-cv-02286**
1:2
**1:41**
38:4
**1:42**
45:7
**10,000**
8:25 12:11,15 14:3
**12:47**
2:4
**14th**
48:21
**149**
44:4
**160**
36:22

**18th**
33:23
**19422**
1:18

---
**2**
---
**2**
35:8
**2020**
4:24
**2024**
33:23
**2025**
1:4 2:3 3:2 45:8 46:1
47:14 48:21,22
**21**
48:22
**23rd**
38:4
**2400**
1:15
**26**
1:4 2:3 3:2 46:1
**26th**
45:8
**29401**
1:21

---
**3**
---
**3**
1:20
**30**
9:9
**30(b)(1)**
2:8
**33**
3:5
**35**
3:10
**350**
1:15

---
**4**
---
**4**
3:4
**40**



  3:6
**48**
  46:5 48:13

**5**

**5**
  9:17
**50,000**
  9:3 12:12,17
**59**
  44:3

**7**

**720-927-8973**
  39:8

**9**

**930**
  1:18

