# Exhibit 4
# Deposition of Paul Cameron

Page 1

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Case No. 1:24-cv-02286

_____

REMOTE DEPOSITION OF PAUL CAMERON
June 26, 2025

_____

JAY CONNOR, individually and on behalf of all others
similarly situated,

Plaintiff,

v.

SERVICEQUIK INC. d/b/a ZING BUSINESS MANAGEMENT
SOFTWARE AND WOOSENDER, INC.,

Defendants.

_____

*** All appearances made via videoconference. ***


For the Plaintiff :      ANTHONY PARONICH, ESQ.
                         Paronich Law
                         350 Lincoln Street, Suite 2400
                         Hingham, MA 02043


For the Defendant        TIMOTHY M. KNOWLES, ESQ.
Woosender:               Warren McGraw & Knowles LLC
                         930 Lenmar Drive
                         Blue Bell, PA 19422

For the Defendant        DANIEL SUMMA, ESQ.
ServiceQUIK and          Summa Law Firm LLC
the witness:             3 Broad Street, #301
                         Charleston, SC 29401



ALSO PRESENT:  AMY BOURKE



Page 2

1    Remote Deposition of PAUL CAMERON, called
2 by the Plaintiff in the above-entitled matter on
3 Thursday, June 26, 2025, commencing at the hour of
4 11:35 a.m., at Denver, Colorado, before Theresa L.
5 Mendez, a Registered Professional Reporter and Notary
6 Public within and for the State of Colorado, said
7 deposition being taken pursuant to Fed. R. Civ. P.
8 30(b)(1).
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 3

1              I N D E X
2 EXAMINATION OF PAUL CAMERON:              PAGE
  June 26, 2025
3
4 Examination By Mr. Paronich              4
5 Examination By Mr. Knowles              44
6 Examination By Mr. Summa              47
7 Examination By Mr. Paronich              51
8 Examination By Mr. Summa              52
9
10              INITIAL
  EXHIBITS:      DESCRIPTION      REFERENCE
11
12 None marked.
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 4

1           P R O C E E D I N G S
2              PAUL CAMERON,
3 the Witness having been first duly sworn, was
4 examined and testified on his oath as follows:
5              EXAMINATION
6 BY MR. PARONICH:
7    Q.   All right.  Well, Mr. Cameron, I introduced
8 myself off the record, but my name is Anthony
9 Paronich.  I'm one of the attorneys for the plaintiff
10 in this action.  And thank you for joining us today
11 and making yourself available.
12         Have you ever had your deposition taken
13 before?
14    A.   No.
15    Q.   Okay.  So I'm sure your attorney prepared
16 you, but I'll go over some of the ground rules.
17      MR. PARONICH:  Tim and Daniel, just as we
18 get started here, I assume we're fine stipulating to
19 reserving all substantive objections other than those
20 as to form for the depositions?
21      MR. KNOWLES:  That works for me.
22      MR. SUMMA:  Yes.
23      MR. PARONICH:  Okay.  Right.  Well, thank
24 you.
25

Page 5

1    Q.   (BY MR. PARONICH)  And so, Mr. Cameron,
2 the -- I want to give you an abridged version of the
3 ground rules here that'll help us get through this as
4 quickly and efficiently as possible.  So Ms. Mendez
5 is taking down everything we say.  I always use the
6 analogy of a book.  She's creating a transcript of
7 the deposition, and so we just kind of have to be
8 mindful of that.  And one of the things is that we're
9 going to try our best -- and you've done a great job
10 so far -- of not speaking over one another.  Because
11 if you think about trying to create a book, and
12 you're talking over one another, it'll just be
13 confusing.
14         Does that make sense?
15    A.   Yes.
16    Q.   Okay.  And also, it's very typical in
17 conversation to give nonverbal responses, headshakes,
18 thumbs up.  You know, that's just how humans treat
19 each other.  But annoyingly, it doesn't work in a
20 deposition.  So if you can try your best to give
21 verbal responses, that would be appreciated as well.
22         Does that also make sense?
23    A.   Sure.  Yes.
24    Q.   It's -- you know, sometimes we use
25 technical terms in the deposition or sometimes I



Page 6

```
1   speak too fast.  So if you don't understand something
2   or it wasn't clear, that's never a problem to tell me
3   that because I'll try and do my best to rephrase it,
4   or I will try to speak slower.  And there's no
5   penalty for saying that.  But if you don't say
6   anything, you know, again, you're thinking about this
7   book, it's hard at a later time to say you didn't
8   understand what I was saying unless he voiced that.
9          Does that -- does that also make sense?
10  A.  Sure.  Yes.
11  Q.  Okay.  Great.  Just as we just covered,
12  your attorney, and Mr. Knowles, potentially, as well,
13  may object from time to time.  That's part of the
14  process.  One of the few ways that today isn't like a
15  formal court setting is -- and excuse my delay here.
16  I'm just going to close my e-mail so you don't have
17  to listen to that all the time.
18         So one of the ways that this isn't like a
19  formal court setting there's no judge here to
20  decide our disputes.  So your attorney may make form
21  objections, but there's no judge here to rule on
22  those.  So how we address that is even if the
23  attorneys object, you still answer my question if you
24  understand it.
25         Does that also make sense?
```

Page 7

```
1   A.  Yes.
2   Q.  There's a small caveat with that, which is
3   if the deposition gets to a point where my question
4   makes it seem like responsive information could
5   include attorney-client privilege, you don't want to
6   answer that, and your client will -- I'm sorry, your
7   counsel will likely instruct you as much, but I think
8   it's also helpful to start the deposition by giving
9   you a general instruction that there's not going to
10  be any questions today that I ask you -- and I'll try
11  to caveat them best I can -- that are intended to
12  reveal any communications that you've had with your
13  attorney because the law protects those.
14         Do you also understand that?
15  A.  Yes.
16  Q.  Okay.  And with that, we'll get started.
17  So you understand that you're under oath today?
18  A.  Yes.
19  Q.  And it's the same oath that you would take
20  in a court of law?
21  A.  Yes.
22  Q.  Okay.  And is there any -- you know, any
23  situation or circumstance that you could think of
24  that would prevent you from testifying truthfully
25  today?
```

Page 8

```
1   A.  No.
2   Q.  Okay.  Again, conversations you've had with
3   your attorney are private, so I don't want to know
4   those, but besides any conversations with your
5   attorney, what did you do to prepare for the
6   deposition today?
7   A.  I spoke with my chief operating officer.
8   Q.  And is that Ms. Bourke?
9   A.  Yes, that's correct.
10  Q.  Okay.  And am I pronouncing that correctly?
11  A.  Yes.
12  Q.  Okay.  Thank you.  And so did you have
13  those discussions in the presence of your attorney or
14  outside the presence of your attorney?
15  A.  Outside and in the presence.
16  Q.  Okay.  So then my question only relates to
17  the conversations outside the presence of your
18  attorney.  What did you discuss?
19  A.  We -- neither of us have done this before,
20  so we're trying to work out how it -- how it happens
21  and what we do.
22  Q.  Okay.  Fair point.  I guess, then, a better
23  question I could have asked is:  Did you have any
24  substantive discussions about the merits of the case
25  during those conversations?
```

Page 9

```
1   A.  We just talked about what our business --
2   how our business operates and the businesses that we
3   contact, of which this was one of them, who are
4   available to be contacted.  They want other
5   businesses to contact them to buy their services,
6   usually.
7   Q.  And so you discussed kind of how your
8   marketing efforts work generally.  Is that a fair
9   characterization?
10  A.  We always -- pretty well every day, we talk
11  about our marketing.
12  Q.  Fair enough.  But you also talked about it
13  in the context of this lawsuit in this deposition?
14  A.  Yes.  Not a lot, but it's come up, yes.
15  Q.  Okay.  Other than -- or actually, let me
16  strike that.
17         To prepare for today, did you review any
18  documents?
19  A.  No.  I don't know where I'd find any
20  documents, actually.  Let me think.  Oh, I read the
21  FCC Act.
22  Q.  Okay.  When you say the "FCC Act," is it
23  possible you're referring to the Telephone Consumer
24  Protection Act?
25  A.  Yes.
```



Page 10

1    Q.   Okay.  And so sometimes -- and it's fair to
2  ask that clarifying question about you don't know
3  where you'd see any documents.  So let me give you a
4  little context.
5        Sometimes, but not always, in preparation
6  for the deposition, the -- a deponent will review
7  discovery responses.
8        Do you know what discovery responses are?
9    A.   Yes, but I wasn't involved in providing
10  those.  Amy was providing those.
11    Q.   Okay.  So, Mr. Cameron, what is your
12  current role at ServiceQUIK?
13    A.   Chief executive officer.
14    Q.   Has that always been your role at
15  ServiceQUIK?
16    A.   Yes.
17    Q.   Did you start the company?
18    A.   Yes, with Amy Bourke.
19    Q.   Okay.  And does anyone besides you and
20  Ms. Bourke own the company?
21    A.   Yes.  We have 72 investors.
22    Q.   72?
23    A.   72.
24    Q.   Okay.
25    A.   All private, no institutional.

Page 11

1    Q.   And your expertise far surpasses mine in
2  this area.  So when you say "all private," does that
3  mean individuals and no companies?
4    A.   That's correct -- well, some of them invest
5  through their superannuation fund, but they're all
6  family and friends.
7    Q.   Understood.  Okay.
8        (Court reporter asked for clarification.)
9        THE WITNESS:  It's an Australian term,
10  superannuation.  It's like a 401(k).
11        (Court reporter asked the parties to slow
12  down.)
13        THE WITNESS:  Sure.
14    Q.   (BY MR. PARONICH)  Yeah.  And I will
15  endeavor to slow down a little bit as well,
16  Mr. Cameron.  I appreciate your responses.  They've
17  been clear and concise to me, but I do talk quick, so
18  I'll try to slow down.
19        So when ServiceQUIK -- let me strike that.
20        When did ServiceQUIK begin?
21    A.   It began -- it was registered in Singapore
22  in late 2018, and then we registered the U.S.
23  subsidiary in 2020.
24    Q.   Was there a business reason to have the
25  company registered in Singapore?

Page 12

1    A.   That's where we were living at the time.
2    Q.   Okay.  And then why was it then
3  subsequently registered in the U.S.?
4    A.   We quickly revealed that the market for our
5  product that we built was best suited to the United
6  States market.
7    Q.   Does -- since 2020, has ServiceQUIK only
8  marketed to the U.S.?
9    A.   Yes.
10    Q.   Okay.  And so I think that's a good segue,
11  too.  If you wouldn't mind, in your own words, giving
12  me an overview of the services that your company
13  offers.
14    A.   Yes, it -- we have a core brand, which is
15  called Zing Business Management Software, and that
16  product we built ourselves.  And it's designed to
17  assist businesses -- usually, small businesses -- to
18  digitize themselves, make them available across the
19  Internet and to sell their services more effectively.
20  We do that through things like a website, business
21  e-mail, online bookings, invoicing, digital forms,
22  marketing, and anything else that we can do to assist
23  them in becoming a better-performing business.
24    Q.   Understood.  So is -- does your company
25  offer kind of a menu option of services or is it a

Page 13

1  single portfolio where all those things you mentioned
2  are included?
3    A.   No, it's a menu, because all small businesses
4  don't really know the problem they need to solve just
5  yet.  So we usually start by getting them a beautiful
6  website.  We do it for them and build it for them and
7  then help them understand how best to get found and
8  how to market.
9        And if they are a services business, how to
10  take online books and to manage their compliance
11  through digital forms and things like that.  So we
12  assist them, but we don't try and sell them the whole
13  lot in one package.  It's too complex and confusing.
14    Q.   That makes sense.
15        How does ServiceQUIK get compensated for
16  its services?
17    A.   We don't have contracts with our customers,
18  we just have a monthly subscription.  So it's through
19  a credit card, and each month, the credit card is
20  charged.  Any customer can cancel at any time they
21  like, and they can be immediately canceled.
22    Q.   Got it.  And if they don't cancel, is it an
23  auto-renewal process?
24    A.   Yes.  Yep.
25    Q.   Okay.  And they're billed for the menu



Page 14

1  options they've selected for the services?
2      A.  Yes.  And they're able to get support and
3  assistance and telephone calls and Zoom calls,
4  anything they need.
5      Q.  Is that billed separately or part of the
6  service?
7      A.  Part of the service.
8      Q.  Okay.  How many employees does ServiceQUIK
9  currently have?
10     A.  I think it's 15.
11     Q.  Yeah.  And I appreciate your best attempt
12  at a guess, and I -- a better set of instructions I
13  could have given you is that, you know, it's not your
14  obligation to know what you don't know.  And so if
15  you don't know something and you're making a
16  good-faith estimate, that's typically the standard.
17  But I appreciate you letting us know that, just
18  because I won't -- we won't be holding you to any
19  sort of memory test.
20         Does that make sense?
21     A.  Yes.  I would look at our payroll to know
22  accurately the number, but it's either 13, 14, 15.
23  Somewhere in there.
24     Q.  Right.  So, fair to say likely less than
25  20, but more than ten?

Page 15

1      A.  Yes.
2      Q.  Okay.  And in order to market its services,
3  does ServiceQUIK use telemarketing?
4      A.  What do you mean by "telemarketing"?
5      Q.  Sure.  I would be happy to ask.
6      MR. PARONICH:  And, Daniel, I don't mind at
7  all, but I just want to make sure.  Okay.
8      Q.  (BY MR. PARONICH)  I just wanted to make
9  sure your attorney was there.
10     And so outbound telephone calls, does
11  ServiceQUIK use that to try to sign up new customers?
12     A.  We don't -- we contact -- we get our leads
13  through Google Business Profile, so only businesses.
14  And we will either SMS them or e-mail them.  And if
15  they give a positive response, we'll move that across
16  to an appointment with our sales advisor, who will
17  then contact them and talk them through if they would
18  like to know more about our product.
19     Q.  Understood.  And when you say, "SMS," you
20  mean you send text messages?
21     A.  Texts, yes.
22     Q.  Okay.  And -- but there's never any
23  individual on the phone-telephone calls until the
24  appointment is set; is that correct?
25     A.  That's correct.  The salespeople get a list

Page 16

1  of interested people, and then they'll try and
2  contact them.  Of course, many people don't answer
3  the phone because we're talking with businesses and
4  they're all busy.  And then when they do, they will
5  set up an appointment.
6      Q.  Understood.  Has ServiceQUIK -- since 2020,
7  has it always used the telemarketing texts to try to
8  generate business?
9      A.  E-mail as well.  E-mail and text.  We
10  always determine that it is a cell phone, and, yeah,
11  that's the way.  We don't do straight-out cold
12  calling.
13     Q.  How do you determine that it's a cell
14  phone?
15     A.  We run it through a validator.  It's just
16  an open source tool.  It's available on the Internet
17  and it determines if it's a cell phone.
18     Q.  Do you use the New Star database or it's a
19  different tool?
20     A.  I really don't know.  I have to ask the
21  team.
22     Q.  Fair enough.  Do you -- if you had to ask
23  someone on the team that question, do you have a
24  specific person in mind as to who you would ask?
25     A.  Probably one of our marketing girls.

Page 17

1      Q.  Okay.  Is there an individual who's the
2  head of the marketing girls?
3      A.  I'm not sure whether Amy would know, but
4  she may.  But maybe in her questions, you could ask
5  her.
6      Q.  Fair enough.  I'll try to remember to do
7  that.
8      A.  I'm sorry.  I'm not trying to be evasive,
9  we just have lots of tools, and we test tools, and if
10  they don't work, we'll change it to something
11  different.  But I'm not across every tool that we
12  use, unfortunately.
13     Q.  I understand.  And I didn't find your
14  answer evasive, but thank you.
15         So to send the -- and I think you answered
16  it, but I just wanted to make sure I have a clear
17  answer to my intended question, which is:  I
18  understand there are e-mails as well, but is it
19  accurate that since 2020 the SMS's have been used
20  regularly?
21     A.  Yes, both.  Not all businesses will have an
22  e-mail address to use.  It may have a phone number.
23  It's obviously up to the business as to how they want
24  to be contacted.  Some don't want to be marketed.
25     Q.  Got it.  So you said that you use a

MAGNA

1  validation tool to make sure you're texting a cell
2  phone, correct?
3      A.  Yes.
4      Q.  Okay.  So then, is there also a validation
5  tool to make sure that the phone number being reached
6  is actually currently assigned to a business?
7      A.  We only garner phone numbers from Google
8  Business Profiles (sic).  So the number has already
9  been validated by Google that the business is a
10  bricks and mortar.  They go through quite a rigorous
11  test before you can get a Google Business Profile,
12  and that's the only ones that we go for.
13      Q.  And so do you buy those telephone numbers
14  directly from Google?
15      A.  No.  We have a partner who helps us to
16  gather those.  They're all publicly available across
17  the Internet, but to manually do it, it's quite --
18  would be very labor intensive.
19      Q.  Right.  So there's a -- an individual that
20  you work with that scrapes that data and sells it to
21  you?
22      A.  Yes.
23      Q.  Okay.  And is there just, then, one
24  individual that you've worked with since 2020 to
25  provide that data or multiple?

