**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

| | |
|---|---|
| JAY CONNOR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>SERVICEQUIK INC. d/b/a ZING BUSINESS MANAGEMENT SOFTWARE, ET AL<br><br>Defendants. | Case No. 1:24-cv-02286 |

**PROPOSED ORDER GRANTING**
**PLAINTIFF'S UNOPPOSED MOTION TO RESTRICT**

THIS MATTER having come before the Court upon Plaintiff's Unopposed Motion to Restrict, made on the consent of all parties.

WHEREAS Plaintiff moves this Court to restrict public access to certain information in the Plaintiff's deposition transcript, ECF No, 82-3, and having considered all of the papers submitted in connection therewith, and with good cause having been shown;

IT IS HEREBY ORDERED that the Motion is GRANTED;

IT IS FURTHER ORDERED that the redacted copy of the deposition transcript attached to the Motion as Exhibit A shall be available on the public docket;

and IT IS FURTHER ORDERED that the unredacted copy of the deposition transcript (ECF No. 82-3), shall be subject to Level 1 Restriction.

Entered and dated at Denver, Colorado this ____ day of _____, 2026

*BY THE COURT:*

_____, J.