# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| JAY CONNOR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>SERVICEQUIK INC. d/b/a ZING BUSINESS MANAGEMENT SOFTWARE, ET AL<br><br>Defendants. | Case No. 1:24-cv-02286 |

## NOTICE OF SETTLEMENT

The parties file this notice to advise the Court that Plaintiff Jay Connor and Defendant WooSender, Inc. have reached a settlement in this matter as to all claims as against Defendant WooSender, Inc., only, and intend to file a notice of dismissal of Defendant WooSender, Inc. within 90 days, to allow the parties sufficient time to fulfil their obligations under the terms of their Agreement.

RESPECTFULLY SUBMITTED AND DATED this February 19, 2026.

/s/ Andrew Roman Perrong
Andrew Roman Perrong, Esq.
Pa. Bar #333687
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

*Attorney for Plaintiff and the Proposed Class*

## CERTIFICATE OF SERVICE

  I, Andrew Roman Perrong, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

  DATED this February 19, 2026.

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
