RESTRICTED DOCUMENT PLACEHOLDER

EXHIBIT A – AT&T Billing Records

SEEKING RESTRICTION LEVEL 1