RESTRICTED DOCUMENT PLACEHOLDER

EXHIBIT B – AT&T Subpoena Records

SEEKING RESTRICTION LEVEL 1