**HubSpot is our CRM**

10. State all facts in support of any affirmative defenses you have raised.

**ANSWER**: **Defendant refers to facts alleged in its pleadings thus far, and reserves the right to supplement.  Defendant's entire marketing campaign is intended for businesses only, as most individuals do not want a personal website.  Businesses cannot be placed on the Do Not Call Registry.**

11. Identify any person (whether employed by you or not) whom you have disciplined, reprimanded, or taken similar action against for allowing or making allegedly unlawful or unauthorized outbound calls. In your answer, please identify all persons involved in any investigation, describe the reasons for your disciplinary action or reprimand, and describe the action taken against the person.

**ANSWER**: **We have not conducted any discipline action. Our outreach is done to public listed businesses who advertise their contact information for the purpose of Business, therefore we do not believe that discipline action was required.**

## DOCUMENT REQUESTS

1. Please produce all discovery documents produced by you in the prior case filed by Mr. Connor.

**RESPONSE:**  **Objection, this request is duplicative and such information is already in the possession of Mr. Connor by virtue of our response to his request in State Court.  Thus, there is no benefit to Plaintiff in re-producing the same information while re-producing would cause undue burden and expense to Defendant.**

2. Please produce all non-attorney-client-privileged documents identified in or used to research or draft responses to interrogatories in this case.

**RESPONSE:**  **None other than what has been previously produced in the state court action**

4

and all communications with any such insurers, including, but not limited to, reservation-of-rights letters, regardless of whether or not such coverage purports to exclude the acts alleged in this matter and regardless of whether or not such insurers have declined coverage in this matter.

**RESPONSE: Produced Hartford Insurance Policy Information**

13.     Please produce all indemnification agreements under which a third party may be responsible for satisfying all or part of a judgment that may be entered against you in this action, and all communications with those third parties.

**RESPONSE: None that we're aware of.**

14.     Please produce all documents related to policies for compliance with the TCPA or the FCC's regulations thereunder and all documents necessary to construct a timeline of when each policy was in force. This request specifically includes, but is not limited to, policies related to the following:

a) compliance with the TCPA, including, but not limited to the rules, regulations, opinions, advisories, comments or filings of the Federal Communications Commission that relate to the TCPA or 47 C.F.R. § 64.1200;
b) obtaining or verifying prior express consent;
c) complying with E-SIGN Act, 15 U.S.C. §§ 7001 *et seq.*

**RESPONSE: We do not have specific policies in place outside of the guidelines from Woosender that we sent in a previous response and the Rule Of Engagement that we sent in a previous response.**

15.     Please produce all documents containing any of the following information for each outbound telemarketing call or text message sent by you:

7