**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

| | |
|---|---|
| JAY CONNOR, individually and on behalf of all others similarly situated, | Case No. 1:24-cv-02286 |
| Plaintiff, | |
| v. | |
| SERVICEQUIK INC. d/b/a ZING BUSINESS MANAGEMENT SOFTWARE, ET AL | |
| Defendants. | |

**PROPOSED ORDER GRANTING**
**PLAINTIFF'S UNOPPOSED MOTION TO RESTRICT**

THIS MATTER having come before the Court upon Plaintiff's Unopposed Motion to Restrict, made on the consent of all parties.

WHEREAS Plaintiff moves this Court to restrict public access to certain information in the Plaintiff's telephone records, with placeholders at ECF Nos. 86-1 and 86-2, unredacted copies of which were subject to Level 1 Restriction in ECF Nos. 87 and 87-1, and having considered all of the papers submitted in connection therewith, and with good cause having been shown;

IT IS HEREBY ORDERED that the Motion is GRANTED;

IT IS FURTHER ORDERED that the redacted copy of the telephone records attached to the Motion as Exhibits A and B shall be available on the public docket;

and IT IS FURTHER ORDERED that the unredacted telephone records (ECF Nos. 87 and 87-1), shall be subject to Level 1 Restriction.

Entered and dated at Denver, Colorado this \_\_\_\_ day of \_\_\_\_\_, 2026

*BY THE COURT:*

_____, J.