## AT&T PREPAID Account History

### Data and Text Usage Details for 843-▮▮▮▮▮▮▮ From 2/23/2024 to 2/23/2024

| Usage | Contact | Date | Time | Duration | Charges |
|---|---|---|---|---|---|
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| Incoming Text/Message | 720-927-8973 | 2/23/2024 | 12:41:16 PM CST | NA | $0.00 |
| Incoming Text/Message | 720-927-8973 | 2/23/2024 | 12:41:16 PM CST | NA | $0.00 |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |

| | Usage Summary | | Duration | Charges |
|---|---|---|---|---|
| | | Talk | ▮ | ▮ |
| | | Data | ▮ | ▮ |
| | | Sponsored Data | ▮ | ▮ |
| | | Mobile Hotspot Data | ▮ | ▮ |
| | | Text | ▮ | ▮ |
| | | Total Charges | | ▮ |

*Time is US/Central