```
4356735                          MOBILITY
06/19/2025                   (with cell location)
```

AT&T has queried for records from 02/01/2024 12:00:00am to 02/29/2024 11:59:59pm
AT&T has queried for records using Mountain Time Zone. AT&T's records are stored and provided in UTC.

Run Date:        06/19/2025
Run Time:        01:54:02
SMS Usage For:   (843) ███████, (720)927-8973

| Item | Conn. Date | Conn. Time (UTC) | Originating Number | Terminating Number | IMEI | IMSI | Desc | MMS Type | Feature | Cell Location |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 02/23/24 | 18:41:16 | 17209278973 | 1843█████ | ████████ | ████████ | SMST | | | ████████ |
| 2 | 02/23/24 | 18:41:16 | 17209278973 | 1843█████ | ████████ | ████████ | SMST | | | ████████ |

AT&T Proprietary

The information contained here is for use by authorized persons only and is not for general distribution.



AT&T
11760 US HWY 1, SUITE 300
NORTH PALM BEACH FL 33408

(800) 635-6840
(888) 938-4715 (Fax)

CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

GLDC FILE NUMBER: 4356735

I, Edwin Tabares, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by AT&T, and my title is Legal Compliance Analyst. I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of AT&T. I further state that:

    a.    All records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of AT&T , and they were made by AT&T as a regular practice; and

    b.    Such records were generated by AT&T's electronic process or system that produces an accurate result, to wit:

        1. The records were copied from electronic device(s), storage medium(s), or file(s) in the custody of AT&T in a manner to ensure that they are true duplicates of the original records; and

        2. The process or system is regularly verified by AT&T, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

*Edwin Tabares*

07-02-2025
Date

This message and any attachments to it contain confidential business information intended solely for the recipients. If you have received this document in error please do not forward or distribute it to anyone else, but telephone (800) 635-6840 to report the error, and then delete this message from your system.