# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| JAY CONNOR, individually and on behalf of all others similarly situated,<br><br><br>Plaintiff,<br><br>v.<br><br>SERVICEQUIK INC. d/b/a ZING BUSINESS MANAGEMENT SOFTWARE<br><br>AND<br><br>WOOSENDER, INC.<br><br><br>Defendants. | Case No. 1:24-cv-02286 |

## STIPULATION OF DISMISSAL WITH PREJUDICE WITH RESPECT TO WOOSENDER, INC.

The plaintiff files this Stipulation of Dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) with each party to bear their own costs as to WooSender, Inc. only. This case will continue against ServiceQuik Inc. only.

RESPECTFULLY SUBMITTED AND DATED this April 9, 2026.

/s/ Anthony Paronich
Anthony Paronich
Email:  anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone:  (617) 485-0018
Facsimile:  (508) 318-8100

/s/ David Kraut
David Kraut, Esquire
WARREN, McGRAW & KNOWLES, LLC
920 Lenmar Drive, Blue Bell, PA  19422
dkraut@wmpalaw.com
610.584.9400 Telephone