IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

---

Civil Action:    24-cv-02286-CNS-NRN    Date: May 7, 2026
Courtroom Deputy:    Julie Dynes    Court Reporter: Sarah Mitchell

---

| *Parties* | *Counsel* |
|---|---|
| JAY CONNOR | *Anthony Paronich* |
| | *Andrew Perrong* |
| **Plaintiff** | |
| v. | |
| SERVICEQUIK INC. | *P. Daniel Summa* |
| **Defendant** | |

---

**COURTROOM MINUTES**

---

**ORAL ARGUMENT**

Court in Session:  1:00 p.m.

Appearance of counsel.  Also present is the plaintiff Jay Connor and the defendant's client representative Amy Bourke.

Argument given on [116] Defendant Servicequik's Motion for Summary Judgment by Mr. Summa and Mr. Paronich.

As outlined on the record, it is

**ORDERED:    [116]  Defendant Servicequik's Motion for Summary Judgment is GRANTED in part and DENIED in part.**

**Parties are to include discussion as to this Court retaining jurisdiction in their Motion to Amend Complaint and Response.**

**Motion to Amend is due within four weeks.**

Court in Recess:  1:54 p.m.    Hearing concluded.    Total time in Court:  00:54