**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO**

| | |
|---|---|
| JAY CONNOR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>SERVICEQUIK INC. d/b/a ZING BUSINESS MANAGEMENT SOFTWARE, ET AL<br><br>Defendants. | Case No. 1:24-cv-02286 |

**[PROPOSED ORDER GRANTING]**

**PLAINTIFF'S MOTION TO DECLINE SUPPLEMENTAL JURISDICTION OVER, AND TO DISMISS WITHOUT PREJUDICE, THE REMAINING STATE LAW CLAIMS**

AND NOW, this _____ day of _____, 2026, it is hereby

ORDERED that the Plaintiff's Motion is Granted. The Court has determined that it lacks

subject matter jurisdiction over the Plaintiff's state law claims and declines to exercise

supplemental jurisdiction. The remaining SCTPPA claims are dismissed without

prejudice pursuant to 28 U.S.C. § 1367(c)(3). This dismissal is a dismissal for lack of

subject matter jurisdiction only, is not a dismissal under Fed. R. Civ. P. 41(a)(1), does

not operate as an adjudication on the merits, and does not bar Plaintiff from pursuing

the SCTPPA claims in an appropriate South Carolina state court. The Clerk of Court is

respectfully directed to close the case.

_____
                                                                                                    J.

1