## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| JAY CONNOR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SERVICEQUIK INC. d/b/a ZING BUSINESS MANAGEMENT SOFTWARE, ET AL<br><br>Defendants. | Case No. 1:24-cv-02286 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff JAY CONNOR

and Defendant SERVICEQUIK INC., hereby stipulate to dismiss the Plaintiff's individual

claims with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted this June 25, 2026.

s/ Andrew Roman Perrong
Andrew Roman Perrong
a@perronglaw.com
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA  19038
Telephone: 215-225-5529
Lead attorney for Plaintiff and the Proposed Class


/s/ Daniel Summa

_____
Daniel Summa
16 Broad Street, Suite 232
Charleston, SC 29401
843-277-9665 *office*
843-806-2920 *fax*
daniel@summalawfirm.com

*Attorney for Defendant Servicequik*