1      A.  I think only one.  And we didn't really
2  start doing it until probably 2022 or 2023.
3      Q.  Okay.  That makes sense.  So since 2020,
4  but before 2022, how did you get the data?
5      A.  We were still building the platform at that
6  point.  We'd incorporated the business and subsidiary
7  in the U.S., but we were still building the software
8  and testing it.  And then we were trying to identify
9  an appropriate sales partner in the United
10  States, which we did find, and that was in 2022.
11      Q.  Okay.  So I think I probably made an
12  assumption or misunderstood.  So even though the
13  business was operational from 2020 to 2022, it was
14  not using the SMS text messages until 2022?  Or am I
15  still misunderstanding?
16      A.  That's about correct.
17      Q.  Okay.
18      A.  Marketing is very expensive, so we spent
19  some time, even through most of 2023, working out a
20  cost-effective way to market our product.
21      Q.  And I think -- and I don't want to misuse
22  your terms, especially since they're your business's
23  terms, but did you say you found a sales partner?
24  Did I say that correctly?
25      A.  Yes.

1      Q.  And so in this context, what's a sales
2  partner?
3      A.  Someone who gives us leads.  So they --
4  they're already communicating with businesses, and
5  then they would give us a lead.  And if we're able to
6  convert that lead, we would give them a commission.
7      Q.  I see.  So that one person that you believe
8  you've used since 2022, they're paid based on a
9  commission?
10      A.  No.  Oh, sorry.  That sales channel.
11  Sorry.  Is that what you mean?
12      Q.  Yeah.  Well -- and I can try to ask a
13  clearer question because I just might be
14  misunderstanding.
15          So do you have an individual that you've
16  used since 2022 who scrapes the data and provides
17  telephone numbers that they intend to be assigned to
18  businesses?
19          Did I get that part right?
20      A.  We didn't engage him till, I think, later
21  in 2023.
22      Q.  Okay.
23      A.  We were testing tools, of which Woosender
24  was one of them.  And so we were kind of feeling our
25  way around a little bit.

1      Q.  Understood.  So then, just for now, I want
2  to make sure I understand.  That person you may have
3  only started using in 2023 that mine the data, how
4  are they paid?
5      A.  By how many business leads they provide us.
6      Q.  So not a commission, correct?
7      A.  No.
8      Q.  Who was paid a commission?
9      A.  We were working with the sales partner here
10  in Colorado, and when they would give us a lead, we
11  would give them a trailing commission, a percentage
12  of the revenue that we got from that lead they gave
13  us.
14          We're no longer working with them, mainly
15  because the leads they were providing us were not
16  really best suited to our product.
17      Q.  Got it.  And when you say "leads," did
18  ServiceQUIK then end up sending SMS messages to those
19  leads or did they try to close them in a different
20  way?
21      A.  No.  What they -- what the sales partner
22  would do is speak to the business and say, Would you
23  like Zing to call you?  And if the business said, Yes
24  we'd love them to call us, then we would go and call
25  them.

Page 22

1    Q.   Got it.  And what's that name of that
2    company in Colorado that you no longer work with?
3        A.  Clear Connect.
4            (Court reporter asked for clarification.)
5        THE WITNESS:  Clear Connect.
6        Q.  (BY MR. PARONICH)  Okay.  So, Mr. Cameron,
7    are you ready to continue?
8        A.  Yes.
9        Q.  Okay.  And so -- okay.  Well, thank you for
10   explaining Clear Connect's role to me.
11           And so are -- is that the only lead
12   provider that your company has used that was paid on
13   a commission basis?
14       A.  From as far as my memory serves me, I think
15   so.  We've had others offering us to sell us leads
16   and we've declined.  But I think that was the only
17   one.
18       Q.  Got it.  And so we were talking earlier
19   about the validation process to make sure that your
20   company is trying to reach a business.  And if I
21   understood your testimony, it was that the individual
22   that sells you the data, their directive is to only
23   provide business data.
24           Do I have that correct?
25       A.  Can I clarify that?

Page 23

1        Q.  Of course.  That's what I'm trying to get.
2        A.  Only to provide leads from Google Business
3    Profile, only.
4        Q.  Yep.  That was going to be my second
5    question.  So there's a subset of types of business
6    leads, and that's Google Business Profile, correct?
7        A.  That's correct.  And they are only
8    businesses.
9        Q.  Okay.  And so then, my question is:  Once
10   ServiceQUIK obtains those telephone numbers, does it
11   do anything or use any database to try to confirm
12   that those are currently assigned to businesses?
13       A.  Well, the first checkpoint was they are
14   definitely assigned to a business, because it comes
15   off a Google Business Profile, which is publicly
16   accessible.  And then the second point is, we would
17   just make sure that it was a cell phone number.
18       Q.  Yeah.  I understand there's the validation
19   process for the cell phone number.  But my question
20   relating to the business nature of the phone was a
21   little different, because I understand that the
22   directive from the individual selling you the data is
23   to only get the Google Business Profile.
24           However, sometimes telephone numbers that
25   were formerly assigned to businesses are no longer.

Page 24

1    So my question, then, is:  Is there any process
2    that's used to attempt to verify that the number is
3    currently assigned to a business?
4        A.  He would not be able to get that number if
5    it wasn't already assigned to a business.
6        Q.  If it hadn't previously been assigned to a
7    business, correct?
8        A.  On the day that he scrapes the data, that
9    number is valid as a business telephone number on a
10   Google Business Profile.  It's not historical.
11       Q.  Okay.  And do you have any personal
12   knowledge as to the lag time between when a telephone
13   number is scraped from the data provider and provided
14   to you -- to your company?  Excuse me.
15       A.  I don't know exactly, but it's usually
16   fairly recent, within the week.
17       Q.  And how do you know that it's fairly
18   recent, within the week?  Have you had any kind of
19   testing performed on the data to verify that with
20   Google business?
21       A.  Well, he runs the scrape actively against
22   Google business profiles, and that -- that's real
23   time.  If the businesses is not active, he would
24   receive no data.  If the phone number wasn't there,
25   he wouldn't receive a phone number.

Page 25

1        Q.  And so what kind of personal knowledge do
2    you have about the validation process that Google
3    Businesses (sic) uses for the telephone number, if
4    any?
5        A.  We, ourselves, went through a very arduous
6    process to get ourselves a business profile.  Google
7    uses various methods:  Sending a postcard in the mail
8    with a code on it, asking you to take a video of your
9    office and the people in your office, they -- you
10   don't know which one they're going to hit you with.
11           And then we also advise our own customers
12   when they're setting up a business profile with
13   Google that they will be asked some of these
14   questions and that they have to comply with them to
15   ensure that they are a valid and operating business.
16       Q.  Understood.  And so that makes sense in
17   terms of confirming that the telephone number was
18   assigned to a business and is currently, but then
19   you'd agree with me sometimes businesses close,
20   correct?
21       A.  Yes.
22       Q.  Sure.  And so do you have any personal
23   knowledge of the process that Google implements to
24   remove a telephone number when a business is closed?
25       A.  No.  It's up to the individual to contact



Page 26

1  Google because it's that they own the profile. They
2  can log in and edit it, remove numbers, change
3  numbers. It's not a difficult process to do that,
4  but it's up to the individual business to do that.
5       Q.  Okay. And I think our research confirms
6  that. So I just want to make sure that we're on the
7  same page. So that your -- as to your understanding.
8       So that your understanding is that when a
9  business closes, it's that closing business's
10 responsibility to contact Google to remove the
11 telephone number, correct?
12      A.  Yes. I think it would become annoying if
13 people were calling the business or e-mailing and
14 they were no longer operating. It would be their
15 responsibility to have the profile removed.
16      Q.  I agree. And I guess, the question then,
17 is: You don't have any personal knowledge of Google
18 taking any steps to update and remove a business
19 number for a business that's closed and simply let go
20 of the telephone number?
21      A.  No. Google wouldn't know that the business
22 has closed. As you know, Google is a very large
23 organization. So they would put the onus back on the
24 business to contact them or even just log in
25 themselves and disable the profile.

Page 27

1       Q.  Right. And I think we agree that a
2  business does have the capability to log in itself
3  and disable the profile, correct?
4       A.  Yes.
5       Q.  But if a business doesn't do that, then
6  Google isn't going to take any steps to remove the
7  profile.
8       Do we also agree on that?
9       A.  Yes.
10      Q.  So then, is there a agreement -- I think I
11 have the name, so excuse me. I'll withdraw that.
12      The individual that your company has worked
13 with to mine the data, is that Dara Komarac?
14      A.  Yes.
15      Q.  Okay.
16      MR. PARONICH:  And Ms. Mendez, that first
17 name is D-A-R-A. The last name is, I think,
18 K-O-M-A-R-A-C.
19      You're welcome.
20      Q.  (BY MR. PARONICH)  And so -- and I should
21 know. Do you know if that individual is a male or a
22 female?
23      A.  I think it's a male, but I can't be a
24 hundred percent sure.
25      Q.  How about, if you're okay with it, I will

Page 28

1  refer to the individual as Dara. And please don't
2  penalize me for being informal.
3       Fair enough?
4       A.  No. We deal with a lot of offshore people,
5  and their names are very confusing quite often.
6       Q.  Yes. No. And as a -- as someone who does
7  a lot of these types of cases, I also do. So I
8  completely understand what you're saying.
9       So for Dara, how did your company first
10 meet Dara?
11      A.  You'll -- I'll have to revert that to Amy.
12 She's --
13      Q.  Okay.
14      A.  She's responsible for that activity.
15      Q.  And I will. And let me -- I'm just going
16 to try to be as efficient as I can.
17      Do you personally, as part of your business
18 responsibilities, have any interactions with Dara, or
19 do you think any question I have relating to Dara is
20 probably better targeted to Ms. Bourke?
21      A.  No. We're a business where we have people
22 looking after different functions, and it's their
23 responsibility to manage that.
24      Q.  Very well. Does -- what I will ask,
25 though, is: Is Dara one of those 72 investors that

Page 29

1  ServiceQUIK has in the company?
2       A.  No.
3       Q.  And for those investors, are they one-time
4  investments? Are they continuing investments? Is
5  there a more complicated structure?
6       A.  No. Some have invested two or three times.
7  My daughter invested a thousand dollars. Little ones
8  like that. Someone's mother put in a thousand
9  dollars.
10      Q.  I see. And so does ServiceQUIK have, you
11 know, kind of stated or specific goals on investment,
12 or as a business, is it constantly just trying to
13 acquire new investors?
14      A.  No. We have -- like any business, our job
15 is to grow the business so that its valuation
16 increases and, therefore, those investors, when they
17 invested, they will get a return on their investment
18 at some time in the future.
19      Q.  And is there a -- I mean, it's an informal
20 term, so apologies. But is there a document or like
21 a pitch deck that ServiceQUIK sends to investors, or
22 is it more of a informal type of presentation?
23      A.  No. We have decks that we share with them
24 to talk about the company.
25      Q.  And do those decks talk about the marketing



Page 30

1  efforts of ServiceQUIK?
2      A.   Yes.  It talks about what our target market
3  is, which is very much around businesses.  We
4  certainly emphasize that we are not a consumer
5  organization.
6          To help them understand what's the size of
7  the market and the opportunity they have, we always
8  tell them that this is a risk.  If we're not
9  successful, they will, unfortunately, lose their
10  investment.  I don't believe that will happen.  It's
11  my responsibility to ensure that that does not occur.
12  But yes, we talk about the types of businesses that
13  we're dealing with and the problem that we're trying
14  to solve.
15     Q.   Understood.  Is there a current valuation
16  as part of those decks or is that more of a fluid
17  process?
18     A.   It is relatively fluid.  We haven't had the
19  business valued.  Because a lot of our investors are
20  not mature.  They didn't like the idea of a
21  convertible note, so we put a valuation -- a nominal
22  valuation of around 20 million on the business.
23  Everybody agreed that that was fine.  We explained
24  that that valuation does not get realized until we
25  liquidate the business or create a liquidity event,

Page 31

1  so it's a nominal figure.
2      Q.   Understood -- well, I guess, I shouldn't
3  have said "understood," because just the very end
4  confused me a little bit.
5          When you say "nominal figure," can you
6  explain to me what you mean in this context?
7      A.   We chose a number based on our current
8  revenue and more so the opportunity in the market,
9  and so we didn't want to go in ridiculous and silly.
10     Q.   Okay.  Thank you for that explanation.
11         Was that a valuation that the corporate
12  participants or, you know, the C-suite individuals
13  came up with, or was there a third-party company
14  involved?
15     A.   No, we did it ourselves because we were
16  only a small company, and to grow a company, you need
17  investment before we're actually generating revenue.
18     Q.   And is there any imminent plans for any of
19  those liquidity events?
20     A.   Potentially, in maybe four to five years
21  time, there could be.
22     Q.   Okay.  Thank you.
23         And so I think you're familiar,
24  Mr. Cameron, that this lawsuit relates to alleged
25  violations of the Telephone Consumer Protection Act

Page 32

1  and the South Carolina Telephone -- similar South
2  Carolina Telephone Privacy Act; is that right?
3      A.   Yes.
4      Q.   Okay.  So I will do my best to ask
5  questions and just use the term "TCPA."  And will you
6  understand that I mean Telephone Consumer Protection
7  Act when I say that?
8      A.   Yes.
9      Q.   Do you know if ServiceQUIK has any written
10  policies regarding attempts to comply with the TCPA?
11     A.   Not specifically the TCPA because we do not
12  and never attempt to contact a consumer.
13     Q.   And I understand that the attempt is not to
14  contact a consumer.  I guess my question is just a
15  little different -- and my apologies if you answered
16  it, which is:  I do -- while I understand your
17  company's intent, I just want to make clear that your
18  company -- they either do have a written policy for
19  TCPA compliance or they don't.  And so do you know?
20     A.   Not to my knowledge, specifically.  And
21  only because we only deal with businesses, so it was
22  never really on our radar.
23     Q.   Understood.  Since this lawsuit has been
24  created, has your company developed any written
25  policies for complying with the TCPA?

Page 33

1      A.   I don't believe so, because our sales
2  spoke -- when we -- when they first come on board and
3  they're educated about our product, we educate them
4  that it is a business-only product, nothing to do
5  with consumers.
6      Q.   And so even if you're contacting
7  businesses, right -- let's take intent out of it.  So
8  you are actually contacting businesses.  Sometimes
9  those businesses will make a request to no longer be
10  contacted, I imagine; is that correct?
11     A.   Yes.
12     Q.   And so does ServiceQUIK have a written
13  policy in terms of how to address those requests?
14     A.   They automatically get opted out.  So if
15  they unsubscribe from an e-mail, they'll be opted
16  out.  The same with the text.
17     Q.   And is that something -- is that a
18  document -- that list of automatic opt-ins, is that
19  something that ServiceQUIK maintains or is that the
20  platform provider that maintains that?
21     A.   It's the way we configured the platform.
22     Q.   I think I understand.  So does that mean
23  that ServiceQUIK actually receives those numbers
24  itself?
25     A.   It receives a response back asking to opt



Page 34

1  out and not to be contacted, and they're removed from
2  any marketing list in our tools.
3      Q.  Got it.  So then I didn't ask a very good
4  question.  What I intended to learn was, through
5  either searching the tools or other interaction with
6  the CRM, is ServiceQUIK able to export a list of
7  telephone numbers that have previously asked to not
8  be contacted?
9      A.  I cannot give you a hundred percent, but I
10 would imagine yes.  You might want to ask Amy that.
11     Q.  I will.  Or I'll try to remember to do
12 that.
13     A.  I know in our own tool that we give to
14 customers, and if someone opts out, we can certainly
15 export that list.  We know exactly who's opted out.
16     Q.  Okay.  The text messages that are sent,
17 who's in charge of the logistics of facilitating
18 those text messages?
19     A.  Our chief operating officer, Amy Bourke.
20     Q.  Do you have any personal participation in
21 that process?
22     A.  I'd like to think not.  I'm pretty busy.
23     Q.  I imagine so.  Okay.  Well, there's a
24 series of questions I can skip.
25     MR. KNOWLES:  Sorry.  Something cut out.

Page 35

1  Sorry.  I apologize.  Something cut out.  You said
2  your -- did you say it was the chief operating
3  officer?
4      THE WITNESS:  That's correct.
5      MR. PARONICH:  Yeah.  I think he was
6  referring to Ms. Bourke.
7      MR. KNOWLES:  Sorry.  I missed that.  Thanks.
8      Q.  (BY MR. PARONICH)  And so then,
9  Mr. Cameron, are you familiar with a company called
10 Fiverr, and F-I-V-E-R (sic).
11     A.  Yes.
12     Q.  Okay.  And can you explain to me any
13 relationship that your company has with Fiverr as it
14 relates to its business services?
15     A.  Yes.  We use numerous of these types of
16 companies.  They are a market for talent that we can
17 use on an ad hoc basis.  Another one is Upwork.  And
18 Fiverr is just the same.  They -- Fiverr is good for
19 the different skill sets, and the other one's for
20 various skill sets.  I do not wish to employ people
21 that are only going to do a certain piece of work for
22 us.  So it's -- they're a good opportunity to take
23 project type of work.
24     Q.  Understood.  With respect to Fiverr, do you
25 have any personal knowledge of any role that any

Page 36

1  talent matched through Fiverr would have had in the
2  SMS program ServiceQUIK employs?
3      A.  I think Dara was through Fiverr.  But
4  specifically on the SMS, no.  I don't think so.
5  Mainly design resources we get from Fiverr.
6      Q.  Okay.  And is Ms. Bourke also -- is that
7  part of her responsibilities --
8      A.  Yes.
9      Q.  Is kind of managing any talent that comes
10 from Fiverr?
11     A.  Yes.  So she would always share with me
12 that we've hired somebody for a particular role, and
13 I would, of course, ask, What's the cost?  How long?
14 What are they doing?  Make sure it was -- it was
15 meeting our requirements.
16     Q.  Okay.  And then, so are you familiar with a
17 company called Woosender?
18     A.  Yes.  That was a business that was brought
19 to us in 2023, I believe.  We did some testing with
20 them, and I think we went live in maybe Q3 or Q4 of
21 2023.
22     Q.  How -- do you recall how the business was
23 brought to you?
24     A.  I think our chief revenue officer
25 identified them.  He had been searching various

Page 37

1  companies, and he made a recommendation for us to
2  work with Woosender.
3      Q.  And could you -- would you mind telling me
4  the chief revenue officer's name, please?
5      A.  Yes.  Ryan Cunningham.
6      Q.  Okay.  And is that spelled phonetically, in
7  my head, with two Ns, C-U-N-N-I-N-G-H-A-M?
8      A.  Yes.
9      Q.  So then, were -- Mr. Cameron, were you
10 personally involved in any of the process to vet
11 using Woosender as a tool for your company's
12 business?
13     A.  No.  I took the recommendation of Ryan.  We
14 reviewed what other tools he had been looking at, and
15 he shared with me his recommendation to use
16 Woosender, and I agreed and approved it.
17     Q.  Do you have any personal knowledge as to
18 how ServiceQUIK logistically utilized Woosender?
19 Kind of the step-to-step that happened?
20     A.  No.  I would be delving into other people's
21 roles if I did.  All I was interested in:  Is this an
22 effective -- a cost-effective and efficient way of
23 getting our product out there?
24     Q.  And did you find it to be an efficient and
25 cost-effective way of getting your product out there?



1    A.   Yes, at the time.  It started to get quite
2 expensive for us, and so we had to look at
3 alternatives.  Mainly because if the business failed,
4 it was going to get very, very expensive.
5    Q.   Okay.  So I think I know the answer, but
6 does your company currently use Woosender?
7    A.   No.
8    Q.   And was the only reason that -- or let me
9 strike that.
10        Was there a specific reason why your
11 company stopped using Woosender?
12    A.   Just the cost.  We're only a small
13 business, so we have to keep a very, very close eye
14 on costs.
15    Q.   And no -- there were no issues regarding
16 Servicequik's utilization of Woosender that caused it
17 to stop, other than cost?
18    A.   No.  It's a wonderful tool, actually.
19 Credit to the company that built it.
20    Q.   And does ServiceQUIK, did they use a
21 replacement tool after Woosender?
22    A.   Yes.  We used a multitude of tools instead
23 of -- Woosender is all in one, so we broke it up into
24 pieces.
25    Q.   Okay.  Understand.  Can you explain to me

1 the different aspects of the all-in-one that
2 ServiceQUIK used and then what companies they used to
3 replace those aspects?
4    A.   You may need to check with Amy as to the
5 companies.  I know we use a company called
6 MessageBird, but we kind of moved a lot of the
7 functionality back into our CRM, which is HubSpot.
8 It just makes it easier for the team to operate.
9    Q.   What -- do you know the telephony company
10 that's used through HubSpot to send any messages --
11 SMS messages?  Excuse me.
12    A.   Yes.  It's Haymarket.
13    Q.   Okay.  Do you recall, after Woosender and
14 other than MessageBird and the CRM, if there were any
15 other texting platforms used?
16    A.   Not that I'm aware of.
17    Q.   HubSpot was the CRM?
18    A.   And still is.
19    Q.   And that was my question.  Has it been that
20 way since the SMS started in 2022?
21    A.   Yes.  Prior to when we were doing SMS's, we
22 were using a different platform called Engage Bay.
23 But it didn't meet our requirements, so we moved over
24 to HubSpot.
25    Q.   Okay.  And does ServiceQUIK still send the

1 SMS messages today?
2    A.   As far as I know, yes.
3    Q.   And has ServiceQUIK ever subscribed to the
4 National Do Not Call Registry?
5    A.   I don't know the answer to that.
6    Q.   Has -- before this one, and the case in
7 South Carolina, which for our purposes, I'll just
8 call "related," other than those two suits, has
9 ServiceQUIK ever been involved in a lawsuit related
10 to its marketing efforts?
11    A.   No.
12    Q.   Has ServiceQUIK ever been involved in a
13 lawsuit of any kind other than this one?
14    A.   No.
15    Q.   Has ServiceQUIK -- and so I -- I'm sure, as
16 a businessman, you understand that sometimes
17 businesses have disputes and they resolve those
18 disputes prior to litigation.  Does that make sense?
19    A.   Yes.
20    Q.   Okay.  Has ServiceQUIK ever resolved, prior
21 to litigation, any type of complaint related to its
22 marketing efforts?
23    A.   Not to its marketing.  Usually, due to our
24 product, some customers are dissatisfied or they're
25 disgruntled and they dispute with their credit card

1 company.
2    Q.   Understood.  But as I think you previewed,
3 different than the underlying marketing outreach
4 claiming it violated any telemarketing laws, correct?
5    A.   This is the first time.  And because we
6 only ever market to businesses, this is the first
7 time we've ever had anything like this happen.
8        MR. PARONICH:  So I'd be happy to take a
9 break or to keep going, whatever your preference is.
10 I just have one more section for you, and then we'll
11 move on to Ms. Bourke.
12        THE WITNESS:  Keep going.  I'm fine.
13        (Whereupon, a recess was taken at
14 12:21 p.m.)
15        (Whereupon, the proceedings resumed at
16 12:31 p.m.)
17    Q.   (BY MR. PARONICH)  So, Mr. Cameron, right
18 before we took a break, I indicated I'm just going to
19 go through this last section and we'll get you on
20 your way.  So you had mentioned -- I believe you had
21 mentioned earlier that there's some training done to
22 the sales and marketing folks.  Is that a fair
23 characterization?
24    A.   Yes.  I'm aware that we have it.  The
25 actual details of the training pack, Amy would know

Page 42

1    more about.
2        Q.  Okay.  I will cover that with Ms. Bourke.
3        A.  But if I might add, when someone joins our
4    organization, it's our duty to explain what our
5    product does, who we sell it to, the pricing, and
6    things like that.  So a little bit of product
7    training that I'm aware of, but there's also sales
8    training.
9        Q.  Understood.  Do you know or do you have any
10   personal knowledge if any of that sales training
11   relates to telemarketing law compliance?
12       A.  All I know -- and Amy will be able to
13   confirm it -- it's the target market is businesses
14   only.
15       Q.  Understood.  But my question's just a
16   little different, which is that even if trying to
17   market to businesses, there's not a per se
18   restriction against telemarketing law compliance for
19   business contact.  So I was just asking -- either you
20   know or you don't -- if there's any telemarketing law
21   training as part of that.
22       A.  I don't think so, but maybe confirm with
23   Amy.
24       Q.  I certainly will.  And to fairly
25   characterize your answer is that you're not

Page 43

1    necessarily aware of any, but that doesn't mean none
2    exists?
3        A.  Yeah.  I couldn't be sure.
4        Q.  Understood.  Do you know if your company
5    has ever hired any third-party telemarketing
6    compliance company to come in and review or perform
7    an audit of telemarketing law?
8        A.  Not that I'm aware of.  I didn't see, and I
9    don't -- I've never seen a requirement for it, but
10   not that I'm aware of.
11       Q.  And I don't -- all considered, Mr. Cameron,
12   I don't think that there necessarily is a compli- --
13   a requirement for it.  I guess I was just more
14   curious if, especially in light of this lawsuit,
15   ServiceQUIK has made the investment to try and to
16   have a company come in and overview its practices.
17           Because, why I mentioned that is often that
18   will result in a report being generated.  And our
19   position is that that kind of report can be
20   discoverable in a lawsuit like this.  So that's why I
21   was asking.  I wasn't trying to imply anything else?
22       A.  No, not that I'm aware of.
23       Q.  Okay.
24       A.  I see all the invoices, so I haven't seen
25   one that's specifically around that.

Page 44

1        Q.  You seemed like the right guy to ask.  So
2    that's why I asked.
3           MR. PARONICH:  Okay.  Well, I think
4    everything I'm going to cover I'll cover with
5    Ms. Bourke.  However, how this process works,
6    Mr. Cameron, is that the other defendants, and even
7    your own lawyer, actually, has the right to ask you
8    questions.  And as the wheel of justice turns, when
9    they ask questions, sometimes that means I'll come
10   back and ask questions.
11          So I will close with this before I hand the
12   witness over:  Have you ever had a conversation with
13   Mr. Knowles before today, the attorney for Woosender?
14          THE WITNESS:  No.
15          MR. PARONICH:  Okay.  Well, then, Tim, I'll
16   pass the witness over to you, and then Daniel, over
17   to you, and we can take it from there.
18          MR. KNOWLES:  Yeah, thank you.  I will not
19   have a lot of questions.  I think I'll skip a lot of
20   it and save it for Amy.
21               EXAMINATION
22   BY MR. KNOWLES:
23       Q.  You know, this case revolves around the
24   text message that was sent to Mr. Connor.  I have
25   questions about the content of that message and the

Page 45

1    sending of it.  Is that something you can answer it,
2    or is that better for Ms. Bourke?
3        A.  I'm not aware of the contents, but I am
4    aware of if the telephone number that we sent it to
5    was associated with a business on Google Business
6    Profile.
7        Q.  I guess, when it comes to the actual
8    content or how the message was sent, when it was
9    sent, that kind of stuff, is that better for
10   Ms. Bourke?
11       A.  Yes.  She'd probably know more about it.
12       Q.  Do you have any information with regard to
13   the number that the message was sent from?
14       A.  I wouldn't have a clue.  Sorry.
15       Q.  No, it's fine.  Again, since I'm skipping
16   stuff, I'm going to spend some time looking through
17   my notes.
18          You mentioned that, I guess, ServiceQUIK
19   would pay Dara for a list of names and phone numbers,
20   essentially, correct?
21       A.  That's correct, and business names and
22   details.
23       Q.  Was it your understanding that after paying
24   for and receiving that information, that information
25   was the property of ServiceQUIK?

Page 46

1    A.  The original names came from Google, but
2  they're publicly accessible, so, yes, I guess it is
3  our property.
4    Q.  When ServiceQUIK was working with
5  Woosender, would it be accurate to say that
6  ServiceQUIK was responsible for assuring compliance
7  with the TCPA?
8    A.  I would imagine so.  I -- I guess so, but
9  we -- we -- as I've said before, we only ever
10  targeted businesses.  So we didn't feel that we were
11  breaking any rules.
12    Q.  Did you have any role in registering phone
13  numbers from which messages were sent on behalf of
14  ServiceQUIK?
15    A.  Not myself personally, no.
16    MR. KNOWLES:  Okay.  I don't have anything
17  else.  Thank you.
18    MR. PARONICH:  Daniel, and I'll let you go
19  next.
20    Just to let you know, Tim, I'm going to
21  just have one -- I don't even know if I'll call it a
22  redirect.  I'm going to have one follow-up question.
23    MR. KNOWLES:  Okay.
24    MR. PARONICH:  Daniel, do you have any
25  questions?  Because it'll be your witness before it's

Page 47

1  mine again.
2    MR. SUMMA:  Yeah, I have a couple.
3    MR. PARONICH:  Okay.
4    EXAMINATION
5  BY MR. SUMMA:
6    Q.  Thanks, Mr. Cameron.  I think that you said
7  that obtaining a Google Business Profile is -- do you
8  think that's difficult or do you think that's easy?
9    A.  Oh, it's difficult.
10    Q.  Why do you think it's difficult?
11    A.  Well, they ask you many, many questions, as
12  they should, and then they'll ask you to validate
13  that you are an active business.  And then it's a bit
14  of a lottery as to what the final one is.  Will they
15  ask you to -- and we've had our own customers have to
16  make videos.  They've written back to us and said,
17  What's going on?  And we said, This is normal.
18  They're validating that you are a proper and acting
19  business.  They could make a phone call to you.
20    In our case, we got sent a postcard, and it
21  actually took three months for the postcard to
22  arrive.  And we were quite surprised when it finally
23  did, and there was a code on it.  We got back into
24  our Google Business Profile, entered the code, and
25  that -- our profile was activated.

Page 48

1    Q.  And you think it could be possible for
2  someone who's not actually a real business to get a
3  business -- Google Business Profile?
4    MR. PARONICH:  I'm going to object to form,
5  but you can answer.
6    THE WITNESS:  I don't know what cunning
7  things people will get up to, but Google is pretty
8  smart about -- I think they use some sort of logic
9  based on the type of business.  For instance, if you
10  are an online business like us, they -- I think they
11  screen you more to make sure that you do have an
12  active office, because you must have bricks and
13  mortar premises.  So, but, you know, you never know
14  what people can do to get around these things, but it
15  would be pretty tough.
16    Q.  (BY MR. SUMMA)  So you -- are you under the
17  impression that in order to get a Google Business
18  Profile, you need to have like a separate physical
19  brick-and-mortar place?
20    A.  Yes.
21    Q.  Are you sure or is that just what you
22  think?  And how do you know?
23    A.  We registered ours some years ago.  And I
24  remember -- I did it myself.  I remember you had to
25  have a physical premises; you could not have a post

Page 49

1  office box.  And that's why they send the postcard.
2  So it was pretty --
3    Q.  When you were working with Dara or other
4  people to get phone numbers, was it given to -- was
5  it given to you as just a list of numbers or did Dara
6  also -- or Dara or whoever also provide other
7  information along with those numbers?
8    A.  I never received the -- them personally,
9  but I am aware that we had the business name, if --
10  it was whatever is available in the profile.  If
11  there's a person's name in there, a phone number and
12  address, if it's possible.
13    So there was always some gaps because
14  people aren't very good at maintaining their
15  profiles.  But I never received it personally; the
16  team did.
17    Q.  Was Dara or whoever, was his direction to
18  say, Hey, get us any and all numbers, or was it to
19  get real business numbers associated with real
20  businesses?
21    A.  Real business numbers with real businesses
22  only.  Otherwise, we were wasting our time.
23    Q.  Why would you be wasting your time?
24    A.  Because unless it was a business name, we'd
25  like to know, is this a landscaping business?  Is it



Page 50

1 a plumber? What kind of a business is it?
2    Q.  Your product, is it -- is it for businesses
3 or is it for individuals? What type of products -- I
4 mean, I know you've talked about a little bit, but
5 just describe it generally for us.
6    A.  Only for businesses. So a consumer -- I
7 struggle to understand why a consumer would ever want
8 a website for online bookings or invoicing or digital
9 forms or anything like that. So our product is
10 specifically to solve the problems that a small
11 business has.
12    Q.  Has anyone ever purchased your product that
13 isn't a business?
14    A.  No.
15    (Court reporter asked for clarification.)
16    Q.  (BY MR. SUMMA)  Has anyone ever purchased
17 your product that is not a business?
18    A.  No.
19    Q.  The money that you paid Dara, was it five
20 dollars or was it some amount besides five dollars?
21    A.  I don't know. You'd need to ask Amy that.
22    Q.  Okay.
23    A.  It was not largely material. It wasn't a
24 huge amount.
25    Q.  Okay.

Page 51

1    MR. SUMMA:  That's all the questions I have.
2    EXAMINATION
3 BY MR. PARONICH:
4    Q.  All right. I still just have the one. So,
5 Mr. Cameron, you testified, when Mr. Knowles was
6 asking you questions, that because your company was
7 contacting businesses, they didn't believe they were
8 running afoul of any law.
9    Did I characterize your testimony fairly?
10    A.  Correct.
11    Q.  Okay. And so did your company get a legal
12 opinion from any lawyer or a third-party company,
13 specifically with respect to the South Carolina state
14 law, that it only applies to consumers?
15    A.  Not that I'm aware.
16    Q.  Has your company gotten any legal opinion
17 outside of this lawsuit from any third party or any
18 attorney regarding telemarketing law compliance ever?
19    A.  The only advice we received was: You
20 cannot go anywhere near a consumer. And we never do.
21 It was not from formal legal opinion, it was just
22 from people that we work with.
23    Q.  Fair to say non-lawyers?
24    A.  Correct.
25    Q.  Okay.

Page 52

1    MR. PARONICH:  I don't have any more
2 questions for Mr. Cameron, and I'm happy to begin
3 with Ms. Bourke if everyone else is.
4    Go ahead, Daniel. Yeah, you had another
5 one.
6    MR. SUMMA:  Yes. Just to kind of follow up
7 on that.
8    EXAMINATION
9 BY MR. SUMMA:
10    Q.  I mean, obviously, prior, Mr. Cameron, to
11 this lawsuit, you know there's laws that, you know,
12 address communications, telemarketing. You're aware
13 of that, right?
14    A.  Yes.
15    Q.  And you've kind of been in the industry for
16 a little bit, right?
17    A.  Yes.
18    Q.  Okay. But everything that you've been told
19 or learned, being a part of the industry, points to
20 the fact that those laws apply to consumers, not to
21 businesses; is that correct?
22    A.  That's correct.
23    Q.  Do you know whether or not you can put a
24 business number on the Do Not Call Registry?
25    A.  From reading the Act, there's a clause in

Page 53

1 there that says it's not applicable to businesses,
2 it's only to personal consumers.
3    Q.  Have you ever heard, prior to this, of
4 something like this happening --
5    A.  No.
6    Q.  -- where a --
7    A.  No.
8    Q.  -- someone contacts a business, but then a
9 person says, I'm not a business, and then brings a
10 lawsuit?
11    A.  No.
12    MR. PARONICH:  I'm going to -- just hold
13 on. I'm sorry.
14    I'm going to object as to form, but you can
15 answer.
16    Q.  (BY MR. SUMMA)  Please answer.
17    A.  No, I never ever -- never heard that, but
18 it would be quite strange that a business would
19 advertise its number for the purposes of commercial
20 activity, but then not want to be called. That would
21 be quite contrary to how a business operates.
22    Q.  Is that because it -- like you said
23 earlier, it takes a lot of effort to get your phone
24 number on Google Business?
25    A.  Well, yes, but just the basic practice of



Page 54

1  running a business means that you want to sell
2  something and, therefore, you want to attract buyers.
3  And so, therefore, you -- it would not make sense to
4  advertise a product or telephone number if you
5  weren't actually selling it or wanting people to call
6  you.
7  　　　　MR. SUMMA:  Okay.  That's it for me.
8  　　　　MR. PARONICH:  And I'm all set.
9  　　　　MR. KNOWLES:  Nothing from me.  Thank you.
10 　　　　THE WITNESS:  All right.  I'll go on to
11 mute.
12 　　　　MR. PARONICH:  Non-rush electronic only
13 order for both.
14 　　　　MR. KNOWLES:  Same.
15 　　　　MR. SUMMA:  Same.
16 　　　　WHEREUPON, the within proceedings were
17 concluded at the approximate hour of 12:46 p.m. on
18 the 26th day of June, 2025.
19 　　　　*　*　*　*　*　*
20
21
22
23
24
25

Page 55

1  PAUL CAMERON
   June 26, 2025
2
        ERRATA SHEET
3
In Re:  Jay Connor, et al., v. ServiceQUIK Inc.,
4       d/b/a Zing Business Management Software
5  I have read the foregoing 57 pages of the transcript
   and wish to make the following changes:
6
7  PAGE(S) LINE(S)      REASON(S)
8  ____ ____  _____
9  ____ ____  _____
10 ____ ____  _____
11 ____ ____  _____
12 ____ ____  _____
13 ____ ____  _____
14 ____ ____  _____
15 ____ ____  _____
16 ____ ____  _____
17 ____ ____  _____
18 ____ ____  _____
19 ____ ____  _____
20 ____ ____  _____
21 ____ ____  _____
22 ____ ____  _____
23 ____ ____  _____
24 ____ ____  _____
25 ____ ____  _____

Page 56

1  　　　　CERTIFICATION OF DEPONENT
2  　　　　I, PAUL CAMERON, do hereby certify that I
3  have read the above and foregoing deposition and that
4  the same is a true and accurate transcription of my
5  testimony, except for attached amendments, if any.
6  　　　　Amendments attached  ( ) Yes  ( ) No
7
8  _____
9  　　　　PAUL CAMERON
10
11 　　　　The signature above of PAUL CAMERON, was
12 subscribed and sworn to before me in the county of
13 _____, state of _____, this _____day of
14 _____, 2025.
15
16 _____
17 　　　　Notary Public
18 　　　　My commission expires
19
20 Jay Connor, et al., v. ServiceQUIK Inc., d/b/a
   Zing Business Management Software, 06/26/2025, (tlm)
21
22
23
24
25

Page 57

1  　　　　REPORTER'S CERTIFICATE
2  STATE OF COLORADO　　　　)
   　　　　　　　　　　　　) ss.
3  CITY AND COUNTY OF DENVER )
4  　　　　I, THERESA L. MENDEZ, Registered Professional
5  Reporter and Notary Public, State of Colorado, do
6  hereby certify that previous to the commencement of
7  the examination, the said PAUL CAMERON was duly sworn
8  by me to testify to the truth in relation to the
9  matters in controversy between the parties hereto:
10 　　　　That the said deposition was taken in machine
11 shorthand by me at the time and place aforesaid and
12 was thereafter reduced to typewritten form, consisting
13 of 57 pages herein; that the foregoing is a true
14 transcript of the questions asked, testimony given,
15 and proceedings had.
16 　　　　I further certify that I am not employed by,
17 related to, nor of counsel for any of the parties
18 herein, nor otherwise interested in the outcome of
19 this litigation.
20 　　　　IN WITNESS WHEREOF, I have affixed my signature
21 and seal this 14th day of July, 2025.
22 　　　　My commission expires September 21, 2025.
23
   　　　　*Theresa Mendez*
24 _____
   　　　　Theresa L. Mendez, Registered Professional
   Reporter and Notary Public
25



15 (Pages 54 to 57)

**A**

**able**
14:2 20:5 24:4 34:6
42:12
**about**
5:11 6:6 8:24 9:1,11
9:12 10:2 15:18
19:16 22:19 25:2
27:25 29:24,25 30:2
30:12 33:3 42:1
44:25 45:11 48:8
50:4
**above**
56:3,11
**above-entitled**
2:2
**abridged**
5:2
**accessible**
23:16 46:2
**accurate**
17:19 46:5 56:4
**accurately**
14:22
**acquire**
29:13
**across**
12:18 15:15 17:11
18:16
**Act**
9:21,22,24 31:25
32:2,7 52:25
**acting**
47:18
**action**
4:10
**activated**
47:25
**active**
24:23 47:13 48:12
**actively**
24:21
**activity**
28:14 53:20
**actual**

**41:25 45:7**
**actually**
9:15,20 18:6 31:17
33:8,23 38:18 44:7
47:21 48:2 54:5
**ad**
35:17
**add**
42:3
**address**
6:22 17:22 33:13
49:12 52:12
**advertise**
53:19 54:4
**advice**
51:19
**advise**
25:11
**advisor**
15:16
**affixed**
57:20
**aforesaid**
57:11
**afoul**
51:8
**after**
28:22 38:21 39:13
45:23
**again**
6:6 8:2 45:15 47:1
**against**
24:21 42:18
**ago**
48:23
**agree**
25:19 26:16 27:1,8
**agreed**
30:23 37:16
**agreement**
27:10
**ahead**
52:4
**al**
55:3 56:20
**all**

1:6,13 4:7,19 6:17
10:25 11:2,5 13:1
15:7 16:4 17:21
18:16 37:21 38:23
42:12 43:11,24
49:18 51:1,4 54:8
54:10
**alleged**
31:24
**all-in-one**
39:1
**along**
49:7
**already**
18:8 20:4 24:5
**also**
1:24 5:16,22 6:9,25
7:8,14 9:12 18:4
25:11 27:8 28:7
36:6 42:7 49:6,6
**alternatives**
38:3
**always**
5:5 9:10 10:5,14 16:7
16:10 30:7 36:11
49:13
**am**
8:10 19:14 45:3 49:9
57:16
**amendments**
56:5,6
**amount**
50:20,24
**Amy**
1:24 10:10,18 17:3
28:11 34:10,19 39:4
41:25 42:12,23
44:20 50:21
**an**
5:2 11:9 12:12 13:22
15:16 16:5,16 17:1
17:21 18:19 19:9,11
20:15 29:19 33:15
35:17 37:21,24 43:7
47:13 48:10,11
**analogy**

5:6
**annoying**
26:12
**annoyingly**
5:19
**another**
5:10,12 35:17 52:4
**answer**
6:23 7:6 16:2 17:14
17:17 38:5 40:5
42:25 45:1 48:5
53:15,16
**answered**
17:15 32:15
**Anthony**
1:14 4:8
**any**
7:10,12,22,22 8:4,23
9:17,19 10:3 13:20
13:20 14:18 15:22
23:11 24:1,11,18
25:4,22 26:17,18
27:6 28:18,19 29:14
31:18,18 32:9,24
34:2,20 35:12,25,25
35:25 36:9 37:10,17
39:10,14 40:13,21
41:4 42:9,10,20
43:1,5 45:12 46:11
46:12,24 49:18 51:8
51:12,16,17,17 52:1
56:5 57:17
**anyone**
10:19 50:12,16
**anything**
6:6 12:22 14:4 23:11
41:7 43:21 46:16
50:9
**anywhere**
51:20
**apologies**
29:20 32:15
**apologize**
35:1
**appearances**
1:13



applicable
53:1
applies
51:14
apply
52:20
appointment
15:16,24 16:5
appreciate
11:16 14:11,17
appreciated
5:21
appropriate
19:9
approved
37:16
approximate
54:17
arduous
25:5
are
7:11 8:3 9:3 10:8
   13:2,9 17:18 21:4
   22:7,11 23:7,12,13
   23:25 25:15 28:5
   29:3,4 30:4,19 33:8
   34:16 35:9,16,21
   36:14,16 40:24
   47:13,18 48:10,16
   48:21
area
11:2
aren't
49:14
around
20:25 30:3,22 43:25
   44:23 48:14
arrive
47:22
as
4:4,17,20 5:3,4,21
   6:11,12 7:7 11:15
   16:9,24 17:18,23
   22:14,14 24:9,12
   26:7,22 28:1,6,6,16
   28:16,17 29:12

30:16 35:13 37:11
   37:17 39:4 40:2,2
   40:15 41:2 42:21
   44:8 46:9 47:11,14
   49:5 53:14
ask
7:10 10:2 15:5 16:20
   16:22,24 17:4 20:12
   28:24 32:4 34:3,10
   36:13 44:1,7,9,10
   47:11,12,15 50:21
asked
8:23 11:8,11 22:4
   25:13 34:7 44:2
   50:15 57:14
asking
25:8 33:25 42:19
   43:21 51:6
aspects
39:1,3
assigned
18:6 20:17 23:12,14
   23:25 24:3,5,6
   25:18
assist
12:17,22 13:12
assistance
14:3
associated
45:5 49:19
assume
4:18
assumption
19:12
assuring
46:6
at
2:3,4 6:7 10:12,14
   12:1 13:20 14:12,21
   15:6 19:5 29:18
   37:14 38:1,2 41:13
   41:15 49:14 54:17
   57:11
attached
56:5,6
attempt

14:11 24:2 32:12,13
attempts
32:10
attorney
4:15 6:12,20 7:13 8:3
   8:5,13,14,18 15:9
   44:13 51:18
attorneys
4:9 6:23
attorney-client
7:5
attract
54:2
audit
43:7
Australian
11:9
automatic
33:18
automatically
33:14
auto-renewal
13:23
available
4:11 9:4 12:18 16:16
   18:16 49:10
aware
39:16 41:24 42:7
   43:1,8,10,22 45:3,4
   49:9 51:15 52:12
a.m
2:4

_____
**B**
_____
back
26:23 33:25 39:7
   44:10 47:16,23
based
20:8 31:7 48:9
basic
53:25
basis
22:13 35:17
Bay
39:22
be

5:7,12,21 7:10 9:4
   13:21 14:18 15:5
   17:8,24,24 18:18
   20:13,17 23:4 24:4
   25:13 26:14 27:23
   28:16 31:21 33:9,15
   34:1,8 37:20,24
   41:8 42:12 43:3,19
   46:5,25 48:1,15
   49:23 53:18,20,21
beautiful
13:5
because
5:10 6:3 7:13 13:3
   14:18 16:3 20:13
   21:15 23:14,21 26:1
   30:19 31:3,15 32:11
   32:21 33:1 38:3
   41:5 43:17 46:25
   48:12 49:13,24 51:6
   53:22
become
26:12
becoming
12:23
been
4:3 10:14 11:17
   17:19 18:9 24:6
   32:23 36:25 37:14
   39:19 40:9,12 52:15
   52:18
before
2:4 4:13 8:19 18:11
   19:4 31:17 40:6
   41:18 44:11,13 46:9
   46:25 56:12
began
11:21
begin
11:20 52:2
behalf
1:6 46:13
being
2:7 18:5 28:2 43:18
   52:19
believe



20:7 30:10 33:1
36:19 41:20 51:7
**Bell**
1:19
**besides**
8:4 10:19 50:20
**best**
5:9,20 6:3 7:11 12:5
13:7 14:11 21:16
32:4
**better**
8:22 14:12 28:20
45:2,9
**better-performing**
12:23
**between**
24:12 57:9
**billed**
13:25 14:5
**bit**
11:15 20:25 31:4
42:6 47:13 50:4
52:16
**Blue**
1:19
**board**
33:2
**book**
5:6,11 6:7
**bookings**
12:21 50:8
**books**
13:10
**both**
17:21 54:13
**Bourke**
1:24 8:8 10:18,20
28:20 34:19 35:6
36:6 41:11 42:2
44:5 45:2,10 52:3
**box**
49:1
**brand**
12:14
**break**
41:9,18

**breaking**
46:11
**bricks**
18:10 48:12
**brick-and-mortar**
48:19
**brings**
53:9
**Broad**
1:21
**broke**
38:23
**brought**
36:18,23
**build**
13:6
**building**
19:5,7
**built**
12:5,16 38:19
**business**
1:10 9:1,2 11:24
12:15,20,23 13:9
15:13 16:8 17:23
18:6,8,9,11 19:6,13
21:5,22,23 22:20,23
23:2,5,6,14,15,20
23:23 24:3,5,7,9,10
24:20,22 25:6,12,15
25:18,24 26:4,9,13
26:18,19,21,24 27:2
27:5 28:17,21 29:12
29:14,15 30:19,22
30:25 35:14 36:18
36:22 37:12 38:3,13
42:19 45:5,5,21
47:7,13,19,24 48:2
48:3,3,9,10,17 49:9
49:19,21,24,25 50:1
50:11,13,17 52:24
53:8,9,18,21,24
54:1 55:4 56:20
**businesses**
9:2,5 12:17,17 13:3
15:13 16:3 17:21
20:4,18 23:8,12,25

24:23 25:3,19 30:3
30:12 32:21 33:7,8
33:9 40:17 41:6
42:13,17 46:10
49:20,21 50:2,6
51:7 52:21 53:1
**businessman**
40:16
**business's**
19:22 26:9
**business-only**
33:4
**busy**
16:4 34:22
**but**
4:8,16 5:19 6:5,21
7:7 8:4 9:12,14 10:5
10:9 11:5,17 13:12
14:17,22,25 15:7,22
17:3,4,11,14,16,18
18:17 19:4,7,23
22:16 23:19 24:15
25:18 26:4 27:5,23
29:20 30:12 34:9
36:3 38:5 39:6,23
41:2 42:3,7,15,22
43:1,9 45:3 46:1,8
48:5,7,13,14 49:9
49:15 50:4 52:18
53:8,14,17,20,25
**buy**
9:5 18:13
**buyers**
54:2
**by**
2:2 3:4,5,6,7,8 4:6
5:1 7:8 11:14 13:5
15:4,8 18:9 21:5
22:6 27:20 35:8
41:17 44:22 47:5
48:16 50:16 51:3
52:9 53:16 57:8,11
57:16

— C —

**C**

4:1
**call**
21:23,24,24 40:4,8
46:21 47:19 52:24
54:5
**called**
2:1 12:15 35:9 36:17
39:5,22 53:20
**calling**
16:12 26:13
**calls**
14:3,3 15:10,23
**came**
31:13 46:1
**Cameron**
1:4 2:1 3:2 4:2,7 5:1
10:11 11:16 22:6
31:24 35:9 37:9
41:17 43:11 44:6
47:6 51:5 52:2,10
55:1 56:2,8,11 57:7
**can**
5:20 7:11 12:22
13:20,21 18:11
20:12 22:25 26:2
28:16 31:5 34:14,24
35:12,16 38:25
43:19 44:17 45:1
48:5,14 52:23 53:14
**cancel**
13:20,22
**canceled**
13:21
**cannot**
34:9 51:20
**can't**
27:23
**capability**
27:2
**card**
13:19,19 40:25
**Carolina**
32:1,2 40:7 51:13
**case**
1:2 8:24 40:6 44:23
47:20



cases
28:7
caused
38:16
caveat
7:2,11
cell
16:10,13,17 18:1
23:17,19
certain
35:21
certainly
30:4 34:14 42:24
CERTIFICATE
57:1
CERTIFICATION
56:1
certify
56:2 57:6,16
change
17:10 26:2
changes
55:5
channel
20:10
characterization
9:9 41:23
characterize
42:25 51:9
charge
34:17
charged
13:20
Charleston
1:21
check
39:4
checkpoint
23:13
chief
8:7 10:13 34:19 35:2
36:24 37:4
chose
31:7
circumstance
7:23

CITY
57:3
Civ
2:7
claiming
41:4
clarification
11:8 22:4 50:15
clarify
22:25
clarifying
10:2
clause
52:25
clear
6:2 11:17 17:16 22:3
22:5,10 32:17
clearer
20:13
client
7:6
close
6:16 21:19 25:19
38:13 44:11
closed
25:24 26:19,22
closes
26:9
closing
26:9
clue
45:14
code
25:8 47:23,24
cold
16:11
Colorado
1:1 2:4,6 21:10 22:2
57:2,5
come
9:14 33:2 43:6,16
44:9
comes
23:14 36:9 45:7
commencement
57:6

commencing
2:3
commercial
53:19
commission
20:6,9 21:6,8,11
22:13 56:17 57:22
communicating
20:4
communications
7:12 52:12
companies
11:3 35:16 37:1 39:2
39:5
company
10:17,20 11:25 12:12
12:24 22:2,12,20
24:14 27:12 28:9
29:1,24 31:13,16,16
32:18,24 35:9,13
36:17 38:6,11,19
39:5,9 41:1 43:4,6
43:16 51:6,11,12,16
company's
32:17 37:11
compensated
13:15
complaint
40:21
completely
28:8
complex
13:13
compli
43:12
compliance
13:10 32:19 42:11,18
43:6 46:6 51:18
complicated
29:5
comply
25:14 32:10
complying
32:25
concise
11:17

concluded
54:17
configured
33:21
confirm
23:11 42:13,22
confirming
25:17
confirms
26:5
confused
31:4
confusing
5:13 13:13 28:5
Connect
22:3,5
Connect's
22:10
Connor
1:6 44:24 55:3 56:20
considered
43:11
consisting
57:12
constantly
29:12
consumer
9:23 30:4 31:25 32:6
32:12,14 50:6,7
51:20
consumers
33:5 51:14 52:20
53:2
contact
9:3,5 15:12,17 16:2
25:25 26:10,24
32:12,14 42:19
contacted
9:4 17:24 33:10 34:1
34:8
contacting
33:6,8 51:7
contacts
53:8
content
44:25 45:8



contents
45:3
context
9:13 10:4 20:1 31:6
continue
22:7
continuing
29:4
contracts
13:17
contrary
53:21
controversy
57:9
conversation
5:17 44:12
conversations
8:2,4,17,25
convert
20:6
convertible
30:21
core
12:14
corporate
31:11
correct
8:9 11:4 15:24,25
  18:2 19:16 21:6
  22:24 23:6,7 24:7
  25:20 26:11 27:3
  33:10 35:4 41:4
  45:20,21 51:10,24
  52:21,22
correctly
8:10 19:24
cost
36:13 38:12,17
costs
38:14
cost-effective
19:20 37:22,25
could
7:4,23 8:23 14:13
  17:4 31:21 37:3
  47:19 48:1,25

couldn't
43:3
counsel
7:7 57:17
county
56:12 57:3
couple
47:2
course
16:2 23:1 36:13
court
1:1 6:15,19 7:20 11:8
  11:11 22:4 50:15
cover
42:2 44:4,4
covered
6:11
create
5:11 30:25
created
32:24
creating
5:6
credit
13:19,19 38:19 40:25
CRM
34:6 39:7,14,17
cunning
48:6
Cunningham
37:5
curious
43:14
current
10:12 30:15 31:7
currently
14:9 18:6 23:12 24:3
  25:18 38:6
customer
13:20
customers
13:17 15:11 25:11
  34:14 40:24 47:15
cut
34:25 35:1
C-suite

31:12
C-U-N-N-I-N-G-H...
37:7

D

D
3:1 4:1
Daniel
1:20 4:17 15:6 44:16
  46:18,24 52:4
Dara
27:13 28:1,9,10,18
  28:19,25 36:3 45:19
  49:3,5,6,17 50:19
data
18:20,25 19:4 20:16
  21:3 22:22,23 23:22
  24:8,13,19,24 27:13
database
16:18 23:11
daughter
29:7
day
9:10 24:8 54:18
  56:13 57:21
deal
28:4 32:21
dealing
30:13
decide
6:20
deck
29:21
decks
29:23,25 30:16
declined
22:16
Defendant
1:17,20
defendants
1:11 44:6
definitely
23:14
delay
6:15
delving

37:20
Denver
2:4 57:3
deponent
10:6 56:1
deposition
1:4 2:1,7 4:12 5:7,20
  5:25 7:3,8 8:6 9:13
  10:6 56:3 57:10
depositions
4:20
describe
50:5
DESCRIPTION
3:10
design
36:5
designed
12:16
details
41:25 45:22
determine
16:10,13
determines
16:17
developed
32:24
did
8:5,12,18,23 9:17
  10:17 11:20 19:4,10
  19:23,24 20:19
  21:17,19 28:9 31:15
  35:2 36:19 37:21,24
  38:20 46:12 47:23
  48:24 49:5,16 51:9
  51:11
didn't
6:7 17:13 19:1 20:20
  30:20 31:9 34:3
  39:23 43:8 46:10
  51:7
different
16:19 17:11 21:19
  23:21 28:22 32:15
  35:19 39:1,22 41:3
  42:16



**difficult**
26:3 47:8,9,10
**digital**
12:21 13:11 50:8
**digitize**
12:18
**direction**
49:17
**directive**
22:22 23:22
**directly**
18:14
**disable**
26:25 27:3
**discoverable**
43:20
**discovery**
10:7,8
**discuss**
8:18
**discussed**
9:7
**discussions**
8:13,24
**disgruntled**
40:25
**dispute**
40:25
**disputes**
6:20 40:17,18
**dissatisfied**
40:24
**DISTRICT**
1:1,1
**do**
6:3 7:14 8:5,21 10:8
  11:17 12:20,22 13:6
  15:4 16:4,11,13,18
  16:22,23 17:6 18:13
  18:17 20:15 21:22
  22:24 23:11 24:11
  24:17 25:1,22 26:3
  26:4 27:5,8,21 28:7
  28:17,19 29:25 32:4
  32:9,11,16,18,19
  33:4 34:11,20 35:20

35:21,24 36:22
37:17 39:9,13 40:4
42:9,9 43:4 45:12
46:24 47:7,8,10
48:11,14,22 51:20
52:23,24 56:2 57:5
**document**
29:20 33:18
**documents**
9:18,20 10:3
**does**
5:14,22 6:9,9,25
  10:19 11:2 12:7,24
  13:15 14:8,20 15:3
  15:10 23:10 27:2
  28:6,24 29:10 30:11
  30:24 33:12,22 38:6
  38:20 39:25 40:18
  42:5
**doesn't**
5:19 27:5 43:1
**doing**
19:2 36:14 39:21
**dollars**
29:7,9 50:20,20
**done**
5:9 8:19 41:21
**don't**
6:1,5,16 7:5 8:3 9:19
  10:2 13:4,12,17,22
  14:14,15 15:6,12
  16:2,11,20 17:10,24
  19:21 24:15 25:10
  26:17 28:1 30:10
  32:19 33:1 36:4
  40:5 42:20,22 43:9
  43:11,12 46:16,21
  48:6 50:21 52:1
**down**
5:5 11:12,15,18
**Drive**
1:18
**due**
40:23
**duly**
4:3 57:7

**during**
8:25
**duty**
42:4
**D-A-R-A**
27:17
**d/b/a**
1:10 55:4 56:20

---

**E**

**E**
3:1 4:1,1
**each**
5:19 13:19
**earlier**
22:18 41:21 53:23
**easier**
39:8
**easy**
47:8
**edit**
26:2
**educate**
33:3
**educated**
33:3
**effective**
37:22
**effectively**
12:19
**efficient**
28:16 37:22,24
**efficiently**
5:4
**effort**
53:23
**efforts**
9:8 30:1 40:10,22
**either**
14:22 15:14 32:18
  34:5 42:19
**electronic**
54:12
**else**
12:22 43:21 46:17
  52:3

**emphasize**
30:4
**employ**
35:20
**employed**
57:16
**employees**
14:8
**employs**
36:2
**end**
21:18 31:3
**endeavor**
11:15
**engage**
20:20 39:22
**enough**
9:12 16:22 17:6 28:3
**ensure**
25:15 30:11
**entered**
47:24
**ERRATA**
55:2
**especially**
19:22 43:14
**ESQ**
1:14,17,20
**essentially**
45:20
**estimate**
14:16
**et**
55:3 56:20
**evasive**
17:8,14
**even**
6:22 19:12,19 26:24
  33:6 42:16 44:6
  46:21
**event**
30:25
**events**
31:19
**ever**
4:12 40:3,9,12,20



41:6,7 43:5 44:12
46:9 50:7,12,16
51:18 53:3,17
**every**
9:10 17:11
**Everybody**
30:23
**everyone**
52:3
**everything**
5:5 44:4 52:18
**exactly**
24:15 34:15
**examination**
3:2,4,5,6,7,8 4:5
44:21 47:4 51:2
52:8 57:7
**examined**
4:4
**except**
56:5
**excuse**
6:15 24:14 27:11
39:11
**executive**
10:13
**EXHIBITS**
3:10
**exists**
43:2
**expensive**
19:18 38:2,4
**expertise**
11:1
**expires**
56:17 57:22
**explain**
31:6 35:12 38:25
42:4
**explained**
30:23
**explaining**
22:10
**explanation**
31:10
**export**

34:6,15
**eye**
38:13
**e-mail**
6:16 12:21 15:14
16:9,9 17:22 33:15
**e-mailing**
26:13
**e-mails**
17:18

---
**F**

**facilitating**
34:17
**fact**
52:20
**failed**
38:3
**fair**
8:22 9:8,12 10:1
14:24 16:22 17:6
28:3 41:22 51:23
**fairly**
24:16,17 42:24 51:9
**familiar**
31:23 35:9 36:16
**family**
11:6
**far**
5:10 11:1 22:14 40:2
**fast**
6:1
**FCC**
9:21,22
**Fed**
2:7
**feel**
46:10
**feeling**
20:24
**female**
27:22
**few**
6:14
**figure**
31:1,5

**final**
47:14
**finally**
47:22
**find**
9:19 17:13 19:10
37:24
**fine**
4:18 30:23 41:12
45:15
**Firm**
1:20
**first**
4:3 23:13 27:16 28:9
33:2 41:5,6
**five**
31:20 50:19,20
**Fiverr**
35:10,13,18,18,24
36:1,3,5,10
**fluid**
30:16,18
**folks**
41:22
**follow**
52:6
**following**
55:5
**follows**
4:4
**follow-up**
46:22
**for**
1:14,17,20 2:6 4:9,10
4:20,21 6:5 8:5 9:17
10:6 11:8 12:4 13:6
13:6,15,25 14:1
18:12 21:1 22:4,9
23:19 25:3 26:19
28:2,9,14 29:3
31:10,18 32:18,25
35:16,18,19,21
36:12 37:1,11 38:2
39:8 40:7 41:10
42:18 43:9,13 44:13
44:20 45:2,9,19,24

46:6 47:21 48:1,9
50:2,3,5,6,8,15 52:2
52:15 53:19 54:7,13
56:5 57:17
**foregoing**
55:5 56:3 57:13
**form**
4:20 6:20 48:4 53:14
57:12
**formal**
6:15,19 51:21
**formerly**
23:25
**forms**
12:21 13:11 50:9
**found**
13:7 19:23
**four**
31:20
**friends**
11:6
**from**
6:13 7:24 18:7,14
19:13 21:12 22:14
23:2,22 24:13 33:15
34:1 36:5,10 44:17
45:13 46:1,13 51:12
51:17,21,22 52:25
54:9
**functionality**
39:7
**functions**
28:22
**fund**
11:5
**further**
57:16
**future**
29:18
**F-I-V-E-R**
35:10

---
**G**

**G**
4:1
**gaps**



49:13

**garner**
18:7

**gather**
18:16

**gave**
21:12

**general**
7:9

**generally**
9:8 50:5

**generate**
16:8

**generated**
43:18

**generating**
31:17

**get**
4:18 5:3 7:16 13:7,15
25:10 14:2 15:12,25 18:11
19:4 20:19 23:1,23
24:4 25:6 29:17
30:24 33:14 36:5
38:1,4 41:19 48:2,7
48:14,17 49:4,18,19
51:11 53:23

**gets**
7:3

**getting**
13:5 37:23,25

**girls**
16:25 17:2

**give**
5:2,17,20 10:3 15:15
20:5,6 21:10,11
34:9,13

**given**
14:13 49:4,5 57:14

**gives**
20:3

**giving**
7:8 12:11

**go**
4:16 18:10,12 21:24
26:19 31:9 41:19
46:18 51:20 52:4

54:10

**goals**
29:11

**going**
5:9 6:16 7:9 23:4
25:10 27:6 28:15
35:21 38:4 41:9,12
41:18 44:4 45:16
46:20,22 47:17 48:4
53:12,14

**good**
12:10 34:3 35:18,22
49:14

**good-faith**
14:16

**Google**
15:13 18:7,9,11,14
23:2,6,15,23 24:10
24:20,22 25:2,6,13
25:23 26:1,10,17,21
26:22 27:6 45:5
46:1 47:7,24 48:3,7
48:17 53:24

**got**
13:22 17:25 21:12,17
22:1,18 34:3 47:20
47:23

**gotten**
51:16

**great**
5:9 6:11

**ground**
4:16 5:3

**grow**
29:15 31:16

**guess**
8:22 14:12 26:16
31:2 32:14 43:13
45:7,18 46:2,8

**guy**
44:1

---
**H**
---

**had**
4:12 7:12 8:2 16:22
22:15 24:18 30:18

36:1,25 37:14 38:2
41:7,20,20 44:12
47:15 48:24 49:9
52:4 57:15

**hadn't**
24:6

**hand**
44:11

**happen**
30:10 41:7

**happened**
37:19

**happening**
53:4

**happens**
8:20

**happy**
15:5 41:8 52:2

**hard**
6:7

**has**
10:14 12:7 16:6,7
18:8 22:12 26:22
27:12 29:1 32:9,23
32:24 35:13 39:19
40:3,6,8,12,15,20
43:5,15 44:7 50:11
50:12,16 51:16

**have**
4:12 5:7 6:16 8:12,19
8:23,23 10:21 11:24
12:14 13:17,18 14:9
14:13 16:20,23 17:9
17:16,19,21,22
18:15 20:15 21:2
22:24 24:11,18 25:2
25:14,22 26:15,17
27:2,11 28:11,18,19
28:21 29:6,10,14,23
30:7 31:3 32:18
33:12 34:7,20 35:25
36:1 37:17 38:13
40:17 41:10,24 42:9
43:16 44:12,19,24
45:12,14 46:12,16
46:21,22,24 47:2,15

48:11,12,18,25,25
51:1,4 52:1 53:3
55:5 56:3 57:20

**haven't**
30:18 43:24

**having**
4:3

**Haymarket**
39:12

**he**
6:8 24:4,8,21,23,25
35:5 36:25 37:1,14
37:15

**head**
17:2 37:7

**headshakes**
5:17

**heard**
53:3,17

**help**
5:3 13:7 30:6

**helpful**
7:8

**helps**
18:15

**her**
17:4,5 36:7

**here**
4:18 5:3 6:15,19,21
19:9 21:9

**hereby**
56:2 57:6

**herein**
57:13,18

**hereto**
57:9

**Hey**
49:18

**him**
20:20

**Hingham**
1:16

**hired**
36:12 43:5

**his**
4:4 37:15 49:17



historical
24:10
hit
25:10
hoc
35:17
hold
53:12
holding
14:18
hour
2:3 54:17
how
5:18 6:22 8:20,20 9:2
9:7 13:7,8,9,15 14:8
16:13 17:23 19:4
21:3,5 24:17 27:25
28:9 33:13 36:13,22
36:22 37:18 44:5
45:8 48:22 53:21
However
23:24 44:5
HubSpot
39:7,10,17,24
huge
50:24
humans
5:18
hundred
27:24 34:9

—————— I ——————
idea
30:20
identified
36:25
identify
19:8
if
5:11,20 6:1,5,22,23
7:3 12:11 13:9,22
14:14 15:14,17
16:17,22 17:9 20:5
21:23 22:20 24:4,6
24:23,24 25:3 26:12
27:5,21,25 30:8

32:9,15 33:6,14
34:14 37:21 38:3
39:14 42:3,10,16,20
43:4,14 45:4 46:21
48:9 49:9,10,12
52:3 54:4 56:5
imagine
33:10 34:10,23 46:8
immediately
13:21
imminent
31:18
implements
25:23
imply
43:21
impression
48:17
in
1:1 2:2 4:10 5:16,19
5:25 7:20 8:13,15
9:13,13 10:5,9 11:1
11:21,22,23,25 12:3
12:11,23 13:13
14:23 15:2 16:24
17:4 19:7,9,10 20:1
20:21 21:3,10,19
22:2 25:7,9,16 26:2
26:24 27:2 29:1,8
29:18 31:6,8,9,20
33:13 34:2,13,17,20
36:1,19,20 37:6,10
37:21 38:23 39:20
40:6,9,12 43:6,14
43:16,18,20 46:12
47:20 48:17 49:10
49:11 52:15,25 55:3
56:12 57:8,9,10,18
57:20
Inc
1:10,10 55:3 56:20
include
7:5
included
13:2
incorporated

19:6
increases
29:16
indicated
41:18
individual
15:23 17:1 18:19,24
20:15 22:21 23:22
25:25 26:4 27:12,21
28:1
individually
1:6
individuals
11:3 31:12 50:3
industry
52:15,19
informal
28:2 29:19,22
information
7:4 45:12,24,24 49:7
INITIAL
3:10
instance
48:9
instead
38:22
institutional
10:25
instruct
7:7
instruction
7:9
instructions
14:12
intend
20:17
intended
7:11 17:17 34:4
intensive
18:18
intent
32:17 33:7
interaction
34:5
interactions
28:18

interested
16:1 37:21 57:18
Internet
12:19 16:16 18:17
into
37:20 38:23 39:7
47:23
introduced
4:7
invest
11:4
invested
29:6,7,17
investment
29:11,17 30:10 31:17
43:15
investments
29:4,4
investors
10:21 28:25 29:3,13
29:16,21 30:19
invoices
43:24
invoicing
12:21 50:8
involved
10:9 31:14 37:10
40:9,12
isn't
6:14,18 27:6 50:13
issues
38:15
its
13:16 15:2 29:15
35:14 40:10,21,23
43:16 53:19
itself
27:2 33:24
it'll
5:12 46:25
it's
5:16,24 6:7 7:8,19
9:14 10:1 11:9,10
12:16 13:3,13,18
14:10,13,22 16:13
16:15,16,17,18



17:23 18:17 24:10
24:15,17 25:25 26:1
26:3,4,9 27:23
28:22 29:19 30:10
31:1 33:21 35:22
38:18 39:12 42:4,13
45:15 46:25 47:9,10
47:13 49:12 53:1,2
**I'd**
9:19 34:22 41:8
**I'll**
4:16 6:3 7:10 11:18
17:6 27:11 28:11
34:11 40:7 44:4,9
44:15,19 46:18,21
54:10
**I'm**
4:9,15 6:16 7:6 17:3
17:8,8,11 23:1
28:15 34:22 39:16
40:15 41:12,18,24
42:7 43:8,10,22
44:4 45:3,15,16
46:20,22 48:4 51:15
52:2 53:9,12,13,14
54:8
**I've**
43:9 46:9

**J**

**Jay**
1:6 55:3 56:20
**job**
5:9 29:14
**joining**
4:10
**joins**
42:3
**judge**
6:19,21
**July**
57:21
**June**
1:4 2:3 3:2 54:18
55:1
**just**

4:17 5:7,12,18 6:11
6:11,16 9:1 13:4,18
14:17 15:7,8 16:15
17:9,16 18:23 20:13
21:1 23:17 26:6,24
28:15 29:12 31:3
32:5,14,17 35:18
38:12 39:8 40:7
41:10,18 42:15,19
43:13 46:20,21
48:21 49:5 50:5
51:4,21 52:6 53:12
53:25
**justice**
44:8

**K**

**keep**
38:13 41:9,12
**kind**
5:7 9:7 12:25 20:24
24:18 25:1 29:11
36:9 37:19 39:6
40:13 43:19 45:9
50:1 52:6,15
**know**
5:18,24 6:6 7:22 8:3
9:19 10:2,8 13:4
14:13,14,14,15,17
14:21 15:18 16:20
17:3 24:15,17 25:10
26:21,22 27:21,21
29:11 31:12 32:9,19
34:13,15 38:5 39:5
39:9 40:2,5 41:25
42:9,12,20 43:4
44:23 45:11 46:20
46:21 48:6,13,13,22
49:25 50:4,21 52:11
52:11,23
**knowledge**
24:12 25:1,23 26:17
32:20 35:25 37:17
42:10
**Knowles**
1:17,18 3:5 4:21 6:12

34:25 35:7 44:13,18
44:22 46:16,23 51:5
54:9,14
**Komarac**
27:13
**K-O-M-A-R-A-C**
27:18

**L**

**L**
2:4 57:4,24
**labor**
18:18
**lag**
24:12
**landscaping**
49:25
**large**
26:22
**largely**
50:23
**last**
27:17 41:19
**late**
11:22
**later**
6:7 20:20
**law**
1:15,20 7:13,20
42:11,18,20 43:7
51:8,14,18
**laws**
41:4 52:11,20
**lawsuit**
9:13 31:24 32:23
40:9,13 43:14,20
51:17 52:11 53:10
**lawyer**
44:7 51:12
**lead**
20:5,6 21:10,12
22:11
**leads**
15:12 20:3 21:5,15
21:17,19 22:15 23:2
23:6

**learn**
34:4
**learned**
52:19
**legal**
51:11,16,21
**Lenmar**
1:18
**less**
14:24
**let**
9:15,20 10:3 11:19
26:19 28:15 38:8
46:18,20
**letting**
14:17
**let's**
33:7
**light**
43:14
**like**
6:14,18 7:4 11:10
12:20 13:11,21
15:18 21:23 29:8,14
29:20 30:20 34:22
41:7 42:6 43:20
44:1 48:10,18 49:25
50:9 53:4,22
**likely**
7:7 14:24
**Lincoln**
1:15
**LINE(S)**
55:6
**liquidate**
30:25
**liquidity**
30:25 31:19
**list**
15:25 33:18 34:2,6
34:15 45:19 49:5
**listen**
6:17
**litigation**
40:18,21 57:19
**little**



10:4 11:15 20:25
23:21 29:7 31:4
32:15 42:6,16 50:4
52:16
**live**
36:20
**living**
12:1
**LLC**
1:18,20
**log**
26:2,24 27:2
**logic**
48:8
**logistically**
37:18
**logistics**
34:17
**long**
36:13
**longer**
21:14 22:2 23:25
26:14 33:9
**look**
14:21 38:2
**looking**
28:22 37:14 45:16
**lose**
30:9
**lot**
9:14 13:13 28:4,7
30:19 39:6 44:19,19
53:23
**lots**
17:9
**lottery**
47:14
**love**
21:24

———————— **M** ————————

**M**
1:17
**MA**
1:16
**machine**

57:10
**made**
1:13 19:11 37:1
43:15
**mail**
25:7
**mainly**
21:14 36:5 38:3
**maintaining**
49:14
**maintains**
33:19,20
**make**
5:14,22 6:9,20,25
12:18 14:20 15:7,8
17:16 18:1,5 21:2
22:19 23:17 26:6
32:17 33:9 36:14
40:18 47:16,19
48:11 54:3 55:5
**makes**
7:4 13:14 19:3 25:16
39:8
**making**
4:11 14:15
**male**
27:21,23
**manage**
13:10 28:23
**Management**
1:10 12:15 55:4
56:20
**managing**
36:9
**manually**
18:17
**many**
14:8 16:2 21:5 47:11
47:11
**marked**
3:12
**market**
12:4,6 13:8 15:2
19:20 30:2,7 31:8
35:16 41:6 42:13,17
**marketed**

12:8 17:24
**marketing**
9:8,11 12:22 16:25
17:2 19:18 29:25
34:2 40:10,22,23
41:3,22
**matched**
36:1
**material**
50:23
**matter**
2:2
**matters**
57:9
**mature**
30:20
**may**
6:13,20 17:4,22 21:2
39:4
**maybe**
17:4 31:20 36:20
42:22
**McGraw**
1:18
**me**
4:21 6:2 9:15,20 10:3
11:17,19 12:12
22:10,14 24:14
25:19 27:11 28:2,15
31:4,6 35:12 36:11
37:3,15 38:8,25
39:11 54:7,9 56:12
57:8,11
**mean**
11:3 15:4,20 20:11
29:19 31:6 32:6
33:22 43:1 50:4
52:10
**means**
44:9 54:1
**meet**
28:10 39:23
**meeting**
36:15
**memory**
14:19 22:14

**Mendez**
2:5 5:4 27:16 57:4,24
**mentioned**
13:1 41:20,21 43:17
45:18
**menu**
12:25 13:3,25
**merits**
8:24
**message**
44:24,25 45:8,13
**MessageBird**
39:6,14
**messages**
15:20 19:14 21:18
34:16,18 39:10,11
40:1 46:13
**methods**
25:7
**might**
20:13 34:10 42:3
**million**
30:22
**mind**
12:11 15:6 16:24
37:3
**mindful**
5:8
**mine**
11:1 21:3 27:13 47:1
**missed**
35:7
**misunderstanding**
19:15 20:14
**misunderstood**
19:12
**misuse**
19:21
**money**
50:19
**month**
13:19
**monthly**
13:18
**months**
47:21



MAGNA ▶
LEGAL SERVICES

more
12:19 14:25 15:18
  29:5,22 30:16 31:8
  41:10 42:1 43:13
  45:11 48:11 52:1
mortar
18:10 48:13
most
19:19
mother
29:8
move
15:15 41:11
moved
39:6,23
Mr
3:4,5,6,7,8 4:6,7,17
  4:21,22,23 5:1,1
  6:12 10:11 11:14,16
  15:6,8 22:6,6 27:16
  27:20 31:24 34:25
  35:5,7,8,9 37:9 41:8
  41:17,17 43:11 44:3
  44:6,13,15,18,22,24
  46:16,18,23,24 47:2
  47:3,5,6 48:4,16
  50:16 51:1,3,5,5
  52:1,2,6,9,10 53:12
  53:16 54:7,8,9,12
  54:14,15
Ms
5:4 8:8 10:20 27:16
  28:20 35:6 36:6
  41:11 42:2 44:5
  45:2,10 52:3
much
7:7 30:3
multiple
18:25
multitude
38:22
must
48:12
mute
54:11
my

4:8 6:3,15,16,23 7:3
  8:7,16 17:17 22:14
  23:4,9,19 24:1 29:7
  30:11 32:4,14,15,20
  37:7 39:19 42:15
  45:17 56:4,17 57:20
  57:22
myself
4:8 46:15 48:24

_____

## N

N
3:1 4:1
name
4:8 22:1 27:11,17,17
  37:4 49:9,11,24
names
28:5 45:19,21 46:1
National
40:4
nature
23:20
near
51:20
necessarily
43:1,12
need
13:4 14:4 31:16 39:4
  48:18 50:21
neither
8:19
never
6:2 15:22 32:12,22
  43:9 48:13 49:8,15
  51:20 53:17,17
new
15:11 16:18 29:13
next
46:19
no
1:2 4:14 6:4,19,21
  8:1 9:19 10:25 11:3
  13:3 18:15 20:10
  21:7,14,21 22:2
  23:25 24:24 25:25
  26:14,21 28:4,6,21

29:2,6,14,23 31:15
  33:9 36:4 37:13,20
  38:7,15,15,18 40:11
  40:14 43:22 44:14
  45:15 46:15 50:14
  50:18 53:5,7,11,17
  56:6
nominal
30:21 31:1,5
none
3:12 43:1
nonverbal
5:17
non-lawyers
51:23
Non-rush
54:12
nor
57:17,18
normal
47:17
not
5:10 7:9 9:14 10:5
  14:13 17:3,8,11,21
  19:14 21:6,15 24:4
  24:10,23 26:3 30:4
  30:8,11,20,24 32:11
  32:11,13,20 34:1,7
  34:22 35:20 39:16
  40:4,23 42:17,25
  43:8,10,22 44:18
  45:3 46:15 48:2,25
  50:17,23 51:15,21
  52:20,23,24 53:1,9
  53:20 54:3 57:16
Notary
2:5 56:16 57:5,24
note
30:21
notes
45:17
nothing
33:4 54:9
now
21:1
Ns

37:7
number
14:22 17:22 18:5,8
  23:17,19 24:2,4,9,9
  24:13,24,25 25:3,17
  25:24 26:11,19,20
  31:7 45:4,13 49:11
  52:24 53:19,24 54:4
numbers
18:7,13 20:17 23:10
  23:24 26:2,3 33:23
  34:7 45:19 46:13
  49:4,5,7,18,19,21
numerous
35:15

_____

## O

O
4:1
oath
4:4 7:17,19
object
6:13,23 48:4 53:14
objections
4:19 6:21
obligation
14:14
obtaining
47:7
obtains
23:10
obviously
17:23 52:10
occur
30:11
off
4:8 23:15
offer
12:25
offering
22:15
offers
12:13
office
25:9,9 48:12 49:1
officer



8:7 10:13 34:19
35:3 36:24
**officer's**
37:4
**offshore**
28:4
**often**
28:5 43:17
**Oh**
9:20 20:10 47:9
**okay**
4:15,23 5:16 6:11
7:16,22 8:2,10,12
8:16,22 9:15,22
10:1,11,19,24 11:7
12:2,10 13:25 14:8
15:2,7,22 17:1 18:4
18:23 19:3,11,17
20:22 22:6,9,9 23:9
24:11 26:5 27:15,25
28:13 31:10,22 32:4
34:16,23 35:12 36:6
36:16 37:6 38:5,25
39:13,25 40:20 42:2
43:23 44:3,15 46:16
46:23 47:3 50:22,25
51:11,25 52:18 54:7
**on**
1:6 2:2 4:4 6:21
15:23 16:16,23 20:8
22:12 24:8,9,19
25:8 26:6,23 27:8
29:11,17 30:22 31:7
32:22 33:2 35:17
36:4 38:14 41:11,19
45:5 46:13 47:17,23
48:9 52:7,24 53:13
53:24 54:10,17
**Once**
23:9
**one**
4:9 5:8,10,12 6:14,18
9:3 13:13 16:25
18:23 19:1 20:7,24
22:17 25:10 28:25
35:17 38:23 40:6,13

41:10 43:25 46:21
46:22 47:14 51:4
52:5
**ones**
18:12 29:7
**one's**
35:19
**one-time**
29:3
**online**
12:21 13:10 48:10
50:8
**only**
8:16 12:7 15:13 18:7
18:12 19:1 21:3
22:11,16,22 23:2,3
23:7,23 31:16 32:21
32:21 35:21 38:8,12
41:6 42:14 46:9
49:22 50:6 51:14,19
53:2 54:12
**onus**
26:23
**open**
16:16
**operate**
39:8
**operates**
9:2 53:21
**operating**
8:7 25:15 26:14
34:19 35:2
**operational**
19:13
**opinion**
51:12,16,21
**opportunity**
30:7 31:8 35:22
**opt**
33:25
**opted**
33:14,15 34:15
**option**
12:25
**options**
14:1

**opts**
34:14
**opt-ins**
33:18
**or**
5:25 6:2,4 7:23 8:13
9:15 12:25 14:5
15:14 16:18 18:25
19:2,12,14 21:19
23:11 26:13,24
27:21 28:18 29:6,11
29:12,20,21 30:16
30:25 31:12,13
32:19 33:19 34:5,11
36:20 38:8 40:24
41:9 42:9,20 43:6
45:2,8 47:8 48:21
49:3,5,6,6,17,18
50:3,8,8,9,20 51:12
51:17 52:19,23 54:4
54:5
**order**
15:2 48:17 54:13
**organization**
26:23 30:5 42:4
**original**
46:1
**other**
4:19 5:19 9:4,15 34:5
35:19 37:14,20
38:17 39:14,15 40:8
40:13 44:6 49:3,6
**others**
1:6 22:15
**otherwise**
49:22 57:18
**our**
5:9 6:20 9:1,2,11
12:4 13:17 14:21
15:12,16,18 16:25
19:20 20:24 21:16
25:11 26:5 29:14
30:2,19 31:7 32:22
33:1,3 34:2,13,19
36:15,24 37:23 39:7
39:23 40:7,23 42:3

42:4,4 43:18 46:3
47:15,20,24,25
49:22 50:9
**ours**
48:23
**ourselves**
12:16 25:5,6 31:15
**out**
8:20 19:19 33:7,14
33:16 34:1,14,15,25
35:1 37:23,25
**outbound**
15:10
**outcome**
57:18
**outreach**
41:3
**outside**
8:14,15,17 51:17
**over**
4:16 5:10,12 39:23
44:12,16,16
**overview**
12:12 43:16
**own**
10:20 12:11 25:11
26:1 34:13 44:7
47:15

---
**P**

**P**
2:7 4:1
**PA**
1:19
**pack**
41:25
**package**
13:13
**page**
3:2 26:7
**pages**
55:5 57:13
**PAGE(S)**
55:6
**paid**
20:8 21:4,8 22:12



50:19
**Paronich**
1:14,15 3:4,7 4:6,9
4:17,23 5:1 11:14
15:6,8 22:6 27:16
27:20 35:5,8 41:8
41:17 44:3,15 46:18
46:24 47:3 48:4
51:3 52:1 53:12
54:8,12
**part**
6:13 14:5,7 20:19
28:17 30:16 36:7
42:21 52:19
**participants**
31:12
**participation**
34:20
**particular**
36:12
**parties**
11:11 57:9,17
**partner**
18:15 19:9,23 20:2
21:9,21
**party**
51:17
**pass**
44:16
**PAUL**
1:4 2:1 3:2 4:2 55:1
56:2,8,11 57:7
**pay**
45:19
**paying**
45:23
**payroll**
14:21
**penalize**
28:2
**penalty**
6:5
**people**
16:1,2 25:9 26:13
28:4,21 35:20 48:7
48:14 49:4,14 51:22

54:5
**people's**
37:20
**per**
42:17
**percent**
27:24 34:9
**percentage**
21:11
**perform**
43:6
**performed**
24:19
**person**
16:24 20:7 21:2 53:9
**personal**
24:11 25:1,22 26:17
34:20 35:25 37:17
42:10 53:2
**personally**
28:17 37:10 46:15
49:8,15
**person's**
49:11
**phone**
16:3,10,14,17 17:22
18:2,5,7 23:17,19
23:20 24:24,25
45:19 46:12 47:19
49:4,11 53:23
**phonetically**
37:6
**phone-telephone**
15:23
**physical**
48:18,25
**piece**
35:21
**pieces**
38:24
**pitch**
29:21
**place**
48:19 57:11
**plaintiff**
1:8,14 2:2 4:9

**plans**
31:18
**platform**
19:5 33:20,21 39:22
**platforms**
39:15
**please**
28:1 37:4 53:16
**plumber**
50:1
**point**
7:3 8:22 19:6 23:16
**points**
52:19
**policies**
32:10,25
**policy**
32:18 33:13
**portfolio**
13:1
**position**
43:19
**positive**
15:15
**possible**
5:4 9:23 48:1 49:12
**post**
48:25
**postcard**
25:7 47:20,21 49:1
**potentially**
6:12 31:20
**practice**
53:25
**practices**
43:16
**preference**
41:9
**premises**
48:13,25
**preparation**
10:5
**prepare**
8:5 9:17
**prepared**
4:15

**presence**
8:13,14,15,17
**PRESENT**
1:24
**presentation**
29:22
**pretty**
9:10 34:22 48:7,15
49:2
**prevent**
7:24
**previewed**
41:2
**previous**
57:6
**previously**
24:6 34:7
**pricing**
42:5
**prior**
39:21 40:18,20 52:10
53:3
**Privacy**
32:2
**private**
8:3 10:25 11:2
**privilege**
7:5
**probably**
16:25 19:2,11 28:20
45:11
**problem**
6:2 13:4 30:13
**problems**
50:10
**proceedings**
41:15 54:16 57:15
**process**
6:14 13:23 22:19
23:19 24:1 25:2,6
25:23 26:3 30:17
34:21 37:10 44:5
**product**
12:5,16 15:18 19:20
21:16 33:3,4 37:23
37:25 40:24 42:5,6



50:2,9,12,17 54:4
**products**
50:3
**Professional**
2:5 57:4,24
**profile**
15:13 18:11 23:3,6
23:15,23 24:10 25:6
25:12 26:1,15,25
27:3,7 45:6 47:7,24
47:25 48:3,18 49:10
**profiles**
18:8 24:22 49:15
**program**
36:2
**project**
35:23
**pronouncing**
8:10
**proper**
47:18
**property**
45:25 46:3
**Protection**
9:24 31:25 32:6
**protects**
7:13
**provide**
18:25 21:5 22:23
23:2 49:6
**provided**
24:13
**provider**
22:12 24:13 33:20
**provides**
20:16
**providing**
10:9,10 21:15
**Public**
2:6 56:16 57:5,24
**publicly**
18:16 23:15 46:2
**purchased**
50:12,16
**purposes**
40:7 53:19

**pursuant**
2:7
**put**
26:23 29:8 30:21
52:23
**p.m**
41:14,16 54:17

— Q —

**question**
6:23 7:3 8:16,23 10:2
16:23 17:17 20:13
23:5,9,19 24:1
26:16 28:19 32:14
34:4 39:19 46:22
**questions**
7:10 17:4 25:14 32:5
34:24 44:8,9,10,19
44:25 46:25 47:11
51:1,6 52:2 57:14
**question's**
42:15
**quick**
11:17
**quickly**
5:4 12:4
**quite**
18:10,17 28:5 38:1
47:22 53:18,21
**Q3**
36:20
**Q4**
36:20

— R —

**R**
2:7 4:1
**radar**
32:22
**Re**
55:3
**reach**
22:20
**reached**
18:5
**read**

9:20 55:5 56:3
**reading**
52:25
**ready**
22:7
**real**
24:22 48:2 49:19,19
49:21,21
**realized**
30:24
**really**
13:4 16:20 19:1
21:16 32:22
**reason**
11:24 38:8,10
**REASON(S)**
55:6
**recall**
36:22 39:13
**receive**
24:24,25
**received**
49:8,15 51:19
**receives**
33:23,25
**receiving**
45:24
**recent**
24:16,18
**recess**
41:13
**recommendation**
37:1,13,15
**record**
4:8
**redirect**
46:22
**reduced**
57:12
**refer**
28:1
**REFERENCE**
3:10
**referring**
9:23 35:6
**regard**

45:12
**regarding**
32:10 38:15 51:18
**registered**
2:5 11:21,22,25 12:3
48:23 57:4,24
**registering**
46:12
**Registry**
40:4 52:24
**regularly**
17:20
**related**
40:8,9,21 57:17
**relates**
8:16 31:24 35:14
42:11
**relating**
23:20 28:19
**relation**
57:8
**relationship**
35:13
**relatively**
30:18
**remember**
17:6 34:11 48:24,24
**Remote**
1:4 2:1
**remove**
25:24 26:2,10,18
27:6
**removed**
26:15 34:1
**rephrase**
6:3
**replace**
39:3
**replacement**
38:21
**report**
43:18,19
**reporter**
2:5 11:8,11 22:4
50:15 57:5,24
**REPORTER'S**



57:1
**request**
33:9
**requests**
33:13
**requirement**
43:9,13
**requirements**
36:15 39:23
**research**
26:5
**reserving**
4:19
**resolve**
40:17
**resolved**
40:20
**resources**
36:5
**respect**
35:24 51:13
**response**
15:15 33:25
**responses**
5:17,21 10:7,8 11:16
**responsibilities**
28:18 36:7
**responsibility**
26:10,15 28:23 30:11
**responsible**
28:14 46:6
**responsive**
7:4
**restriction**
42:18
**result**
43:18
**resumed**
41:15
**return**
29:17
**reveal**
7:12
**revealed**
12:4
**revenue**
21:12 31:8,17 36:24
37:4
**revert**
28:11
**review**
9:17 10:6 43:6
**reviewed**
37:14
**revolves**
44:23
**ridiculous**
31:9
**right**
4:7,23 14:24 18:19
20:19 27:1 32:2
33:7 41:17 44:1,7
51:4 52:13,16 54:10
**rigorous**
18:10
**risk**
30:8
**role**
10:12,14 22:10 35:25
36:12 46:12
**roles**
37:21
**rule**
6:21
**rules**
4:16 5:3 46:11
**run**
16:15
**running**
51:8 54:1
**runs**
24:21
**Ryan**
37:5,13

---
**S**
---
S
4:1
**said**
2:6 17:25 21:23 31:3
35:1 46:9 47:6,16
47:17 53:22 57:7,10

**sales**
15:16 19:9,23 20:1
20:10 21:9,21 33:1
41:22 42:7,10
**salespeople**
15:25
**same**
7:19 26:7 33:16
35:18 54:14,15 56:4
**save**
44:20
**say**
5:5 6:5,7 9:22 11:2
14:24 15:19 19:23
19:24 21:17,22 31:5
32:7 35:2 46:5
49:18 51:23
**saying**
6:5,8 28:8
**says**
53:1,9
**SC**
1:21
**scrape**
24:21
**scraped**
24:13
**scrapes**
18:20 20:16 24:8
**screen**
48:11
**se**
42:17
**seal**
57:21
**searching**
34:5 36:25
**second**
23:4,16
**section**
41:10,19
**see**
10:3 20:7 29:10 43:8
43:24
**seem**
7:4

**seemed**
44:1
**seen**
43:9,24
**segue**
12:10
**selected**
14:1
**sell**
12:19 13:12 22:15
42:5 54:1
**selling**
23:22 54:5
**sells**
18:20 22:22
**send**
15:20 17:15 39:10,25
49:1
**sending**
21:18 25:7 45:1
**sends**
29:21
**sense**
5:14,22 6:9,25 13:14
14:20 19:3 25:16
40:18 54:3
**sent**
34:16 44:24 45:4,8,9
45:13 46:13 47:20
**separate**
48:18
**separately**
14:5
**September**
57:22
**series**
34:24
**serves**
22:14
**service**
14:6,7
**ServiceQUIK**
1:10,20 10:12,15
11:19,20 12:7 13:15
14:8 15:3,11 16:6
21:18 23:10 29:1,10



29:21 30:1 32:9
33:12,19,23 34:6
36:2 37:18 38:20
39:2,25 40:3,9,12
40:15,20 43:15
45:18,25 46:4,6,14
55:3 56:20
**Servicequik's**
38:16
**services**
9:5 12:12,19,25 13:9
13:16 14:1 15:2
35:14
**set**
14:12 15:24 16:5
54:8
**sets**
35:19,20
**setting**
6:15,19 25:12
**share**
29:23 36:11
**shared**
37:15
**she**
17:4 36:11
**SHEET**
55:2
**She'd**
45:11
**She's**
5:6 28:12,14
**shorthand**
57:11
**should**
27:20 47:12
**shouldn't**
31:2
**sic**
18:8 25:3 35:10
**sign**
15:11
**signature**
56:11 57:20
**silly**
31:9

**similar**
32:1
**similarly**
1:7
**simply**
26:19
**since**
12:7 16:6 17:19
18:24 19:3,22 20:8
20:16 32:23 39:20
45:15
**Singapore**
11:21,25
**single**
13:1
**situated**
1:7
**situation**
7:23
**size**
30:6
**skill**
35:19,20
**skip**
34:24 44:19
**skipping**
45:15
**slow**
11:11,15,18
**slower**
6:4
**small**
7:2 12:17 13:3 31:16
38:12 50:10
**smart**
48:8
**SMS**
15:14,19 19:14 21:18
36:2,4 39:11,20
40:1
**SMS's**
17:19 39:21
**software**
1:10 12:15 19:7 55:4
56:20
**solve**

13:4 30:14 50:10
**some**
4:16 11:4 17:24
19:19 25:13 29:6,18
36:19 40:24 41:21
45:16 48:8,23 49:13
50:20
**somebody**
36:12
**someone**
16:23 20:3 28:6
34:14 42:3 48:2
53:8
**Someone's**
29:8
**something**
6:1 14:15 17:10
33:17,19 34:25 35:1
45:1 53:4 54:2
**sometimes**
5:24,25 10:1,5 23:24
25:19 33:8 40:16
44:9
**Somewhere**
14:23
**sorry**
7:6 17:8 20:10,11
34:25 35:1,7 45:14
53:13
**sort**
14:19 48:8
**source**
16:16
**South**
32:1,1 40:7 51:13
**speak**
6:1,4 21:22
**speaking**
5:10
**specific**
16:24 29:11 38:10
**specifically**
32:11,20 36:4 43:25
50:10 51:13
**spelled**
37:6

**spend**
45:16
**spent**
19:18
**spoke**
8:7 33:2
**ss**
57:2
**standard**
14:16
**Star**
16:18
**start**
7:8 10:17 13:5 19:2
**started**
4:18 7:16 21:3 38:1
39:20
**state**
2:6 51:13 56:13 57:2
57:5
**stated**
29:11
**States**
1:1 12:6 19:10
**steps**
26:18 27:6
**step-to-step**
37:19
**still**
6:23 19:5,7,15 39:18
39:25 51:4
**stipulating**
4:18
**stop**
38:17
**stopped**
38:11
**straight-out**
16:11
**strange**
53:18
**Street**
1:15,21
**strike**
9:16 11:19 38:9
**structure**



29:5
**struggle**
50:7
**stuff**
45:9,16
**subscribed**
40:3 56:12
**subscription**
13:18
**subsequently**
12:3
**subset**
23:5
**subsidiary**
11:23 19:6
**substantive**
4:19 8:24
**successful**
30:9
**Suite**
1:15
**suited**
12:5 21:16
**suits**
40:8
**Summa**
1:20,20 3:6,8 4:22
47:2,5 48:16 50:16
51:1 52:6,9 53:16
54:7,15
**superannuation**
11:5,10
**support**
14:2
**sure**
4:15 5:23 6:10 11:13
15:5,7,9 17:3,16
18:1,5 21:2 22:19
23:17 25:22 26:6
27:24 36:14 40:15
43:3 48:11,21
**surpasses**
11:1
**surprised**
47:22
**sworn**

4:3 56:12 57:7

_____
**T**
_____

**take**
7:19 13:10 25:8 27:6
33:7 35:22 41:8
44:17
**taken**
2:7 4:12 41:13 57:10
**takes**
53:23
**taking**
5:5 26:18
**talent**
35:16 36:1,9
**talk**
9:10 11:17 15:17
29:24,25 30:12
**talked**
9:1,12 50:4
**talking**
5:12 16:3 22:18
**talks**
30:2
**target**
30:2 42:13
**targeted**
28:20 46:10
**TCPA**
32:5,10,11,19,25
46:7
**team**
16:21,23 39:8 49:16
**technical**
5:25
**telemarketing**
15:3,4 16:7 41:4
42:11,18,20 43:5,7
51:18 52:12
**telephone**
9:23 14:3 15:10
18:13 20:17 23:10
23:24 24:9,12 25:3
25:17,24 26:11,20
31:25 32:1,2,6 34:7
45:4 54:4

**telephony**
39:9
**tell**
6:2 30:8
**telling**
37:3
**ten**
14:25
**term**
11:9 29:20 32:5
**terms**
5:25 19:22,23 25:17
33:13
**test**
14:19 17:9 18:11
**testified**
4:4 51:5
**testify**
57:8
**testifying**
7:24
**testimony**
22:21 51:9 56:5
57:14
**testing**
19:8 20:23 24:19
36:19
**text**
15:20 16:9 19:14
33:16 34:16,18
44:24
**texting**
18:1 39:15
**texts**
15:21 16:7
**than**
4:19 9:15 14:24,25
38:17 39:14 40:8,13
41:3
**thank**
4:10,23 8:12 17:14
22:9 31:10,22 44:18
46:17 54:9
**Thanks**
35:7 47:6
**that'll**

5:3
**that's**
5:18 6:2,13 8:9 11:4
12:1,10 14:16 15:25
16:11 18:12 19:16
23:1,6,7 24:2,22
26:19 35:4 39:10
43:20,25 44:2 45:21
47:8,8 49:1 51:1
52:22 54:7
**their**
9:5 11:5 12:19 13:10
22:22 26:14 28:5,22
29:17 30:9 40:25
49:14
**them**
7:11 9:3,5 11:4 12:18
12:23 13:5,6,6,7,12
13:12 15:14,14,17
15:17 16:2 20:6,24
21:11,14,19,24,25
25:14 26:24 29:23
30:6,8 33:3 36:20
36:25 49:8
**themselves**
12:18 26:25
**then**
8:16,22 11:22 12:2,2
13:7 15:17 16:1,4
18:4,23 19:8 20:5
21:1,18,24 23:9,16
24:1 25:11,18 26:16
27:5,10 34:3 35:8
36:16 37:7,9 39:2
41:10 44:15,16
47:12,13 53:8,9,20
**there**
7:22 11:24 14:23
15:9 17:1,18 18:4
18:23 24:1,24 27:10
29:5,19,20 30:15
31:13,18,21 37:23
37:25 38:10,15
39:14 43:12 44:17
47:23 49:11,13 53:1
**thereafter**



57:12
**therefore**
29:16 54:2,3
**Theresa**
2:4 57:4,24
**there's**
6:4,19,21 7:2,9 15:22
  18:19 23:5,18 34:23
  41:21 42:7,17,20
  49:11 52:11,25
**these**
25:13 28:7 35:15
  48:14
**they**
9:4 13:4,9,20,21,22
  14:4 15:15,17 16:4
  16:4 17:10,23 18:10
  20:3,5,17 21:4,5,10
  21:12,15,19,21 23:7
  23:13 25:9,13,14,15
  26:1,1,14,23 29:3,4
  29:16,17 30:7,9,20
  32:18,19 33:2,14,15
  35:16,18 36:14
  38:20 39:2 40:17,25
  44:9 47:11,12,14,19
  48:8,10,10 49:1
  51:7,7
**they'll**
16:1 33:15 47:12
**they're**
11:5 13:25 14:2 16:4
  18:16 19:22 20:4,8
  25:10,12 33:3 34:1
  35:22 40:24 46:2
  47:18
**they've**
11:16 14:1 47:16
**things**
5:8 12:20 13:1,11
  42:6 48:7,14
**think**
5:11 7:7,23 9:20
  12:10 14:10 17:15
  19:1,11,21 20:20
  22:14,16 26:5,12

27:1,10,17,23 28:19
  31:23 33:22 34:22
  35:5 36:3,4,20,24
  38:5 41:2 42:22
  43:12 44:3,19 47:6
  47:8,8,10 48:1,8,10
  48:22
**thinking**
6:6
**third**
51:17
**third-party**
31:13 43:5 51:12
**this**
4:10 5:3 6:6,18 8:19
  9:3,13,13 11:2 20:1
  30:8 31:6,24 32:23
  37:21 40:6,13 41:5
  41:6,7,19 43:14,20
  44:5,11,23 47:17
  49:25 51:17 52:11
  53:3,4 56:13 57:19
  57:21
**those**
4:19 6:22 7:13 8:4,13
  8:25 10:10,10 13:1
  18:13,16 21:18
  23:10,12 28:25 29:3
  29:16,25 30:16
  31:19 33:9,13,23
  34:18 39:3 40:8,17
  49:7 52:20
**though**
19:12 28:25
**thousand**
29:7,8
**three**
29:6 47:21
**through**
5:3 11:5 12:20 13:11
  13:18 15:13,17
  16:15 18:10 19:19
  25:5 34:4 36:1,3
  39:10 41:19 45:16
**thumbs**
5:18

**Thursday**
2:3
**till**
20:20
**Tim**
4:17 44:15 46:20
**time**
6:7,13,13,17 12:1
  13:20 19:19 24:12
  24:23 29:18 31:21
  38:1 41:5,7 45:16
  49:22,23 57:11
**times**
29:6
**TIMOTHY**
1:17
**tlm**
56:20
**today**
4:10 6:14 7:10,17,25
  8:6 9:17 40:1 44:13
**told**
52:18
**too**
6:1 12:11 13:13
**took**
37:13 41:18 47:21
**tool**
16:16,19 17:11 18:1
  18:5 34:13 37:11
  38:18,21
**tools**
17:9,9 20:23 34:2,5
  37:14 38:22
**tough**
48:15
**trailing**
21:11
**training**
41:21,25 42:7,8,10
  42:21
**transcript**
5:6 55:5 57:14
**transcription**
56:4
**treat**

5:18
**true**
56:4 57:13
**truth**
57:8
**truthfully**
7:24
**try**
5:9,20 6:3,4 7:10
  11:18 13:12 15:11
  16:1,7 17:6 20:12
  21:19 23:11 28:16
  34:11 43:15
**trying**
5:11 8:20 17:8 19:8
  22:20 23:1 29:12
  30:13 42:16 43:21
**turns**
44:8
**two**
29:6 37:7 40:8
**type**
29:22 35:23 40:21
  48:9 50:3
**types**
23:5 28:7 30:12
  35:15
**typewritten**
57:12
**typical**
5:16
**typically**
14:16

---
**U**
---
**under**
7:17 48:16
**underlying**
41:3
**understand**
6:1,8,24 7:14,17 13:7
  17:13,18 21:2 23:18
  23:21 28:8 30:6
  32:6,13,16 33:22
  38:25 40:16 50:7
**understanding**



26:7,8 45:23
**understood**
11:7 12:24 15:19
  16:6 21:1 22:21
  25:16 30:15 31:2,3
  32:23 35:24 41:2
  42:9,15 43:4
**unfortunately**
17:12 30:9
**United**
1:1 12:5 19:9
**unless**
6:8 49:24
**unsubscribe**
33:15
**until**
15:23 19:2,14 30:24
**up**
5:18 9:14 15:11 16:5
  17:23 21:18 25:12
  25:25 26:4 31:13
  38:23 48:7 52:6
**update**
26:18
**Upwork**
35:17
**us**
4:10 5:3 8:19 14:17
  18:15 20:3,5 21:5
  21:10,13,15,24
  22:15,15 35:22
  36:19 37:1 38:2
  47:16 48:10 49:18
  50:5
**use**
5:5,24 15:3,11 16:18
  17:12,22,25 23:11
  32:5 35:15,17 37:15
  38:6,20 39:5 48:8
**used**
16:7 17:19 20:8,16
  22:12 24:2 38:22
  39:2,2,10,15
**uses**
25:3,7
**using**

19:14 21:3 37:11
  38:11 39:22
**usually**
9:6 12:17 13:5 24:15
  40:23
**utilization**
38:16
**utilized**
37:18
**U.S**
11:22 12:3,8 19:7

---
## V

**v**
1:9 55:3 56:20
**valid**
24:9 25:15
**validate**
47:12
**validated**
18:9
**validating**
47:18
**validation**
18:1,4 22:19 23:18
  25:2
**validator**
16:15
**valuation**
29:15 30:15,21,22,24
  31:11
**valued**
30:19
**various**
25:7 35:20 36:25
**verbal**
5:21
**verify**
24:2,19
**version**
5:2
**very**
5:16 18:18 19:18
  25:5 26:22 28:5,24
  30:3 31:3 34:3 38:4
  38:4,13,13 49:14

**vet**
37:10
**via**
1:13
**video**
25:8
**videoconference**
1:13
**videos**
47:16
**violated**
41:4
**violations**
31:25
**voiced**
6:8

---
## W

**want**
5:2 7:5 8:3 9:4 15:7
  17:23,24 19:21 21:1
  26:6 31:9 32:17
  34:10 50:7 53:20
  54:1,2
**wanted**
15:8 17:16
**wanting**
54:5
**Warren**
1:18
**was**
4:3 6:8 9:3 10:10
  11:21,24 12:2,5
  15:9 19:10,13,13
  20:24 21:8 22:12,16
  22:21 23:4,13,17,20
  25:17 30:23 31:11
  31:13 32:21 34:4
  35:2,5 36:3,14,14
  36:18,18,22 37:21
  38:4,8,10 39:17,19
  41:13 42:19 43:13
  43:21 44:24 45:5,8
  45:8,13,23,25 46:4
  46:6 47:23,25 49:2
  49:4,4,10,13,17,17

49:18,24 50:19,20
  50:23 51:5,6,19,21
  51:21 56:11 57:7,10
  57:12
**wasn't**
6:2 10:9 24:5,24
  43:21 50:23
**wasting**
49:22,23
**way**
16:11 19:20 20:25
  21:20 33:21 37:22
  37:25 39:20 41:20
**ways**
6:14,18
**website**
12:20 13:6 50:8
**week**
24:16,18
**welcome**
27:19
**well**
4:7,23 5:21 6:12 9:10
  11:4,15 16:9 17:18
  20:12 22:9 23:13
  24:21 28:24 31:2
  34:23 44:3,15 47:11
  53:25
**went**
25:5 36:20
**were**
12:1 19:5,7,8 20:23
  20:24 21:9,15,15
  22:18 23:25 26:13
  26:14 31:15 37:9,9
  38:15 39:14,21,22
  46:10,13 47:22 49:3
  49:22 51:7 54:16
**weren't**
54:5
**we'd**
19:6 21:24 49:24
**we'll**
7:16 15:15 17:10
  41:10,19
**we're**



4:18 5:8 8:20 16:3
20:5 21:14 26:6
28:21 30:8,13,13
31:17 38:12
**we've**
22:15,16 36:12 41:7
47:15
**what**
6:8 8:5,18,21 9:1
10:8,11 14:14 15:4
20:11 21:21,21 23:1
25:1 28:8,24 30:2
31:6 34:4 36:14
37:14 39:2,9 42:4
47:14 48:6,14,21
50:1,3
**whatever**
41:9 49:10
**what's**
20:1 22:1 30:6 36:13
47:17
**wheel**
44:8
**when**
9:22 11:2,19,20
15:19 16:4 21:10,17
24:12 25:12,24 26:8
29:16 31:5 32:7
33:2,2 39:21 42:3
44:8 45:7,8 46:4
47:22 49:3 51:5
**where**
7:3 9:19 10:3 12:1
13:1 28:21 53:6
**WHEREOF**
57:20
**Whereupon**
41:13,15 54:16
**whether**
17:3 52:23
**which**
7:2 9:3 12:14 17:17
19:10 20:23 23:15
25:10 30:3 32:16
39:7 40:7 42:16
46:13

**while**
32:16
**who**
9:3 15:16 16:24
18:15 20:3,16 21:8
28:6 42:5
**whoever**
49:6,17
**whole**
13:12
**who's**
17:1 34:15,17 48:2
**why**
12:2 38:10 43:17,20
44:2 47:10 49:1,23
50:7
**will**
6:4 7:6,7 10:6 11:14
15:14,16 16:4 17:21
25:13 27:25 28:15
28:24 29:17 30:9,10
32:4,5 33:9 34:11
42:2,24 43:18 44:11
44:18 47:14 48:7
**wish**
35:20 55:5
**with**
7:2,12,16 8:2,4,7
10:18 13:17 15:16
16:3 18:20,24 20:4
21:9,14 22:2 24:19
25:8,10,12,14,19
27:13,25 28:4,18
29:23 30:13 31:13
32:10,21,25 33:5,16
34:5 35:9,13,24
36:11,16,19 37:2,7
37:15 39:4 40:25
42:2,22 44:4,11,12
45:5,12 46:4,7 49:3
49:7,19,21 51:13,22
52:3
**withdraw**
27:11
**within**
2:6 24:16,18 54:16

**witness**
1:21 4:3 11:9,13 22:5
35:4 41:12 44:12,14
44:16 46:25 48:6
54:10 57:20
**wonderful**
38:18
**won't**
14:18,18
**Woosender**
1:10,18 20:23 36:17
37:2,11,16,18 38:6
38:11,16,21,23
39:13 44:13 46:5
**words**
12:11
**work**
5:19 8:20 9:8 17:10
18:20 22:2 35:21,23
37:2 51:22
**worked**
18:24 27:12
**working**
19:19 21:9,14 46:4
49:3
**works**
4:21 44:5
**would**
5:21 7:19,24 14:21
15:5,17 16:24 17:3
18:18 20:5,6 21:10
21:11,22,22,24
23:16 24:4,23 26:12
26:14,23 34:10 36:1
36:11,13 37:3,20
41:25 42:12 45:19
46:5,8 48:15 49:23
50:7 53:18,18,20
54:3
**wouldn't**
12:11 24:25 26:21
45:14
**written**
32:9,18,24 33:12
47:16

|   | **X** |
| --- | --- |
| **X** | |
| 3:1 | |

|   | **Y** |
| --- | --- |
| **yeah** | |

**yeah**
11:14 14:11 16:10
20:12 23:18 35:5
43:3 44:18 47:2
52:4
**years**
31:20 48:23
**Yep**
13:24 23:4
**yes**
4:22 5:15,23 6:10 7:1
7:15,18,21 8:9,11
9:14,14,25 10:9,16
10:18,21 12:9,14
13:24 14:2,21 15:1
15:21 17:21 18:3,22
19:25 21:23 22:8
25:21 26:12 27:4,9
27:14 28:6 30:2,12
32:3,8 33:11 34:10
35:11,15 36:8,11,18
37:5,8 38:1,22
39:12,21 40:2,19
41:24 45:11 46:2
48:20 52:6,14,17
53:25 56:6
**yet**
13:5
**your**
4:12,15 5:20 6:12,20
7:6,6,12 8:3,4,13,14
8:17 9:7 10:11,14
11:1,16 12:11,12,24
14:11,13 15:9 17:13
19:22,22 22:12,19
22:21 24:14 25:8,9
26:7,7,8 27:12 28:9
28:17 32:16,17,24
35:2,13 37:11,25
38:6,10 41:9,20
42:25 43:4 44:7



45:23 46:25 49:23
50:2,12,17 51:6,9
51:11,16 53:23
**yourself**
4:11
**you'd**
10:3 25:19 50:21
**You'll**
28:11
**you're**
5:12 6:6 7:17 9:23
14:15 18:1 27:19,25
28:8 31:23 33:6
42:25 52:12
**you've**
5:9 7:12 8:2 18:24
20:8,15 50:4 52:15
52:18

**Z**

**Zing**
1:10 12:15 21:23
55:4 56:20
**Zoom**
14:3

**#**

**#301**
1:21

**0**

**02043**
1:16
**06/26/2025**
56:20

**1**

**1:24-cv-02286**
1:2
**11:35**
2:4
**12:21**
41:14
**12:31**
41:16
**12:46**

54:17
**13**
14:22
**14**
14:22
**14th**
57:21
**15**
14:10,22
**19422**
1:19

**2**

**20**
14:25 30:22
**2018**
11:22
**2020**
11:23 12:7 16:6
17:19 18:24 19:3,13
**2022**
19:2,4,10,13,14 20:8
20:16 39:20
**2023**
19:2,19 20:21 21:3
36:19,21
**2025**
1:4 2:3 3:2 54:18
55:1 56:14 57:21,22
**21**
57:22
**2400**
1:15
**26**
1:4 2:3 3:2 55:1
**26th**
54:18
**29401**
1:21

**3**

**3**
1:21
**30(b)(1)**
2:8
**350**

1:15

**4**

**4**
3:4
**401(k)**
11:10
**44**
3:5
**47**
3:6

**5**

**51**
3:7
**52**
3:8
**57**
55:5 57:13

**7**

**72**
10:21,22,23 28:25

**9**

**930**
1:18

